UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, pro se | : Case No.: C-1-01-182 |
| Plaintiff, | : Judge Spiegel |
| v. | : Magistrate Judge Sherman |
| MERCY FRANCISCAN HOSPITAL - WESTERN HILLS, et al. | : |
| Defendants. | : **NOTICE UPDATING THE COURT AND ALL PARTIES REGARDING STAY OF PROCEEDINGS** |

Defendant Ravi B. Berry, M.D. ("Defendant Dr. Berry") hereby notifies the Court and all parties that the Supreme Court of Pennsylvania issued an Order on July 19, 2005, affirming the decision of the Commonwealth Court. (A copy of the Order is attached at Tab A.) Defendant Dr. Berry understands that the parties in the Pennsylvania proceedings are evaluating the consequences of this Order and, pursuant to the Rules of the United States Supreme Court, Rule 13, have 90 days from the entry of judgment to appeal from the Order. Defendant Dr. Berry will alert the Court when he receives additional information.

Respectfully submitted,

*[signature]*
Deborah R. Lydon, Esq. (0013322)
Jennifer Orr Mitchell, Esq. (0069594)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
*Counsel for Defendant Ravi B. Berry, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by regular U.S. Mail, postage prepaid, this 29th day of July, 2005, upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, Ohio 45206
*Plaintiff, pro se*

Karen A. Carroll, Esq.
Kohnen & Patton LLP
1400 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Defendants Mercy Franciscan Hospital, Grinnell, Bronhert, Daleiden, McCoy and Leubeck*

*Jennifer A. Mitchell*