**[J-13A-D-2005]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| M. DIANE KOKEN, INSURANCE COMMISSIONER OF THE COMMONWEALTH OF PENNSYLVANIA, | : No. 204 MAP 2003<br>:<br>: Appeal from the Order of Commonwealth<br>: Court entered 6-26-2003 at No. 182 MD<br>: 2002.<br>:<br>: ARGUED:  March 8, 2005 |
| v. | : |
| VILLANOVA INSURANCE COMPANY, | : |
| MUTUAL RISK MANAGEMENT, LTD. (MRM), PSYCHIATRISTS' PURCHASING GROUP, INC., AMERICAN AIRLINES, INC., PULTE HOMES, INC., METRO ATLANTIC LANDSCAPE AND TURF ASSOCIATION (MALTA), FLORIDA WORKERS COMPENSATION GUARANTY ASSOCIATION, LLOYD'S SYNDICATE 271, FLORIDA INSURANCE GUARANTY ASSOCIATION, | : |
| Intervenors | : |
| APPEAL OF:  M. DIANE KOKEN, INSURANCE COMMISSIONER OF THE COMMONWEALTH OF PENNSYLVANIA, IN HER CAPACITY AS REHABILITATOR FOR VILLANOVA INSURANCE COMPANY (IN REHABILITATION) | : |

M. DIANE KOKEN, INSURANCE      : No. 212 MAP 2003
COMMISSIONER OF THE      :
COMMONWEALTH OF PENNSYLVANIA, : Appeal from the Order of Commonwealth
     : Court entered 7-25-2003 at No. 182 MD
     : 2002.
     :
     : ARGUED:  March 8, 2005
     v.      :
     :
     :
VILLANOVA INSURANCE COMPANY,      :
     :
     :
     :
     :
     :
MUTUAL RISK MANAGEMENT, LTD.      :
(MRM), PSYCHIATRISTS' PURCHASING      :
GROUP, INC., AMERICAN AIRLINES,      :
INC., PULTE HOMES, INC., METRO      :
ATLANTIC LANDSCAPE AND TURF      :
ASSOCIATION (MALTA), FLORIDA      :
WORKERS COMPENSATION      :
GUARANTY ASSOCIATION, LLOYD'S      :
SYNDICATE 271, FLORIDA INSURANCE      :
GUARANTY ASSOCIATION,      :
     :
         Intervenors      :
     :
APPEAL OF:  M. DIANE KOKEN,      :
INSURANCE COMMISSIONER OF THE      :
COMMONWEALTH OF PENNSYLVANIA,      :
IN HER CAPACITY AS STATUTORY      :
LIQUIDATOR FOR VILLANOVA      :
INSURANCE COMPANY      :

M. DIANE KOKEN, INSURANCE
COMMISSIONER, COMMONWEALTH
OF PENNSYLVANIA,

            v.

LEGION INSURANCE COMPANY,

BENSALEM TOWNSHIP, FLORIDA
WORKERS COMPENSATION
INSURANCE GUARANTY
ASSOCIATION, PSYCHIATRISTS'
PURCHASING GROUP, INC., PULTE
HOMES, INC., AMERICAN AIRLINES,
INC., RURAL/METRO CORPORATION,
DANIEL ELROD, SHIRLEY ELROD,
METRO ATLANTA LANDSCAPE AND
TURF ASSOCIATION (MALTA), KERRY
KESSLER, ATWOOD OCEANICS, INC.,
MUTUAL RISK MANAGEMENT, LTD.
(MRM), JOSEPH MCINTYRE,
RANDSTAD NORTH AMERICA, L.P.,
FLORIDA INSURANCE GUARANTY
ASSOCIATION,

            Intervenors

APPEAL OF:  M. DIANE KOKEN,
INSURANCE COMMISSIONER OF THE
COMMONWEALTH OF PENNSYLVANIA,
IN HER CAPACITY AS REHABILITATOR
FOR LEGION INSURANCE COMPANY
(IN REHABILITATION)

: No. 205 MAP 2003
:
:
: Appeal from the Order of Commonwealth
: Court entered 6-26-2003 at No. 183 MD
: 2002.
:
: ARGUED:  March 8, 2005

M. DIANE KOKEN, INSURANCE      : No. 211 MAP 2003
COMMISSIONER, COMMONWEALTH    :
OF PENNSYLVANIA,                 : Appeal from the Order of Commonwealth
                                     : Court entered 7-25-2003 at No. 183 MD
                                     : 2002.
                                     :
              v.                      : ARGUED:  March 8, 2005
                                     :
LEGION INSURANCE COMPANY,        :
                                     :
                                     :
                                     :
BENSALEM TOWNSHIP, FLORIDA       :
WORKERS COMPENSATION             :
INSURANCE GUARANTY                :
ASSOCIATION, PSYCHIATRISTS'        :
PURCHASING GROUP, INC., PULTE     :
HOMES, INC., AMERICAN AIRLINES,    :
INC., RURAL/METRO CORPORATION,    :
DANIEL ELROD, SHIRLEY ELROD,      :
METRO ATLANTA LANDSCAPE AND     :
TURF ASSOCIATION (MALTA), KERRY    :
KESSLER, ATWOOD OCEANICS, INC.,    :
MUTUAL RISK MANAGEMENT, LTD.     :
(MRM), JOSEPH MCINTYRE,          :
RANDSTAD NORTH AMERICA, L.P.,     :
FLORIDA INSURANCE GUARANTY      :
ASSOCIATION,                       :
              Intervenors             :
                                     :
APPEAL OF:  M. DIANE KOKEN,       :
INSURANCE COMMISSIONER OF THE    :
COMMONWEALTH OF PENNSYLVANIA,   :
IN HER OFFICIAL CAPACITY AS        :
STATUTORY LIQUIDATOR           :
("LIQUIDATOR") FOR LEGION         :
INSURANCE COMPANY ("Legion")      :

# ORDER

**PER CURIAM**                                    **DECIDED:  July 19, 2005**

**AND NOW**, this 19th day of July, 2005, the order of the Commonwealth Court is hereby AFFIRMED, on the basis of the Commonwealth Court opinion, <u>Koken v. Legion Ins. Co.</u>, 831 A.2d 1196 (Pa. Cmwlth. 2003).


Madame Justice Newman files a dissenting statement in which Mr. Justice Castille joins.