UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, pro se | Case No.: C-1-01-182 |
| Plaintiff, | Judge Spiegel |
| v. | Magistrate Judge Sherman |
| MERCY FRANCISCAN HOSPITAL - WESTERN HILLS, et al. | |
| Defendants. | **NOTICE TO LIFT STAY OF PROCEEDINGS** |

As the Court is aware, on July 19, 2005, the Pennsylvania Supreme Court ruled in favor of Psychiatrists' Purchasing Group, Inc ("PPG"), affirming the opinion and order of the Commonwealth Court of Pennsylvania of June 23, 2003, in which PPG was granted direct access to reinsurance issued to Legion Insurance Company, Defendant Dr. Berry's insurer at the times relevant to Plaintiffs' claims. The reinsurer, Transatlantic Reinsurance Company ("TRC"), has now agreed to honor the Pennsylvania Court's decision and has advised that it will begin funding future defense and indemnity payments made on claims that fall within all Legion policy years. Accordingly, the stay of proceedings in this case can and should be lifted by this Court. A proposed Order Lifting Stay of Proceedings is attached as Tab A, for the Court's convenience.

Respectfully submitted,

*Jennifer O. Mitchell*
Deborah R. Lydon, Esq. (0013322)
Jennifer Orr Mitchell, Esq. (0069594)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
*Counsel for Defendant Ravi B. Berry, M.D.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by regular U.S. Mail, postage prepaid, this 28th day of September, 2005, upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, Ohio 45206
*Plaintiff, pro se*

Karen A. Carroll, Esq.
Kohnen & Patton LLP
1400 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Defendants Mercy Franciscan*
*Hospital, Grinnell, Bronhert, Daleiden, McCoy and Leubeck*

*/s/ Jennifer O. Mitchell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, pro se | : Case No.: C-1-01-182 |
| Plaintiff, | : Judge Spiegel |
| v. | : Magistrate Judge Sherman |
| MERCY FRANCISCAN HOSPITAL - WESTERN HILLS, et al. | : |
| Defendants. | : **ORDER LIFTING STAY OF PROCEEDINGS** |

This Court having been notified by Defendant Dr. Berry that it is now appropriate to lift the stay of proceedings in this case, IT IS HEREBY ORDERED that this case be returned to the active docket of this Court.

IT IS SO ORDERED.

Date: _____          _____
                                U.S. District Court Judge Spiegel
                                U.S. District Court Mag. Judge Sherman