# United States District Court
# Southern District of Ohio
# Western Division

DARLINGTON AMADASU,
    Plaintiff

Case No. 1:01-cv-182

vs.

MERCY FRANCISCAN HOSPITAL,
*et al.*,
    Defendants.

Spiegel, J.
Black, M.J

## ORDER LIFTING STAY OF PROCEEDINGS

This Court having been notified by Defendant Dr. Berry that it is now appropriate to lift the stay of proceedings in this case, it is hereby ORDERED that this case be returned to the active docket of this Court.

Date:  10/3/05

s/Timothy S. Black
Timothy S. Black
United States Magistrate Judge

1