**United States District Court**
**Southern District of Ohio**
**Western Division**
**Cincinnati, Ohio**

DARLINGTON AMADASU,
    Plaintiff,                                         Civil Action No.   1:01-cv-182

    vs.                                                  Spiegel, J.
                                                         Black, M.J.

MERCY FRANCISCAN HOSPITAL, et al.,
    Defendants.

**ORDER TO FILE JOINT REPORT**
**PURSUANT TO FED. R. CIV. P. 16 AND 26(f)**

      After review of proposed dates submitted by the parties and an informal telephone conference conducted by the Court, a Calendar Order issued for this case on 8/1/01. (S*ee* doc 12).

      On 4/16/02, the Court granted Defendant Berry's motion to stay proceedings for a definite period of time (doc. 29); and, on defendant's motion, an indefinite stay was ordered on 4/9/03 (doc. 48). In that Order, counsel for defendant was required to notify this Court when the stay issued by the Commonwealth of Pennsylvania had been lifted. On 9/28/05, counsel for defendant so notified the Court, and an Order Lifting the Stay issued in this case was entered on 10/3/05.

      The parties are hereby ORDERED to confer and file a written supplemental Report of the Parties pursuant to Fed. R. Civ. P. 26(f) and 16(b) by 5/26/06. This report shall include the status of the case, including the status of discovery. If discovery is still necessary, the parties shall submit proposed dates as set forth in the attached Rule 26(f) Report of the Parties. Thereafter, an Amended Calendar Order will issue.

      IT IS SO ORDERED.

                                                           s/Timothy S. Black
                                                          Timothy S. Black
                                                          United States Magistrate Judge

**United States District Court**
**Southern District of Ohio**
**Western Division**
**Cincinnati, Ohio**

|  |  |
|---|---|
| Plaintiff | Case No. |
| vs | **AMENDED RULE 26(f) REPORT OF THE PARTIES** |
| Defendant | Spiegel, J. |

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____, and was attended by:

   _____ Counsel for plaintiff _____

   _____ Counsel for defendant _____

   _____ Counsel for defendant _____

2. The parties:
   - ___ have exchanged the discovery disclosures required by Rule 26(a)(1)
   - ___ will exchange such disclosures by _____
   - ___ are exempt from disclosure under Rule 26(a)(1)(E)
   - ___ have agreed not to make initial disclosures.

3. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: _____

4. Recommended Discovery Plan:
   1. Describe the subjects on which discovery is to be sought and the nature and extent of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:

   _____

   _____

   _____

   _____

   _____

   _____

   _____

2. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the S.D. Ohio Civ. Rules, including the limitations to 25 interrogatories, 40 requests for admissions, and the limitation of ten depositions, each lasting no more than one seven-hour day?

3. Additional recommended limitations on discovery:

4. Describe the areas for which expert testimony is expected and indicate whether each expert will be specially retained within the meaning of Fed. R. Civ. P. 26(a)(2).

5. Recommended date for identifying primary experts: _____

6. Recommended date for producing primary expert reports: _____

7. Recommended date for identifying rebuttal experts: _____

8. Recommended date for producing rebuttal expert reports: _____

I. Recommended discovery cut-off date: _____

7. Recommended Dispositive Motion Deadline date: _____

8. Final pretrial conference and trial dates shall be set by the office of Judge Spiegel after all dispositive motions are ruled on.

SIGNATURES:

| Attorneys for Plaintiff | Attorneys for Defendant or Third Parties: |
|---|---|
| _____ | _____ |
| Ohio Bar # | Ohio Bar # |
| Trial Attorney for | Trial Attorney for |
| | |
| _____ | _____ |
| Ohio Bar # | Ohio Bar # |
| Trial Attorney for | Trial Attorney for |