UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,
    Plaintiff,

vs.

MERCY FRANCISCAN HOSPITAL, et al.,
    Defendanst.

Civil Action No: 1:01cv182

**AMENDED CALENDAR ORDER**
Spiegel, J.
Black, M.J.

As the result of this Court's Order to File Joint Report (Doc. 53), this case shall proceed as follows:

1. Deadline to move to amend complaint or add parties:      10/01/01

2. Discovery deadline:      11/17/06

   | | |
   |---|---|
   | Deadline to identify plaintiff's experts: | 06/30/06 |
   | Deadline for plaintiff to provide expert reports: | 08/15/06 |
   | Deadline to identify defendants' experts: | 08/30/06 |
   | Deadline for defendants to provide expert reports: | 10/13/06 |
   | Deadline for plaintiff to provide rebuttal experts and provide reports: | 09/29/06 |
   | Deadline for defendants to provide rebuttal experts and provide reports: | 11/22/06 |

3. Dispositive motion deadline:      1/15/07

The final pretrial and trial dates will be scheduled by Judge Spiegel.

Date: 5/23/06      s/<u>Timothy S. Black</u>

Timothy S. Black
United States Magistrate Judge