IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 JUN 30 AM 10: 44

| | |
|---|---|
| DARLINGTON AMADASU<br>    Plaintiff<br>v.<br><br>MERCY FRANCISCAN HOSPITAL<br>WESTERN HILLS, et al<br><br>    Defendants. | Case No.: C-1-01-182<br>Judge Spiegel<br><br>**NOTICE OF COMPLIANCE WITH<br>EXPERT WITNESS IDENTIFICATION<br>DEADLINES** |

Plaintiff hereby gives notice to this court and all parties that he has complied with the deadlines for identifying expert witness as set out in the Calendar Order governing this case. Plaintiff hereby identifies his expert witnesses as:

**Darlington Amadasu, MS, MD, MPH.**

He will render opinion and testify to the issues of medical and psychiatric care and treatment, informed consent, transfer, confidentiality and other related issues.

He could be reached through the undersigned.

*He may serve as lay witness alternatively.*

Darlington Amadasu, MD
P.O. Box 6263
Cincinnati, OH 45206
(513) 884-5155

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on the following:
Deborah R. Lydon, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202 by Fax 513-977-8141 and Karen A. Carroll, Kohnen & Patton LLP, 1400 Carew Tower, 441 Vine St., Cincinnati, OH 45202 by Fax: 513-381-5823 on 6/30/06