IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 AUG 14 AM 11: 36

| | |
|---|---|
| DARLINGTON AMADASU<br>    Plaintiff<br>v.<br><br>MERCY FRANCISCAN HOSPITAL<br>WESTERN HILLS, et al<br><br>    Defendants. | Case No.: C-1-01-182<br>Judge Spiegel<br><br>**NOTICE OF COMPLIANCE WITH**<br>**EXPERT WITNESS' REPORT**<br>**DEADLINES**<br>**EXPERT'S REPORT IS ANNEXED** |

Plaintiff hereby gives notice to this court and all parties that he has complied with the deadlines for filing his expert witness' report as set out in the Calendar Order governing this case. Plaintiff hereby files and serves his expert witness' report:

The expert report is hereto annexed.

Darlington Amadasu, MD
P.O. Box 6263
Cincinnati, OH 45206
(513) 884-5155

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on the following:
Deborah R. Lydon, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202 by US Mail and Karen A. Carroll, Kohnen & Patton LLP, 1400 Carew Tower, 441 Vine St., Cincinnati, OH 45202 US Mail on 8/14/06