# DARLINGTON AMADASU, MD, MPH, RDMS

P.O. Box 6263
Cincinnati, OH 45206
(513) 884-5155

## CURRICULUM VITAE

### EDUCATION

MPH, Public, Occupat. & Environ. Health, Univ. of Utah Coll. of Med., Salt Lake City 1998-1999

MD, Medicine, University of Lagos College of Medicine, Lagos, Nigeria 1975-1979

MS, Natural Sciences, State University of New York, Buffalo, NY 1974-1975

BA Biology, State University of New York, Buffalo, NY 1973-1974

### POST-GRADUATE TRAINING

Occupational and Environmental Medicine Resident
    The University Hospital, Inc., Cincinnati, OH   1999-2000

Family Practice Resident
    Bronx-Lebanon Hospital Center, Bronx, NY   1992-1993

Internal Medicine Extern/Associate
    St Mary Hospital, Brooklyn, NY 1991-1992

Rotating Intern/House-Officer
    Lagos University Teaching Hospital, Lagos, Nigeria   1979-1980

### PROFESSIONAL EXPERIENCE

Occupational Medicine, The University Hospital, Inc., Cincinnati, OH  1999-2000

Private Practice of Diagnostic Medical Sonography/Sonology

General and Family Practice, Abua Nwaefuna Medical Center, Lagos, Nigeria 1980-1998

Primary Care Psychiatry, Mesmer Hospital, Lagos, Nigeria 1980-1996

### LICENSURE & CERTIFICATION

    Nigeria – Nigerian Medical Council 1980 Active
    USA – Educational Council for Foreign Medical Graduate (ECFMG) 1984 Indefinite
    USA – American Registry of Diagnostic Medical Sonography (ARDMS) 1987 Active
    USA – Certified Physical Fitness Specialist, YMCA-USA 1986

**SKILLS**

General and Family Practice, Occupational Medicine, Environmental Medicine, Sports Medicine, Industrial Medicine, Public Health & Environ Health, Fitness & Wellness Programming, Occupational Safety & Health, Diagnostic Medical Sonography, Disability Determination, Workers' Compensation and, Claims Administration, Health Services Administration, Biomedical, Health and, Clinical Research, Teaching, Independent Medical Exam, Independent Medical Review, Occupational/Industrial Ergonomics, State/OSHA Regulatory Compliance, Risks Evaluation, Accident Investigations, International Occupational Safety & Health, Travel health/Medicine

**ADDITIONAL PROFESSIONAL ACTIVITIES: HANDS**

US-OSHA: - Inspection, investigations, citations, penalties, informal hearing hearings and resolutions

CHEVRON OIL REFINERY, Salt Lake City, UT: - Occup/Environ. Safety & Health Programs

AMOCO OIL REFINERY, Salt Lake City, UT: - Occupat. Environ. Safety & Health Programs

UTAH DEPT. HEALTH, Salt Lake City, UT: - Public Health & Environ. Health Practicum

OHIO BUREAU OF WORKER'S COMPENSATION: Independent File Reviews & Hearings

YOUNG, REVERMAN & NAPIER LLP, Cincinnati, OH: - Occup. Med. Legal Aspects

US- DEPT. ENERGY, FENALD, INC., Cincinnati, OH:    Occup/Environ.Medicine Practicum

PROCTER & GAMBLE CO., Cincinnati, OH   Corporate  Med./Occup/Environ Health Program

INTERNATIONAL CHEM. WORKER'S UNION COUNCIL, Cinti, OH: Med. Screening/Educ.

US- (HHE)- NIOSH: Health Hazard Evaluations; and Drug and Poison

UNIVERSITY OF CINCINNATI HEALTH SERVICES: Hospital Occup. Health Services.

**Exhibit**

I have reviewed the following partial list of documents as well as visited Crisis Stabilization Center in preparation for rendering my expert opinions in this case

1. Medical Records of Plaintiff Darlington Amadasu from Mercy Franciscan Hospitals Western Hills and Mt. Airy
2. Medical Records of Plaintiff Darlington Amadasu from Tri-Health Hospitals, Cincinnati, Ohio
3. Medical Staff Bylaws, Rules & Regulations, Policies and Procedures of Mercy Franciscan Hospitals Western Hills and Mt. Airy
4. Brochure of the Central Community Health Board of Hamilton County, Inc. reflecting Crisis Stabilization Center
5. Madrid Declaration of Ethical Standards for Psychiatric Practice
6. Standard of Care and Patient Need by William H. Reid, MD, MPH in a Clinical Article--"Law and Psychiatry", Jrnl. Prac. Psych. And Behav. Hlth July 2000, www.reidpsychiatry.com.
7. Guidelines for Psychiatric Practice in Public Sector Psychiatric Inpatient Facilities in Am J. Psychiatry 151:5, May 1994, p.797-98
8. Morbidity and Rate of Undiagnosed Physical Illnesses in a Psychiatric Clinic Population, Arch. Gen. Psychiatry—vol. 36. April 1979 p.414
9. A Practical Approach to Infectious Diseases, Edit. Richard E. Reese, MD and R. Gordon Douglas, MD, pub. Little, Brown and Company, 1983
10. Clinical Text, "Psychiatry for Primary Care Physicians, Edit. Larry F. Goldman, et al, Publisher American Medical Association ("AMA"), 1998
11. Principles of Medical Ethics, June 2001 by AMA
12. Emergency Evaluation of Psychiatric Patients, Judith E. Tintinalli, MD, MS, FACEP, et al, in Annals of Emergency Medicine 23.4, April 1994, p.859-862
13. AMA, *Principles of Medical Ethics with Add*enda, by AMA 1998 Edition
14. Emergency Medicine Malpractice, (Interhospital Transfers), Second Edition (1994), Mikel A. Rothenberg, MD, Pub. John Wiley & Sons, Inc.
15. Transfer Guidelines of the Joint Commission on Accreditation of Healthcare Organizations (JCAHO)
16. ACEP, *Principle of Appropriate Patient Transfe*r, 19 Annals Emerg. Med. 337, 338 (Mar.1990)
17. The Consolidated Omnibus Budget Reconciliation Act of 1985 as amended ("COBRA")
18. Psychiatrists and Physical Examinations: A Survey, by Charles W. Patterson, MD, Am. J. Psychiatry 135:8, August 1978 p.967-8
19. Principles and Practice of Psychiatric Nursing, 6th Ed. Gail W. Stuart, Pub. Mosby, (1998)
20. Primary Care Medicine, *Office Evaluation and Management of the Adult Patient*, by Allan H. Goroll, MD, 4th Ed. (2000)---*Evaluation and Management of Diarrhea*, P.409-419.
21. Practical Guide to the Care of the Medical Patient, Fred F. Ferri, MD, FACP, 3rd Ed. 1995, Mosby *Particularly (Diarrhea) p.329-339)*
22. Clincal Psychiatry for Medical Students 3rd Ed. (1998) by Alan Stoudemire, MD, Pub. Lippincott-Raven
23. Kaplan & Sadock's Comprehensive Textbook of Psychiatry, vol.1, 7th Edition, by Benjamine J. Sadock, MD and Virginia A. Sadock, MD, Pub, Lippincott Williams & Wilkins
24. Editor's Note: Is Psychiatry Failing in Its Responsibilities to Medicine, Am J. Psychiat. 128:12, June 1972, p.1561-63
25. The Role of the Medical Evaluation in Psychiatric Inpatients, James D. Chandler, MD, and Julie E. Gerndt, MD, *Psychosomatics vol.29, No.4, Fall 1988*
26. The Psychiatrist: In the Mainstream or on the Bank of Medicine, by Thomas P. Hackett, MD, Am J. Psychiat. 134:4, April 1977 p.433-35
27. Psychiatry's Drift Away from Medicine by Richard A. Schwartz, MD, Am J. Psychiat. 131:2, Feb.1974, p.129-133
28. Manual of Clinical Hospital Psychiatry, Edited by Ole J. Thienhaus, MD, et al, pub. American Psychiatric Press, Inc.
29. EMTALA Statute, 42 USC 1395 et seq. and CBRA
30. AMA Practice Guidelines for Treatment of Psychiatric Disorders (2000)