Karen A. Carroll  ( 0039350)
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DARLINGTON AMADASU, pro se** | : | Case No. 1:01cv182 |
| | : | |
| Plaintiff, | : | (Judge Spiegel/Magistrate Judge Black) |
| | : | |
| vs. | : | |
| | : | **EXPERT DISCLOSURE OF** |
| **MERCY FRANCISCAN HOSPITAL –** | : | **DEFENDANTS MERCY** |
| **WESTERN HILLS, et al.,** | : | **FRANCISCAN HOSPITAL** |
| | : | **WESTERN HILLS MERCY** |
| Defendant. | : | **FRANCISCAN HOSPITAL – MT.** |
| | : | **AIRY, S. GRINNEL, C. LOBECK, J.** |
| | : | **BRONHERT, J. DALEIDEN, C.** |
| | : | **MCCOY, AND JANE(S) DOE(S)** |
| | : | **NURSES MERCY FRANCISCAN** |
| | : | **HOSPITAL – MT. AIRY** |

Defendants Mercy Franciscan Hospital-Western Hills, Mercy Franciscan Hospital – Mt. Airy, S. Grinnel, C. Lobeck, J. Bronhert, J. Daleiden, C. McCoy, and Jane(s) Doe(s) Nurses Mercy Franciscan Hospital – Mt. Airy disclose the following experts to be used at trial of this case pursuant to this Court's Amended Calendar Order and Federal Rule of Civil Procedure 26(a)(2).

1. Robert E. Sloan
   Sibley Memorial Hospital
   5255 Loughboro Road, NW
   Washington, DC  20016-2695

2. Erica Weinstein, M.D.
   Coalinga State Hospital
   24511 W. Jayne Avenue
   Coalinga, CA  93210-5000

3. Phillip M. Diller, M.D., Ph.D.
   Residency Director
   UC Department of Family Medicine
   2123 Auburn Avenue, Suite 340
   Cincinnati, Ohio  45219

4. Mike Bowen, M.A., R.N., PA-C
   University Hospital
   Graduate Medical Education Office
   234 Goodman Street, Room 112
   Cincinnati, Ohio  45219

5. Timothy S. Allen, M.D.
   University of Kentucky
   Department of Psychiatry
   3470 Blazer Parkway
   Lexington, KY  40509

6. Theodore C. Ripperger, SHPR
   Director of Human Resources
   Middletown Regional Hospital
   105 McKnight Drive
   Middletown, OH  45044-4898

7. Defendants reserve the right to identify additional experts to rebut opinions by any qualified expert(s) identified on behalf of Plaintiff.

8. Defendants reserve the right to identify additional experts to address allegations set forth in Plaintiff's Complaint, but not addressed in Plaintiff's "expert report."

9. Defendants further reserve the right to rely upon testimony of any expert identified by other current parties to this action regardless of whether they are a party at the time of trial.

10. In identifying experts per this Court's order, Defendants do not waive their right to challenge the qualifications of Plaintiff's identified expert.

          Respectfully submitted,

          KOHNEN & PATTON

          */s/ Karen A. Carroll*
          Karen A. Carroll (0039350)
          PNC Center, Suite 800
          201 E. Fifth Street
          Cincinnati, OH 45202
          Email: kcarroll@kplaw.com
          Phone: (513) 381-0656/381-5823
          TRIAL COUNSEL FOR DEFENDANTS, MERCY
          FRANCISCAN HOSPITAL – WESTERN HILLS, MERCY
          FRANCISCAN HOSPITAL – MT. AIRY, S. GRINNEL, C.
          LOBECK, J. BRONHERT, J. DALEIDEN, C. MCCOY,
          AND JANE(S) DOE(S) NURSES MERCY FRANCISCAN
          HOSPITAL – MT. AIRY

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and accurate copy of the foregoing was served this 30th day of August 2006, electronically through the Court's ECF system and/or regular U.S. mail upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206
PLAINTIFF, PRO SE

Deborah R. Lydon, Esq.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
TRIAL COUNSEL FOR DR. BERRY

          */s/ Karen A. Carroll*

269874.1:CA042.AM001