

# The Bronx-Lebanon Hospital Center

A Teaching Affiliate of the
Albert Einstein College of Medicine
of Yeshiva University

*This is to certify that*

## Darlington O. Amadasu, M.D.

has served as

Resident in Family Practice, 1st year

May 1, 1992 to April 30, 1993

and has discharged the duties of this position to the satisfaction of the authorities of the Hospital Center.

In Witness Whereof, the undersigned have affixed their signatures and the seal of the Hospital Center.

_President_

_Dean, Albert Einstein College of Medicine_

_Vice President, Medical Affairs/Medical Director_

_Director of Service_