**2**

# UNIVERSAL APPLICATION FOR RESIDENCY

**PAGE ONE**

OMR-Practicum

**POSITION BEGINNING IN** July 1999 (Year)

1. **NAME** (LAST) AMADASU  (FIRST) DARLINGTON  (MIDDLE) O
2. **SOCIAL SECURITY NUMBER**
3. **I AM APPLYING TO THE FOLLOWING GRADUATE PROGRAM: PROGRAM DESCRIPTION** — OCCUPATIONAL MEDICINE [PGY-3] OMR-PRACTICUM YEAR
4. **NAME OF HOSPITAL** UNIV. OF CINCINNATI MEDICAL CTR  **CITY** CINCINNATI  **STATE** OH  **ZIP** 45267

**NAME:** AMADASU (LAST), DARLINGTON (FIRST), O (MIDDLE)

## MEDICAL EDUCATION

6. **MEDICAL SCHOOL(S) NAME** UNIVERSITY OF LAGOS COLLEGE OF MEDICINE
   **CITY** LAGOS  **STATE/COUNTRY** NIGERIA
7. **MONTH/YEAR OF MATRICULATION AT MEDICAL SCHOOL** 09/75
8. **MONTH/YEAR OF (ANTICIPATED) GRADUATION** 07/79
9. **ELECTIVES COMPLETED/PLANNED (PLACE A 'P' AFTER PLANNED SENIOR ELECTIVES)**

10. **HONORS/AWARDS** FEDERAL MERIT SCHOLARSHIP, USSR MERIT SCHOLARSHIP

## GRADUATE EDUCATION

11. **GRADUATE SCHOOL(S)** | **DATES ATTENDED FROM – TO (MO/YR)** | **GRADUATE DEGREE (IF ANY)** | **AREA OF STUDY**

A. **NAME** UNIVERSITY OF UTAH COLL. OF MEDICINE  08/98 – 05/99  MPH DUE 5/99  OCCUPATIONAL & ENVIRON. HLTH
   **CITY** SALT LAKE CITY  **STATE** UTAH 84112

B. **NAME** STATE UNIVERSITY OF NEW YORK  08/74 – 8/75  MS  NATURAL SCIENCE INTERDISCIPLINARY
   **CITY** BUFFALO  **STATE** NY

## UNDERGRADUATE EDUCATION

12. **UNDERGRADUATE COLLEGE(S)** | **DATES ATTENDED FROM – TO (MO/YR)** | **DEGREE (IF ANY)** | **MAJOR**

A. **NAME** STATE UNIVERSITY OF NEW YORK  01/74 – 8/74  BA  BIOLOGY
   **CITY** BUFFALO  **STATE** NY

B. **NAME** ODESSA MEDICAL INSTITUTE  08/71 – 12/73  TRANSFER
   **CITY** ODESSA  **STATE** UKRAINE (USSR)

C. **NAME** UNIVERSITY OF LONDON (NIGERIA)  1/68 – 8/70  GCE 'A' LEV.  PHYSICS CHEM ZOO.
   **CITY** LAGOS  **STATE** NIGERIA

**APPLICATION FOR RESIDENCY - PAGE FOUR**

LETTERS OF REFERENCE, IN ADDITION TO THE DEAN'S LETTER, HAVE BEEN REQUESTED FROM THE FOLLOWING INDIVIDUALS:

**22. A. NAME AND TITLE**
BELINDA D. JOHNSTON, MD

**INSTITUTION**
PHILLIPS FAMILY PRACTICE

**ADDRESS**
16 EAST 16TH STREET, NEW YORK, NY 10003

**B. NAME AND TITLE**
SAMUEL A. UTER, MD

**INSTITUTION**
ST MARY'S HOSPITAL

**ADDRESS**
170 BUFFALO AVEN., BROOKLYN, NY 11213

**C. NAME AND TITLE**
EWAEN IYI-EWEKA, MD.

**INSTITUTION**
SONAEN MEDICAL CENTRE (SPECIALIST CLINICS)

**ADDRESS**
5 LATEEF ADEGBOYEGA ST, PALACE WAY, AGO
LAGOS, NIGERIA

**D. NAME AND TITLE**

**INSTITUTION**

**ADDRESS**

30. (CHECK ONE)
☐ I HEREBY WAIVE ACCESS TO THE ABOVE LETTERS AND WILL SO INFORM THE AUTHOR
☐ I DESIRE ACCESS TO THE ABOVE LETTERS AND WILL SO INFORM THE AUTHORS.

_____ SIGNATURE          N/1/98 DATE

DARLINGTON D. AMADASY
NAME OF APPLICANT - TYPE OR PRINT

NOTE: THE SIGNATURE AND DATE ON THIS STATEMENT MUST BE ORIGINAL.

COPYRIGHT © 1993 BY THE NATIONAL RESIDENT MATCHING PRO

No. N-1020 3/93

# PERSONAL STATEMENT: DARLINGTON AMADASU, M.D.

Upon graduation topmost in my class from elementary school my parents were unable financially to help me further my education. Through self-help and merit scholarship awards from some sources, I was able to get through high, undergraduate, graduate and medical schools, and obtained B.A., M.S., and M.D. degrees. Currently, at University of Utah School of Medicine, I am working towards obtaining M.P.H. degree in Public Health with a major in Occupational and Environmental Health in May, 1999 as fulfillment of the academic phase of the Preventive (Occupational) Medicine Residency Program, also I have successfully completed ACGME-Accredited PGY-1 in Family Practice.

Very early in my life, I have been exposed to, trained and assisted in Traditional Primary Care Folk-Family Medicine practiced by my mother from whom I drew inspirations and resolved to be one of the best primary care practitioners.

Upon my graduation from medical school, as a prelude to my future specialization in primary care, I did a comprehensive rotating internship at Lagos University Teaching Hospital and thereafter went into General, Family and Industrial Medicine Practices in self, private and public employment positions. In the private employment, I worked for many years as an Industrial Medical Officer at Industrial Clinics located at various industrial and occupational establishments. My early life career path began as a laborer, a classroom teacher, later as a Public Health Sanitation Worker and rapidly graduated to Public Health Inspector. Further, I have worked as a farmworker, a factory worker, domestic worker, office-worker, construction sites worker etc in Africa, America and Europe. I have also offered volunteer services as an Industrial Medical Advisor to various labor organizations, as well as volunteered in various community projects.

My preparation, therefore, for graduate education and training in Preventive and Occupational Medicine is extensive and excellent in that my unusual broad and diverse background and multicompetences acquired through a long interdisciplinary and cross-cultural education and training in Africa, America and Europe, as well as my several years of General, Family, Industrial and Community Medicine practice experience adequately prepared me for education and training, and career in Preventive/Occupational/Environmental Medicine and Public Health.

My reasons for desiring graduate work in the specialty are evidently to facilitate my professional development and career advancement and mobility; to build upon my prior basic knowledge and experience; extend and sharpen my professional skills in order to be able to use educational approaches to empower workers and to forge the partnerships between employers and employees necessary to address health, safety and well beings of the workers at work places; to acquire the interdisciplinary scientific, technological, behavioral, biopsychosocial, team, advocacy, and leadership skills necessary to participate in assessing work site for conditions ranging from biological, physical and chemical agents, modifying work situations, to alleviate workers' problems, matching work to people and people to the right jobs, identify and control occupational diseases and injuries, seek to eliminate and reduce work place hazards, determining safety of products and processes, and maintaining compliance with governmental regulations.

Upon completion of my training program I shall seek employment in the practice of Primary care, Preventive, Occupational, Environmental Medicine, teaching and research for which I qualify in any locations, but will strongly consider the under-served areas.

I believe that to build a " whole " person, a proper balance of work, sleep, and leisure must be maintained, with an optimum food intake. It is the function of medicine to study these needs, and of the Occupational and Environmental Medicine to study and control the factors affecting the health and safety of all human at work places. There is no industrial risk, which cannot, by suitable measures, be prevented or reduced.

I am deeply committed to primary care, preventive medicine and occupational and environmental medicine, as well as Public Health.



DARLINGTON O. AMADASU, MD
1775 Austin Rd, #11207
Salt Lake City, UT 84112
(801) 585-4963

**OBJECTIVE:** To seek PGY-3 (PRACTICUM) Resident position.

**EDUCATION:** UNIVERSITY OF UTAH SCH. OF MEDICINE, Salt Lake City, UT
MPH in Public Health, major: Occupational & Environmental Health, 05/99

UNIVERSITY OF LAGOS COLL. OF MEDICINE, Lagos, Nigeria.
MD in Medicine, 1979.
STATE UNIVERSITY OF NEW YORK, Buffalo, NY
MS in Natural Sciences Interdisciplinary, 1976
BA in Biology, 1974.

**INTERNSHIP:** LAGOS UNIVERSITY TEACHING HOSPITAL, Lagos, Nigeria
Comprehensive rotation through all divisions of medicine, 1979-80

**EXTERNSHIP:** ST. MARY'S HOSPITAL, Brooklyn, NY,
In-patient and Out-patient Clerkships; Groundrounds/Seminars attended, 1991-92

**RESIDENCY:** BRONX LEBANON HOSPITAL, Bronx, NY
Family Practice, accredited PGY-1 completed, 1963

**CERTIFICATION:** ECFMG CERTIFICATE, valid indefinitely, 1984
FULL PHYSICIAN LICENSE, Nigeria, 1980
RDMS-American Registry of Diagnostic Medical Sonograpers, 1987.

**EXPERIENCE:** SONAEN SPECIALIST HOSPITAL, Lagos, Nigeria
Private General/Family Practice, provided services in Industrial/Occupational, Preventive Medicine, Mother/Child Health, etc., 1984-97.

LAGOS STATE MINISTRY OF HEALTH, Lagos, Nigeria
Worked as General Medical Officer, providing general and community health care services, 1980-1984

LAGOS UNIVERSITY TEACHING HOSPITAL, Lagos, Nigeria
House Officer and Medical Examiner Assistant, Performed in-patient and out-patient care services, teaching medical students, coordinated medical journal club, assisted in autopsies, 1979-80.

MIDWEST STATE MINISTRY OF HEALTH, Benin City, Nigeria
Worked as Public Health/Sanitation Inspector, visiting and Inspecting homes, factories, hotels, restaurants, offices; organizing Hygiene education and enforcing governmental laws and regulations, 1968-1970.

**RESEARCH:** STATE UNIVER. OF NY, Buffalo; VETERAN ADMIN, HOSP. Buffalo; COLL. OF MED./ TEACH. HOSP., LAGOS UNIV., Lagos, Nigeria; Conducted basic and Biomedical Research.

**HONORS:** Federal Government Merit Scholarship; USSR Govt. Scholarship
Benin City Local Govt. Scholarship

**ACTIVITIES:** Nigeria Medical Association; Aerospace Medical Association; Community Projects, Sports, Traveling, World Affairs, Music.

**REFERENCES:** Available upon request.