IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, pro se | : | Case No.: C-1-01-182 |
| Plaintiff, | : | Judge Spiegel |
| v. | : | Magistrate Judge Sherman |
| MERCY FRANCISCAN HOSPITAL - WESTERN HILLS, et al. | : | **NOTICE OF COMPLIANCE WITH EXPERT WITNESS DISCLOSURE DEADLINE** |
| Defendants. | : | |

Defendant Ravi B. Berry, M.D. ("Defendant Dr. Berry") hereby gives notice to this Court and all parties that he has complied with the expert witness disclosure deadline as set out in the Scheduling Order governing this case. Defendant Dr. Berry identified his expert witnesses on August 30, 2006, as attached hereto as Exhibit A.

Respectfully submitted,

*[signature]*

Deborah R. Lydon, Esq. (0013322)
lydon@dinslaw.com
Jennifer Orr Mitchell, Esq. (0069594)
jennifer.mitchell@dinslaw.com
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8344 (phone)
(513) 977-8141 (fax)
*Trial Counsel for Defendant Ravi B. Berry, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Compliance with Expert Witness Disclosure Deadlines** was served by regular U.S. Mail, postage prepaid, this 30th day of Aug. 2006 upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206
*Plaintiff, pro se*

Karen A. Carroll, Esq.
Kohnen & Patton LLP
201 E. Fifth St., Suite 800
Cincinnati, OH 45202
*Trial Counsel for Defendants Mercy Franciscan Hospital,
Grinnell, Bronhert, Daleiden, McCoy and Leubeck*

_____
Jennifer O'Mitchell