EXHIBIT A

# Dinsmore&Shohl LLP
ATTORNEYS

Jennifer Orr Mitchell
513-977-8364
jennifer.mitchell@dinslaw.com

Admitted in Ohio and Kentucky

August 30, 2006

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH  45206

Re: Darlington Amadasu v. Mercy Franciscan Hospital-Western Hills, et al.
United States District Court, Southern District of Ohio, Western Division
Case No. C-1-01-182

Dear Mr. Amadasu:

On behalf of Dr. Berry, the following expert witnesses are identified:

(1) Ravi B. Berry, M.D.; and

(2) Emmett Cooper, M.D. of Cincinnati.

Dr. Berry also may seek expert testimony from those experts who are identified by the other Defendants in this case and from Plaintiff's treating physicians. In addition, Dr. Berry reserves the right to identify additional experts to testify in response to opinions from qualified experts for other parties. By making this identification, Dr. Berry in no way waives his right to challenge the competency and qualifications of Plaintiff's identified "expert."

Very truly yours,

*Jennifer Orr Mitchell*

Jennifer Orr Mitchell

JOM\psa

cc: Deborah R. Lydon, Esq.
Karen A. Carroll, Esq.