IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 SEP -8 PM 3:53

| | |
|---|---|
| DARLINGTON AMADASU<br>    Plaintiff<br>v.<br><br>MERCY FRANCISCAN HOSPITAL<br>WESTERN HILLS, et al<br><br>    Defendants. | Case No.: C-1-01-182<br>[Spiegel/Black]<br><br>**SUPPLEMENTAL DISCLOSURE OF<br>EXPERTS & LAY WITNESSES OF PLAINTIFF** |

Pursuant to Rule 26(e) of Federal Rule of Civil Procedure ("FRCP"), Plaintiff supplements the following experts to be used at trial of this case

A. **EXPERTS:**

1. Robert E. Sloan
   Sibley Memorial Hospital
   5255 Loughboro Road, NW
   Washington, DC 200 16-2695

2. Erica Weinstein, M.D.
   Coalinga State Hospital
   24511 W. Jayne Avenue
   Coalinga, CA 93210-5000

3. Phillip M. Diller, M.D., Ph.D.
   Residency Director
   UC Department of Family Medicine
   2123 Auburn Avenue, Suite 340
   Cincinnati, Ohio 45219

4. Mike Bowen, M.A., R.N., PA-C
   University Hospital
   Graduate Medical Education Office
   234 Goodman Street, Room 112
   Cincinnati, Ohio 45219

5. Timothy S. Allen, M.D.
   University of Kentucky
   Department of Psychiatry
   3470 Blazer Parkway
   Lexington, KY 40509

6. Theodore C. Ripperger, SHPR
   Director of Human Resources
   Middletown Regional Hospital

1

       105 McKnight Drive
       Middletown, OH 45044-4898

7.   Ravi B. Berry, M.D.
     C/o Deborah R. Lydon

8.   Emmett Cooper, M.D.
     C/o Deborah R. Lydon

**B.**   **LAY WITNESS:** **(Pursuant to FRE 701)**

       Thelma L. Thomas
       C/o Darlington Amadasu

9.   Plaintiff may seek expert testimony from the above experts who were identified by the defendants in this case.

7.   Plaintiff reserves the right to identify additional expert and /or lay witnesses to rebut opinions by any qualified expert(s) identified on behalf of defendants.

8.   Plaintiff reserves the right to identify additional expert and /or lay witnesses to address allegations set forth in defendants' Answers, but not addressed in Defendants' "expert report(s)."

9.   Plaintiff further reserves the right to rely upon testimony of any expert or lay witness identified by other current parties to this action regardless of whether they are a party at the time of trial.

10.   In identifying experts per this Court's order, Plaintiff does not waive his right to challenge the qualifications, experience, skills, ethics, and reliability of opinions of defendants' identified experts.

11.   In addition to, or in the alternative of being an expert witness, Plaintiff Darlington Amadasu, MS, MD, MPH. reserves the right to act as lay witness pursuant to FRE 701 and holdings, *inter alia*, in *United States v. Valdez-Reyes*, 165 Fed.Appx.387, 392; 2006 U.S. App. LEXIS 1445 (6th Cir.2006); quotation & citation omitted)

                                          Darlington Amadasu, MD, MPH
                                          Plaintiff Pro Se
                                          P.O. Box 6263
                                          Cincinnati, OH 45206
                                          (513) 884-5155

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on the following:
Deborah R. Lydon, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202 by Fax 513-977-8141 and Karen A. Carroll, Kohnen & Patton LLP, 201 East Fifth St., Cincinnati, OH 45202 by Fax: 513-381-5823 on 9/8/06
Or by delivery to receptionist

2