Karen A. Carroll  ( 0039350)
Attorney for Defendants

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **DARLINGTON AMADASU, pro se** | : | Case No. 1:01cv182 |
| | : | |
| Plaintiff, | : | (Judge Spiegel/Magistrate Judge Black) |
| | : | |
| vs. | : | **NOTICE OF SERVICE OF** |
| | : | **EXPERT REPORTS OF** |
| **MERCY FRANCISCAN HOSPITAL –** | : | **DEFENDANTS MERCY** |
| **WESTERN HILLS, et al.,** | : | **FRANCISCAN HOSPITAL** |
| | : | **WESTERN HILLS MERCY** |
| Defendant. | : | **FRANCISCAN HOSPITAL – MT.** |
| | : | **AIRY, S. GRINNEL, C. LOBECK, J.** |
| | : | **BRONHERT, J. DALEIDEN, C.** |
| | : | **MCCOY, AND JANE(S) DOE(S)** |
| | : | **NURSES MERCY FRANCISCAN** |
| | : | **HOSPITAL – MT. AIRY** |

Now Come Defendants Mercy Franciscan Hospital-Western Hills, Mercy Franciscan Hospital – Mt. Airy, S. Grinnel, C. Lobeck, J. Bronhert, J. Daleiden, C. McCoy, and Jane(s) Doe(s) Nurses Mercy Franciscan Hospital – Mt. Airy and hereby give notice that they have served their expert reports upon all parties of record on this 13th day of October, 2006, pursuant to this Court's Amended Calendar Order.

Respectfully submitted,

KOHNEN & PATTON

*/s/ Karen A. Carroll*

Karen A. Carroll (0039350)
201 E. Fifth Street, Suite 800
Cincinnati, OH  45202
Email:  kcarroll@kplaw.com
Phone:  (513) 381-0656/381-5823
TRIAL COUNSEL FOR DEFENDANTS, MERCY
FRANCISCAN HOSPITAL – WESTERN HILLS, MERCY
FRANCISCAN HOSPITAL – MT. AIRY, S. GRINNEL, C.
LOBECK, J. BRONHERT, J. DALEIDEN, C. MCCOY,
AND JANE(S) DOE(S) NURSES MERCY FRANCISCAN
HOSPITAL – MT. AIRY

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 13th day of October, 2006, electronically through the Court's ECF system and/or regular U.S. mail upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH  45206
PLAINTIFF, PRO SE

Deborah R. Lydon, Esq.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
TRIAL COUNSEL FOR DR. BERRY

/s/ Karen A. Carroll

274441.1:CA042.AM001