IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, pro se | : | Case No.: C-1-01-182 |
| Plaintiff, | : | |
| | : | Judge Spiegel |
| v. | : | Magistrate Judge Sherman |
| | : | |
| MERCY FRANCISCAN HOSPITAL - WESTERN HILLS, et al. | : | **NOTICE OF COMPLIANCE WITH EXPERT WITNESS REPORT DEADLINE** |
| Defendants. | : | |

Defendant Ravi B. Berry, M.D. ("Defendant Dr. Berry") hereby gives notice to this Court and all parties that he has complied with the expert witness report deadline as set out in the Calendar Order governing this case. Defendant Dr. Berry forwarded his expert reports on October 13, 2006.

Respectfully submitted,

*/s/ Jennifer Orr Mitchell*

Deborah R. Lydon, Esq. (0013322)
lydon@dinslaw.com
Jennifer Orr Mitchell, Esq. (0069594)
jennifer.mitchell@dinslaw.com
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8344 (or 8364)
(513) 977-8141 (fax)
*Trial Counsel for Defendant Ravi B. Berry, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Compliance with Expert Witness Report Deadline** was served by regular U.S. Mail, postage prepaid, this 13th day of Oct 2006 upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206
*Plaintiff, pro se*

Karen A. Carroll, Esq.
Kohnen & Patton LLP
201 E. Fifth St., Suite 800
Cincinnati, OH 45202
*Trial Counsel for Defendants Mercy Franciscan Hospital,
Grinnell, Bronhert, Daleiden, McCoy and Leubeck*

*Jennifer D. Mitchell*