IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU<br>Plaintiff<br>v.<br><br>MERCY FRANCISCAN HOSPITAL<br>WESTERN HILLS, et al<br>Defendants. | Case No.: C-1-01-182<br>[Spiegel/Black]<br><br>**PLAINTIFF'S MOTION FOR: (I) STAY RESPONSE TO JOINT MOTION OF DEFENDANTS TO STRIKE DARLINGTON AMADASU'S SUPPLEMENTAL DISCLOSURE OF EXPERT & LAY WITNESSES** |

---

Plaintiff Pro Se Darlington Amadasu moves this court for Orders: Stay of plaintiff response to Joint Motion of Defendants to Strike Darlington Amadasu's Supplemental Disclosure of Expert and lay witnesses pending submissions of all reports of all identified experts, and completion of discovery

### MEMORANDUM OF LAW & AUTHORITIES

Needless to repeat the grounds for this relief, plaintiff therefore incorporate by reference the grounds, law, analysis and authorities contained in Plaintiff's Motion for Stay of joint motion of defendants to strike Darlington Amadasu's Expert Identification and To Stay Plaintiff's Response thereto

Respectfully submitted,

*/s/ Darlington Amadasu*

### CERTIFICATE OF SERVICE

I certify that the foregoing was served on the following:
Deborah R. Lydon, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202 and Karen A. Carroll, Kohnen & Patton LLP, 201 East Fifth St., Cincinnati, OH 45202 by delivery to their respective receptionists on 10/16/06

*/s/ Darlington Amadasu*