EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, pro se | Case No.: C-1-01-182 |
| Plaintiff, | Judge Spiegel |
| v. | Magistrate Judge Black |
| MERCY FRANCISCAN HOSPITAL - WESTERN HILLS, et al. | **ORDER GRANTING EMERGENCY MOTION TO TAKE DEPOSITION OF PLAINTIFF DARLINGTON AMADASU** |
| Defendants. | |

This Matter came to be heard on Defendant Dr. Berry's Emergency Motion to Take Deposition of Plaintiff Darlington Amadasu. Having considered the Motion, the Court finds it well taken and hereby orders that Plaintiff's deposition is to occur on November 8, 2006, beginning at 9:00 a.m. and continuing until finished, at the office of Dr. Berry's counsel. In addition, this Court finds that this Motion was necessary as a result of Plaintiff's evasive conduct and, therefore, orders Plaintiff to pay Dr. Berry's reasonable costs and attorney fees associated with filing this Motion and taking the prior deposition.

IT IS SO ORDERED.

Date: _____                    _____
                                                UNITED STATES DISTRICT JUDGE