United States District Court
Southern District of Ohio
Western Division

DARLINGTON AMADASU,
    Plaintiff,

Case No. 1:01-cv-182

vs.

Spiegel, J.
Black, M.J

MERCY FRANCISCAN HOSPITAL-
WESTERN HILLS, *et al.*,
    Defendants.

**ORDER**

    Defendant Ravi B. Berry, M.D. having filed an Emergency Motion to Take Deposition of Plaintiff Darlington Amadasu [on November 8, 2006] (*see* doc. 71-1), the Court ORDERS Plaintiff to file his memorandum *contra*, if any, by November 6, 2006 at 12:00 p.m.

Date: 11/2/06

_Timothy S. Black_
Timothy S. Black
United States Magistrate Judge