**United States District Court**
**Southern District of Ohio**
**Western Division**

DARLINGTON AMADASU,
    Plaintiff,

Case No. 1:01-cv-182

vs.

Spiegel, J.
Black, M.J

MERCY FRANCISCAN HOSPITAL-
WESTERN HILLS, *et al.*,
    Defendants.

**ORDER**

    Plaintiff Amadasu having not filed a memorandum in opposition, and for good cause shown, Defendant's Emergency Motion to Take Deposition of Plaintiff Darlington Amadasu [on November 8, 2006] (*see* doc. 71-1) is hereby GRANTED.

Date: 11/7/06

s/Timothy S. Black

Timothy S. Black
United States Magistrate Judge

1