Karen A. Carroll ( 0039350)
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DARLINGTON AMADASU, pro se** | : | Case No. 1:01cv182 |
| | : | |
| Plaintiff, | : | (Judge Spiegel/Magistrate Judge Black) |
| | : | |
| vs. | : | |
| | : | **NOTICE OF SERVICE OF** |
| **MERCY FRANCISCAN HOSPITAL –** | : | **RESPONSES TO PLAINTIFF'S** |
| **WESTERN HILLS, et al.,** | : | **REQUESTS FOR ADMISSIONS TO** |
| | : | **MERCY FRANCISCAN HOSPITAL** |
| Defendant. | : | **WESTERN HILLS; MERCY** |
| | : | **FRANCISCAN HOSPITAL – MT.** |
| | : | **AIRY; AND STEVEN GRINNELL** |

Now Come Defendants Mercy Franciscan Hospital-Western Hills, Mercy Franciscan Hospital – Mt. Airy, and Steven Grinnell, and hereby give notice that they have served their Responses to Plaintiff's Requests for Admissions upon all parties of record on this 7th day of November, 2006.

Respectfully submitted,

KOHNEN & PATTON

*/s/ Karen A. Carroll*

Karen A. Carroll (0039350)
201 E. Fifth Street, Suite 800
Cincinnati, OH  45202
Email:  kcarroll@kplaw.com
Phone:  (513) 381-0656/381-5823
TRIAL COUNSEL FOR DEFENDANTS, MERCY FRANCISCAN HOSPITAL – WESTERN HILLS, MERCY FRANCISCAN HOSPITAL – MT. AIRY, S. GRINNEL, C. LOBECK, J. BRONHERT, J. DALEIDEN, C. MCCOY, AND JANE(S) DOE(S) NURSES MERCY FRANCISCAN HOSPITAL – MT. AIRY

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 7th day of November, 2006, electronically through the Court's ECF system and/or regular U.S. mail upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH  45206
PLAINTIFF, PRO SE

Deborah R. Lydon, Esq.
Jennifer Mitchell, Esq.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
TRIAL COUNSEL FOR DR. BERRY

/s/ Karen A. Carroll

276665.1:CA042.AM001