IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DARLINGTON AMADASU**, pro se | : | Case No.: C-1-01-182 |
| | : | |
| Plaintiff, | : | Judge S. Arthur Spiegel |
| | : | Magistrate Judge Timothy S. Black |
| v. | : | |
| | : | **NOTICE OF SERVICE OF** |
| **MERCY FRANCISCAN HOSPITAL -** | : | **RESPONSES TO PLAINTIFF'S** |
| **WESTERN HILLS, et al.** | : | **INTERROGATORIES, REQUESTS** |
| | : | **FOR PRODUCTION AND** |
| Defendants. | : | **REQUESTS FOR ADMISSIONS** |
| | : | **TO RAVI B. BERRY, M.D.** |

    Defendant Ravi B. Berry, M.D. hereby gives notice to this Court and all parties that he has served his Responses to Plaintiff's Interrogatories and Requests for Production of Documents on November 6, 2006 and his Responses to Requests for Admissions on November 8, 2006.

                                       Respectfully submitted,

                                       /s/ Jennifer O. Mitchell
                                       Deborah R. Lydon (0013322)
                                       Jennifer Orr Mitchell (0069594)
                                       Matthew S. Arend (0079688)
                                       DINSMORE & SHOHL LLP
                                       1900 Chemed Center
                                       255 East Fifth Street
                                       Cincinnati, OH 45202
                                       (513) 977-8200
                                       Trial *Counsel for Defendant Ravi B. Berry, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Service was served electronically through the Court's ECF system and/or regular U.S. Mail, postage prepaid, this 8th day of November 2006 upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

Karen A. Carroll, Esq.
Kohnen & Patton LLP
201 E. Fifth St., Suite 800
Cincinnati, OH 45202

/s/ Jennifer O. Mitchell

1321851v1