# EXHIBIT "G"



**Kohnen+Patton** LLP
Attorneys at Law

KAREN A. CARROLL
kcarroll@kplaw.com

*Cincinnati Office:*
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202-4190
Telephone: 513/381-0656
Facsimile: 513/381-5823

*Kentucky Office:*
211 Grandview Drive, Suite 236
Ft. Mitchell, KY 41017-2759
Telephone: 859/341-0009
Facsimile: 859/341-0344

www.kplaw.com

Peggy M. Barker [3]
Joseph Beech III
Colleen M. Blandford [3]
John L. Campbell [3]
Karen A. Carroll [3]
Anthony J. Caruso [3]
Ann Ruley Combs
Joseph L. Dilts [1]
Richard M. Haines [3]
Andrew J. Hogan
John J. Kelley, Jr.
Andrew R. Leeper
Keith D. Meyer
Terry E. Moore
W. Andrew Patton
Kimberly A. Pramaggiore [2,3]
K. Roger Schoeni [3,4]
Jeffrey C. Shipp [3]
Michael J. Stegman [3]
John P. Tafaro
Mark J. Zummo
David J. Bross [3]
Leslie E. Ghiz
H. Drewry Gores
Jeffrey M. Hines
David G. Kern
Kimberly A. Kyle [3]
Malinda L. Langston [3]
Louis C. Schneider [2,3]
Keith M. Rabenold (Of Counsel)
Ralph B. Kohnen (Retired)

*All are admitted in Ohio*
1 Also admitted in Florida
2 Also admitted in Indiana
3 Also admitted in Kentucky
4 Also admitted in Minnesota

October 26, 2006

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

Re:   Amadasu v. Mercy Franciscan Hospital, et al.

Dear Mr. Amadasu:

I join in the request from Dr. Berry's counsel requesting that you supplement your responses to prior written discovery requests served upon you on behalf of all Defendants. I note that Ms. Mitchell also provided you with new authorizations for the release of various medical, employment and financial information--- I urge you to execute the authorizations and return them to Ms. Mitchell in a timely manner, thereby allowing both Defendants to make use of the authorizations to obtain the records needed to defend this action.

Finally, I join in Ms. Mitchell's request for potential dates on which we can complete your deposition.

Thank you for your prompt attention and response to these discovery issues.

Sincerely,

KOHNEN & PATTON LLP

Karen A. Carroll

KAC:lks
Enclosures
cc:  Jennifer Mitchell, Esq.

275539.1:CA042.AM001