FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 NOV 22 PM 1:54

| | |
|---|---|
| DARLINGTON AMADASU<br><br>　　　　Plaintiff<br><br>Vs<br><br>MERCY FRANCISCAN HOSPITAL-WESTERN HILL, et al<br>　　　　Defendants<br>Individually, personally, officially and jointly | CASE No.: C-1-01-182<br>[Spiegel/Black]<br><br>**PLAINTIFF'S NOTICE OF ALL PARTIES' CONFERENCE TO ATTEMPT TO RESOLVE DISCOVERY ISSUES** |

Now comes, Darlington Amadasu, Plaintiff, lay Pro Se (Amadasu), and notifies this Court that on November 21, 2006 he invited all defendants' counsels, Karen A. Carroll and Deborah R. Lydon, for conference for the purpose of extra-judicial resolution of discovery issues. Amadasu offers the dates, time and venue as follows:

**Dates: November 28, 29, 30 or December 1, 2006** [Amadasu is available on any of these dates and counsels should pick one of these dates]

**Time: 10.00 AM**

**Place: Dinsmore & Shohl, LLP, 255 East Fifth Street, Suite 1900, Cincinnati, OH 45202.**

　　　Counsels must promptly advise plaintiff in writing whether or not you accept this offer of conference on or before 11/27/06. If you accept this offer you must promptly inform plaintiff in writing of the date you pick on or before 11/27/06.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Darlington Amadasu, Plaintiff, lay Pro se

**CERTIFICATE OF SERVICE:**
I hereby certify that a true copy of the foregoing Notice was served on Karen A. Carroll, by fax (513-381-5823), and Deborah R. Lydon, by fax (513-977-8141), Defendants' attorneys, on 11/2106

1