**United States District Court**
**Southern District of Ohio**
**Western Division**

DARLINGTON AMADASU,                          Case No. 1:01-cv-182

    Plaintiff,                              Spiegel, J.
                                            Black, M.J
vs.


MERCY FRANCISCAN HOSPITAL, *et al.*,          **ORDER**

    Defendants.

    Upon request of the parties, the Court hereby schedules a hearing on all pending motions and other outstanding issues on **Monday, December 11, 2006, at 1:30 p.m.**, Courtroom 708, Potter Stewart United States Courthouse, 100 E. 5th St., Cincinnati, Ohio.

    **IT IS SO ORDERED**.


Date: December 1, 2006                        s/Timothy S. Black
                                                                                Timothy S. Black
                                                                                United States Magistrate Judge