UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

## CIVIL MINUTES

Darlington Amadasu
       -vs-                                     Civil Case No. 1:01cv182

Mercy Hospital

**COURT PERSONNEL PRESENT:**

Magistrate Judge:    Timothy S. Black
Law Clerk:             Kimberly Jones
Court Reporter:      Pam Gilio
Courtroom Deputy:     Jan Lahley

**PARTIES PRESENT:**

    (Plaintiff counsel)                        Darlington Amadasu
    (Plaintiff counsel)

    (Defendant counsel)                   Karen Carroll, Jennifer Mitchell, Matthew Arend
    (Defendant counsel)

**DOCKET ENTRY:**

Case called before Magistrate Judge for hearing on all pending motions (motion to dismiss, motion for summary judgment, discovery motions) Argument heard. Order to follow

DATE:      12/11/06
TIME:      1:30 - 2:15