**United States District Court**
**Southern District of Ohio**
**Western Division**

| | |
|---|---|
| DARLINGTON AMADASU, | Case No. 1:01-cv-182 |
| Plaintiff, | Spiegel, J. |
| | Black, M.J |
| vs. | |
| MERCY FRANCISCAN HOSPITAL, *et al.*, | **ORDER** |
| Defendants. | |

    This civil action having come before the Court on December 11, 2006 for a hearing on all pending motions and other outstanding issues, and as stated on the record, the Court hereby enters the following Order:

1. Plaintiff shall file his memoranda in opposition to all pending motions, and his motion for summary judgment, if any, no later than **January 15, 2007**;

2. Thereafter, Defendants shall timely file memoranda in opposition or reply; and

3. All other proceedings in this case are hereby **STAYED**, with the exception of briefing consistent with this Order.

    **IT IS SO ORDERED.**

Date: December 11, 2006                                       s/Timothy S. Black
                                                                                   Timothy S. Black
                                                                                   United States Magistrate Judge