UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

07 JAN 12 PM 3:11

| | |
|---|---|
| DARLINGTON AMADASU<br><br>        Plaintiff<br><br>Vs<br><br>MERCY FRANCISCAN HOSPITAL-WESTERN HILL, et al<br>        Defendants | CASE No.: C-1-01-182<br>[Spiegel/Black]<br><br>**PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME** |

    Now comes, Plaintiff, Pro Se, states that the time to file memorandum in opposition to all pending motions, and his motions to compel discovery and for summary judgment has not expired and pursuant to Rule 6(b) moves the court for order extending time to January 31, 2007 to do so.

    Plaintiff inadvertently lost his memorandum in opposition to defendants' pending motions and his motions to compel discovery and for summary judgment that were prepared and saved electronically in diskette but when he was about to print hard copies today for service and filing he discovered he had inadvertently lost it. Accordingly, plaintiff will have to start all over again to prepare and file them, and, thus needs extension of time to re-do, serve and file them by 01/31/07.

Respectfully submitted,

_____
Darlington Amadasu, Plaintiff, Pro se

**CERTIFICATE OF SERVICE:**
I hereby certify that a true copy of the foregoing was served on Karen A. Carroll, by fax (513-381-5823), and Deborah R. Lydon, by fax (513-977-8141), Defendants' attorneys 01/12/07.

1