**United States District Court**
**Southern District of Ohio**
**Western Division**

DARLINGTON AMADASU,
    Plaintiff,                              Civil Action No. 1:01cv182

vs.                                             Spiegel, J.
                                                  Black, M.J.

MERCY FRANCISCAN HOSPITAL, et al.,
    Defendants.                            **ORDER**

        On 1/12/07, Plaintiff filed a Motion for Extension of Time (Doc. 84). The motion is GRANTED in that Plaintiff shall have an extension until 1/31/07 to file his memoranda in opposition to all pending motions and his motion for summary judgment, if any. Defendants shall timely file reply memoranda accordingly.

Date: 1/18/07                          **/s/Timothy S. Black**

                                                Timothy S. Black
                                                United States Magistrate Judge