EXHIBIT A



Logged in as: ATT069594  |

Directions | Policies | Sitem

Hamilton County Courthous
1000 Main Street
Cincinnati, OH 45202

**Home**    ◢ **Court Records**    ◢ **Court Date**    ◢ **Forms**    ◢ **Services**    ◢ **D**

## Case Summary

Case O

| | |
|---|---|
| **Case Number:** | A 0305562 |
| **Case Caption:** | DARLINGTON AMADASU vs. SADIE WILKINS |
| **Judge:** | PATRICK T DINKELACKER |
| **Filed Date:** | 7/24/2003 |
| **Case Type:** | C370 - OTHER TORT- VEHICLE ACCIDENT |
| **Total Deposits:** | $ 8115.00 Credit |
| **Total Costs:** | $ 323.00 |

Case History

Case Schedule

Case Documen

>>> Document Req

Party/Attorney I

New Case Sea

New Name Sea

Add Case to My

## Case Documents

Printer Friend

| Document Link | Date Filed | Document Type | Page |
|---|---|---|---|
| 🗎 | 12/21/2005 | Cost Statement | 4 |
| 🗎 | 12/20/2005 | Entry | 1 |
| 🗎 | 12/2/2005 | Written Request | 1 |
| 🗎 | 12/1/2005 | Affidavit | 4 |
| 🗎 | 12/1/2005 | Motion | 2 |
| 🗎 | 11/18/2005 | Entry | 9 |
| 🗎 | 11/18/2005 | Motion | 12 |
| 🗎 | 9/22/2005 | Cost Statement | 4 |
| 🗎 | 9/1/2005 | Entry | 1 |
| 🗎 | 8/8/2005 | Subpoena | 1 |
| 🗎 | 8/8/2005 | Service Return | 2 |
| 🗎 | 7/29/2005 | Entry | 1 |
| 🗎 | 7/29/2005 | Notice | 2 |
| 🗎 | 7/15/2005 | Entry | 1 |
| 🗎 | 6/23/2005 | Motion | 11 |
| 🗎 | 2/28/2005 | Entry | 1 |
| 🗎 | 2/24/2005 | Entry | 1 |

|  |  |  |  |
|---|---|---|---|
| 📄 | 2/7/2005 | Notice | 1 |
| 📄 | 2/7/2005 | Affidavit | 1 |
| 📄 | 2/7/2005 | Motion | 4 |
| 📄 | 2/4/2005 | Notification Form | 1 |
| 📄 | 2/4/2005 | Notice | 2 |
| 📄 | 1/20/2005 | Filing | 2 |
| 📄 | 10/5/2004 | Notification Form | 1 |
| 📄 | 10/5/2004 | Notice | 2 |
| 📄 | 6/4/2004 | Entry | 1 |
| 📄 | 6/2/2004 | Entry | 1 |
| 📄 | 8/12/2003 | Notification Form | 1 |
| 📄 | 8/12/2003 | Answer | 2 |
| 📄 | 8/1/2003 | Service Return | 1 |
| 📄 | 7/25/2003 | Summons | 1 |
| 📄 | 7/24/2003 | Initial Filing | 3 |
| 📄 | 7/24/2003 | Classification Form | 1 |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

HAMILTON COUNTY CLERK OF COURTS
C A S E   C O S T   S T A T E M E N T
CASE NUMBER = A 0305562

Page 1
D66531906                                                                    CMSRS018

------------------------------------------------------------------------------------------
        CASE NUMBER : A 0305562                    LAST ACTIVITY DATE : 12/21/2005

    DARLINGTON AMADASU vs. SADIE WILKINS                FILING DATE : 07/24/2003

    FILING : C370   OTHER TORT- VEHICLE ACCIDENT

    CURRENT JUDGE :     198    PATRICK T DINKELACKE        ASSIGN DATE : 07/21/2005
    PREVIOUS JUDGE :    192    MARK R SCHWEIKERT

Count:   DISPOSITION: 4    JUDGMENT              IMAGE: 80      DATE: 09/01/2005

    NOTE :                                       COST APPL DATE : 12/21/2005
                                                 APPLIED COSTS: $ 323.00

                                                 LAST BILLING DATE : 09/09/2005

                                                 DEPOSIT MOTION FLAG : Y

                        P A R T Y   R E F E R E N C E
------------------------------------------------------------------------------------------
                PARTY   PARTY NAME                ATTORNEY    ATTORNEY NAME
                NBR     ADDRESS                   NBR         ADDRESS
STATUS DATE                                                                    
------------------------------------------------------------------------------------------

A 07/24/2003    D-1     SADIE WILKINS             62143       DAVID G RICHARDSON
                        3429 TRIMBLE AVE                      P O BOX 6491
                        CINCINNATI OH 45207                   2368 VICTORY PKWY
                                                              CINCINNATI OH 45206


                                                  66536       MICHAEL E LIVELY
                                                              PO BOX 6491
                                                              2368 VICTORY PKWY STE 200
                                                              CINCINNATI OH 45206


A 07/24/2003    P-1     DARLINGTON AMADASU        383         GERALD L NUCKOLS
                        P O BOX 6263                          324 READING ROAD
                        CINCINNATI OH 45206                   CINCINNATI OH 45202

HAMILTON COUNTY COURT OF COMMON PLEAS
C A S E   C O S T   S T A T E M E N T

CASE NUMBER = A 0305562

Page 2
CMSR5018

----------------------------------------------------------------------------------------

D O C K E T   E N T R I E S

| DOC NBR | ENTRY TYP | DOCK CODE | ENTRY DATE | IMAGE NUMBER | DOCKET DESCRIPTION/ DOCKET COMMENT | AMOUNT | APPLIED |
|---|---|---|---|---|---|---|---|
| 66531906 | | 600 | 12/21/2005 | | - Cashier's Application Run - | | |
| 66531890 | M | 3SUN | 12/21/2005 | | SUNDRY ( CHECK ISSUED TO : ) DARLINGTON AMADASU | 4,639.81 | Y |
| 66531878 | M | 3SUN | 12/21/2005 | | SUNDRY ( CHECK ISSUED TO : ) LAW OFFICES OF ARNOLD LEVINE | 2,707.19 | Y |
| 66510061 | D | EORD | 12/20/2005 | 35 | ORDER DISBURSING SETTLEMENT PROCEEDS | 3.00 | Y |
| 66386208 | D | 2PDG | 12/09/2005 | | POUNDAGE ON $7,500.00 | 150.00 | Y |
| 66361682 | P | DEP | 12/08/2005 | | ISSUE DESK - DEPOSIT BY DAVID G RICHARDSON | -7,500.00 | Y |
| 66347591 | | JRMR | 12/06/2005 | | CERTIFICATE OF REGULAR MAIL FILED.            DARLINGTON AMADASU | | |
| 66313238 | | MAIB | 12/05/2005 | | REGULAR MAIL SERVICE ISSUED TO DARLINGTON AMADASU | | |
| 66313217 | | WRFB | 12/02/2005 | | WRITTEN REQUEST FOR REGULAR MAIL SERVICE OF MOTION ON DARLINGTON AMADASU | | |
| 66272669 | | FAFF | 12/01/2005 | | AFFIDAVIT OF GERALD NUCKOLS | | |
| 66282100 | | FM | 12/01/2005 | | MOTION FOR AN ORDER DISBURSING SETTLEMENT PROCEEDS | | |
| 66146550 | | FM | 11/18/2005 | | MOTION FOR AN ORDER TO DEPOSIT SETTLEMENT PROCEEDS WITH THE CLERK OF COURTS | | |
| 66120181 | | EOG | 11/18/2005 | 25 | ORDER GRANTING MOTION TO DEPOSIT SETTLEMENT PROCEEDS WITH HAMILTON COUNTY CLERK OF COURTS | | |
| 65380949 | | 600 | 09/22/2005 | | - Cashier's Application Run - | | |
| 65380940 | M | 3SUN | 09/22/2005 | | SUNDRY ( CHECK ISSUED TO : ) GERALD L NUCKOLS | 445.00 | Y |
| 65380807 | P | 3MRC | 09/22/2005 | | MONEY RECEIVED & COST PAID BY MARKESBERY,RICHARDSON | -170.00 | Y |
| 65216459 | | BILL | 09/09/2005 | | BILLED: 170.00 DAVID G RICHARDSON | | |
| 65134383 | | NS | 09/02/2005 | | NOTICE OF APPEALABLE JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. | | |
| 65123348 | D | KJ | 09/01/2005 | 80 | ORDER GRANTING MOTION TO ENFORCE SETTLEMENT JUDGMENT ENTRY | 3.00 | Y |
| 64808098 | | FRSP | 08/08/2005 | | RETURN OF SERVICE BY PROCESS SERVER NORTON ROBERTS, 8/8/05 | | |
| 64805861 | D | 4SI | 08/08/2005 | | SUBPOENA FOR WITNESS ISSUED TO NORTON ROBERTS | 4.00 | Y |
| 64701648 | D | FN | 07/29/2005 | | NOTICE OF HEARING | 2.00 | Y |
| 64698339 | D | EORA | 07/29/2005 | 9 | ENTRY OF RE-ASSIGNMENT JUDGE ASSIGNED | 3.00 | Y |
| 64571256 | | 245 | 07/21/2005 | | CASE ROLLED TO DINKELACKER/PATRICK/T PRIMARY | | |
| 64571253 | | 246 | 07/21/2005 | | JUDGE REASSIGNED CASE TRANSFERRED FROM SCHWEIKERT/MARK/R DISQUALIFICATION PRIMARY | | |
| 64501669 | D | EED | 07/15/2005 | 48 | ENTRY OF DISQUALIFICATION | 3.00 | Y |
| 64248053 | D | FM | 06/23/2005 | | MOTION TO ENFORCE SETTLEMENT WITH THE AFFIDAVIT OF DAVID G. RICHARDSON ATTACHED | 11.00 | Y |

CASE NUMBER = A 0305562

--------------------------------------------------------------------------------

D O C K E T   E N T R I E S

--------------------------------------------------------------------------------

| DOC NBR | ENTRY TYP | DOCK CODE | ENTRY DATE | IMAGE NUMBER | DOCKET DESCRIPTION/ DOCKET COMMENT | AMOUNT | APPLIED |
|---|---|---|---|---|---|---|---|
| 62692866 | D | EORD | 02/28/2005 | 139 | ORDER<br>TO APPEAR FOR INDEPENDENT MEDI CAL EXAMINATION | 3.00 | Y |
| 62647220 | D | ECSO | 02/24/2005 | 102 | CASE SCHEDULING ORDER | 3.00 | Y |
| 62425413 | D | FM | 02/07/2005 | | MOTION<br>TO COMPEL INDEPENDENT MEDICAL EXAMINATION; MOTION TO EXTEND DISCOVERY AND MOTION TO VACATE RIAL DATE; ORAL ARGUMENT REQUE STED | 4.00 | Y |
| 62425383 | D | FAFF | 02/07/2005 | | AFFIDAVIT<br>OF ATTORNEY IN SUPPORT OF MOTI ON TO COMPEL INDEPENDENT MEDIC AL EXAMINATION; MOTION TO EXTE ND DISCOVERY AND MOTION TO VAC ATE TRIAL DATE; ORAL ARGUMENT REQUESTED | 1.00 | Y |
| 62423761 | D | FN | 02/07/2005 | | NOTICE<br>OF ADDITIONAL COUNSEL | 1.00 | Y |
| 62425432 | D | FN | 02/04/2005 | | NOTICE<br>OF INDEPENDENT MEDICAL EXAMINA TION OF PLAINTIFF | 2.00 | Y |
| 62423744 | | FNFF | 02/04/2005 | | NOTIFICATION FORM FILED. | | |
| 62231125 | D | FF | 01/20/2005 | | DEFENDANT SADIE WILKINS' DISCL OSURE OF EXPERTS | 2.00 | Y |
| 60932373 | D | FN | 10/05/2004 | | NOTICE<br>OF SUBSTITUTION OF COUNSEL (RI CHRDSON IN PLACE OF SELLINS) | 2.00 | Y |
| 60931603 | | FNFF | 10/05/2004 | | NOTIFICATION FORM FILED. | | |
| 59362666 | D | ERCM | 06/04/2004 | 3 | ENTRY REFERRING CASE<br>TO MEDIATION. | 3.00 | Y |
| 59334070 | D | ECSO | 06/02/2004 | 129 | CASE SCHEDULING ORDER | 3.00 | Y |
| 55739304 | D | FA | 08/12/2003 | | ANSWER<br>OF DEFENDANT SADIE WILKINS | 2.00 | Y |
| 55739266 | | FNFF | 08/12/2003 | | NOTIFICATION FORM FILED. | | |
| 55681441 | | JPR | 08/01/2003 | | POSTAL RECEIPT RETURNED,<br>COPY OF SUMMONS AND COMPLAINT DELIVERED TO<br>SADIE WILKINS<br>ON  /  / , FILED | | |
| 55572756 | | 245 | 07/30/2003 | | JUDGE ASSIGNED<br>CASE ROLLED TO SCHWEIKERT/MARK /R PRIMARY | | |
| 55510097 | D | SUMA | 07/25/2003 | | SUMMONS ISSUED BY<br>CERTIFIED MAIL TO<br>SADIE WILKINS | 4.00 | Y |
| 55510095 | D | MAIA | 07/25/2003 | | CERTIFIED MAIL SERVICE<br>ISSUED TO SADIE WILKINS | 7.00 | Y |
| 55503090 | P | DEPJ | 07/24/2003 | | JURY DEMAND DEPOSIT BY<br>ARNOLD S LEVINE CO | -270.00 | Y |
| 55503082 | D | COMP | 07/24/2003 | | COMPLAINT FILED | 2.00 | Y |
| 55503081 | D | SPFA | 07/24/2003 | | SPECIAL PROJECTS FEE<br>PER ENTRY 2/1/02 IMAGE 147; M-0200002 | 15.00 | Y |
| 55503080 | D | POST | 07/24/2003 | | POSTAGE: COST DESK | 2.00 | Y |
| 55503079 | D | LAA | 07/24/2003 | | O.R.C. SECTION 2303.201 | 15.00 | Y |
| 55503078 | D | FCF | 07/24/2003 | | CLASSIFICATION FORM FILED. | 0.00 | Y |
| 55503077 | D | CMPA | 07/24/2003 | | COURT MEDIATION PROGRAM FEE<br>PER ENTRY 8/3/99 IMAGE 164; M-9900002. | 25.00 | Y |
| 55503076 | D | CLR | 07/24/2003 | | COMPUTER LEGAL RESEARCH | 3.00 | Y |
| 55503075 | D | CLK | 07/24/2003 | | CLERK FEE FOR EACH CAUSE | 25.00 | Y |
| 55503074 | D | CI | 07/24/2003 | | COURT INDEX | 14.00 | Y |
| 55503073 | D | CCA | 07/24/2003 | | COURT AUTOMATION | 6.00 | Y |
| 55503070 | P | FIVE | 07/24/2003 | | INITIAL CASE DEPOSIT PAID BY<br>GERALD L NUCKOLS | -175.00 | Y |

HAMILTON COUNTY COMMON PLEAS COURT
C A S E   C O S T   S T A T E M E N T

CASE NUMBER = A 0305562

Page 4
CMSR5018

```
----------------------------------------------------------------------
                                                     ------------------
         **CASE BALANCE **** CASE BALANCE **** CASE BALANCE ** ===>          0.00


                        Total Deposits :        8,115.00 CR
                          Total Costs :           323.00
                         Total Credits :            0.00
                        Total Money Out :        7,792.00

                      Unapplied Deposits :           0.00
                        Unapplied Costs :           0.00
```

```
----------------------------------------------------------------------
Account    Account Name                      Amount:          Applied Amount:
--------   ------------                      -------          ---------------

1000-0131  CASE DEPOSIT (ISSUE) #1          7,945.00 CR       7,945.00 CR
1000-0132  COURT INDEX                         14.00             14.00
1000-0211  CLERK FEES                          25.00             25.00
1000-0273  SPECIAL PROJECTS FUND               15.00             15.00
1000-0275  COURT MEDIATION PROGRAM             25.00             25.00
1000-0278  COMPUTERIZED LEGAL RESEARCH          3.00              3.00
1000-0279  COURT AUTOMATION                     6.00              6.00
1000-0804  O.R.C. SECTION 2303.201             15.00             15.00
2000-0211  CLERK FEES                         211.00            211.00
2000-0752  POSTAGE                              9.00              9.00
3000-0130  MONEY RECEIVED (CASHIER) #3        170.00 CR         170.00 CR
3000-0999  SUNDRY; CHECKS ISSUED            7,792.00          7,792.00
                                           ------------------  ------------------
                                                 0.00              0.00
```



Gerald L. Nuckols 0000383

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **DARLINGTON AMADASU** | : | Case No.:  A 0305562 |
| Plaintiff | : | |
| | : | |
| -vs- | : | (Judge Dinkelacker) |
| | : | |
| **SADIE WILKINS** | : | **ORDER DISBURSING** |
| | : | **SETTLEMENT PROCEEDS** |
| Defendant | : | |
| | : | |

    Upon Motion and for good cause shown the Court orders that the $7500.00 settlement proceeds deposited with the Clerk of Court should be disbursed as follows:

    1.  $2707.19 to the Law Offices of Arnold Levine;
    2.  The balance to Darlington Amadasu, P.O. Box 6263, Cincinnati, Ohio 45206.

Court costs to be charged against the balance.

SO ORDERED.

Hon. Patrick Dinkelacker, Judge  12-20-05

D66510061





D66313217

**COMMON PLEAS COURT**
**HAMILTON COUNTY, OHIO**

DARLINGTON AMADASU
_____
        Plaintiff
_____

CASE NO. A0305562

VS

SADIE WILKINS
_____
        Defendant
_____

WRITTEN REQUEST FOR SERVICE
TYPE OF PAPERS TO BE SERVED ARE

MOTION AND AFFIDAVIT

( ) PLEASE CHECK IF THIS IS A
    DOMESTIC CASE

**PLAINTIFF/DEFENDANT REQUESTS:**

CERTIFIED MAIL SERVICE _____

PERSONAL SERVICE _____

PROCESS SERVICE _____

EXPRESS MAIL SERVICE _____

REGULAR MAIL SERVICE ___✗___

RESIDENCE SERVICE _____

FOREIGN SHERIFF _____

ON _____ DARLINGTON    AMADASU
        P.O BOX 6263
        CINTI  OH  45206

FILED
2005 DEC 12

GERALD NUCKOLS
**ATTORNEY**
324 READING RD CINTI OH
**ADDRESS**                45202

(513) 241-6748
**PHONE NUMBER**
0000383
**ATTORNEY NUMBER**

Gerald L. Nuckols (0000383)
Law Offices of Arnold S Levine

## IN THE COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| DARLINGTON AMADASU | : | Case No.: A0305562 |
| Plaintiff, | : | Judge: Dinkelacker |
| -vs - | : | |
| SADIE WILKINS | : | **AFFIDAVIT OF** |
| | | **GERALD NUCKOLS** |
| Defendant | : | |

STATE OF OHIO          )
                                )ss
COUNTY OF HAMILTON  )

GERALD NUCKOLS, being first duly sworn, says as follows

1    I was the attorney of record for Plaintiff in this matter in my employ with the Law Offices of Arnold S Levine

2    Darlington Amadasu, Plaintiff, entered into a contingency fee agreement with the Law Offices of Arnold S Levine on March 24, 2003 (Exhibit "A" attached)

3    Said agreement called for payment of a one third contingency fee from the settlement or judgment obtained plus reimbursement of case expenses

4    Case expenses are as follows
    a    George J Griffin, M D   medical records of $35 00
    b    Photocopying  $172 19
    c    Total  $207 19


Gerald L  Nuckols

**D66272669**

Subscribed and sworn to, before me, a notary public, in and for said county and state, on this the 30th day of November, 2005

_Glenda Ferguson_
Notary Public

**GLENDA FERGUSON**
Notary Public, State of Ohio
My Commission Expires
October 18, 2010

*Law Offices*
*of Arnold S. Levine*
324 Reading Road
Cincinnati, Ohio 45202

(513) 241 6748
FAX (513) 241 1615

PERSONAL INJURY
CONTINGENT FEE AGREEMENT

I/We hereby employ Arnold S. Levine, Attorney at Law, to act as attorney for the undersigned in making a claim against any and all responsible persons for personal injuries and property damage, if applicable, sustained by the undersigned as a result of an incident which occurred on the date and at the place stated below.

I/We understand that this case may be assigned by Arnold S. Levine to one of the attorneys in his employ who will work under his supervision and control. I/We further understand that Arnold S. Levine is the attorney who will be responsible for the handling of the case.

I/We the undersigned agree to pay to Arnold S. Levine, as his compensation for such representation, the sum of thirty-three and one-third percent (33⅓%) of the total or gross sum recovered in settlement or trial of said claim plus any expenses advanced by him. In the event of an appeal or retrial of the case, the compensation to be paid by the undersigned to him shall be forty percent (40%) of whatever sum may be recovered after the appeal and/or retrial, plus expenses.

In the event that nothing is recovered on said claim, the said Arnold S. Levine will receive no compensation for his services, but will be reimbursed by the undersigned for any expenses advanced by him in connection with the investigation and prosecution of the claim. Clients who enter into contingent fee contracts are responsible for costs and expenses of their cases.

If Law Offices of Arnold S. Levine is required to withdraw from the case for any reason, the undersigned agree(s) to pay to the said Law Offices of Arnold S. Levine, as their compensation, the fair and reasonable value of their services rendered to the date of withdrawal, plus all expenses advanced by Law Offices of Arnold S. Levine in connection with the investigation and prosecution of the claim.

1

I/We the undersigned employ this attorney because of his experience and expertise in the handling of such claims, and the undersigned agree(s) that I/we will reasonable abide by the advice of said attorney, upon completion of the investigation, as to the value of said claim for settlement or trial purposes.

I/We the undersigned understand that as part of this agreement, I/We must keep Arnold S. Levine informed of my/our current mailing address at all times. I/We further understand that failure to keep Arnold S. Levine informed of my/our current mailing address will give him the option to withdraw as my/our legal representative and agree to hold Arnold S. Levine harmless for any losses I/We may incur as a result of such withdrawal.

This agreement executed in duplicate, each as an original. **UNDERSIGNED ACKNOWLEDGE RECEIPT OF COPY.**

| | |
|---|---|
| 3/24/03    7·27·01 | X |
| Date of Incident | Client |
| NY, NY | |
| Place of Incident | Client |
| 3 24 03 | |
| Today's Date | |

Arnold S. Levine does hereby accept the employment as set forth above.

*Arnold Levine*

ARNOLD S. LEVINE

REV/ASL 4/23/99 FN28

2

Gerald L. Nuckols (0000383)
Law Offices of Arnold S. Levine

### IN THE COURT OF COMMON PLEAS
### HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| DARLINGTON AMADASU | : | Case No. A0305562 |
|     Plaintiff, | : | Judge Dinkelacker |
| -vs - | : | |
| SADIE WILKINS | : | **MOTION FOR AN ORDER** |
|     Defendant | : | **DISBURSING SETTLEMENT** |
| | : | **PROCEEDS** |
| | : | |

Now comes the Law Offices of Arnold S. Levine and requests that the Court issue

an Order to the Clerk to disburse the Settlement Proceeds deposited pursuant to this

Court's order of November 18, 2005.

This Motion is supported by the Affidavit of Gerald Nuckols filed herein and the

following Memorandum.

Respectfully Submitted,


Gerald L Nuckols (0000383)
Law Offices of Arnold S. Levine
324 Reading Road
Cincinnati, Ohio 45202
(513) 241-6748
(513) 241-1615 FAX

FILED
2005 DEC -1 P 1:49
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY OH

D66282100

## MEMORANDUM

Final judgment in this matter has been entered in the Plaintiff's favor in the sum of $7,500 00  Defendant has deposited the settlement proceeds with the Clerk of Court Plaintiff entered into a contingent fee agreement calling for payment of a one third contingency fee plus reimbursement of case expenses  The total due the Law Offices of Arnold S  Levine from the settlement proceeds is $2707.19  (See Affidavit of Gerald Nuckols)  The balance should be paid directly to Darlington Amadasu.


**Gerald L. Nuckols**
**Law Offices of Arnold S. Levine**


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on David G  Richardson, Attorney for Defendant Sadie Wilkins, 2368 Victory Parkway, Ste 200, Cincinnati, OH 45206, and on Darlington Amadasu, Plaintiff herein, P O  Box 6263, Cincinnati, OH 45206, by ordinary U S  mail, this _1st_ day of _December_, 2005


**Gerald L. Nuckols**
Law Offices of Arnold S  Levine
324 Reading Road
Cincinnati, Ohio 45202
(513) 241-6748
(513) 241-1615 FAX

2

David G. Richardson (0062143)
Attorney for Defendant, Wilkins

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | CASE NO:  A0305562 |
| Plaintiff, | | |
| | | (Judge Dinkelacker) |
| v. | | |
| SADIE WILKINS, | : | ORDER GRANTING MOTION TO DEPOSIT SETTLEMENT PROCEEDS WITH HAMILTON COUNTY CLERK OF COURT |
| Defendant. | : | |

ENTERED
NOV 18 2005
IMAGE 25

---

    This matter is before the Court on Defendant's Motion for an Order to Deposit the Settlement Proceeds of this case with the Clerk of Court.  The Court has reviewed the motion filed by the defendant.  After the Court being duly and sufficiently advised, it finds Defendant's Motion well taken.  It is therefore the order of this court that the settlement proceeds be deposited with the Clerk of Courts.

It is SO ORDERED

Judge Patrick Dinkelacker      11-17-

CC:   Gerald L. Nuckols

       Darlington Amadasu

       David G. Richardson

D66120181

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

DARLINGTON AMADASU,    :    CASE NO:  A0305562
                       :
    Plaintiff,         :    (Judge Schweikert)
                       :
v.                     :    AFFIDAVIT OF DAVID G. RICHARDSON
                       :
SADIE WILKINS,         :
                       :
    Defendant.         :

---

    STATE OF OHIO    )
                  )   ss:
COUNTY OF HAMILTON  )

    Comes now the Affiant, David G. Richardson, after having been duly cautioned and sworn and states as follows.

1.    My name is David G. Richardson

2.    I am Counsel for the Defendant Sadie Wilkins in the above captioned matter.

3.    Through my representation, I have personal knowledge of the settlement negotiations and agreement in this case.

4.    On April 27, 2005 the Plaintiff and the Defendant reached a mutual agreement to settle the above captioned case as a part of Court sponsored mediation.

5.    On May 10, 2005 I mailed a draft for $7,500 to counsel for the Plaintiff along with a release.

6.    True and accurate copies of the agreement, draft, letter, release and order enforcing settlement are attached as Exhibits 2, 3, 4, 5 and 6.

7.    I have not received a signed copy of the release to date.

8.    Plaintiff has not negotiated the settlement draft.



ENTERED
NOV 1 8 2005
IMAGE 36



EXHIBIT
1

9.    This motion is not made for any improper purpose.

Further Affiant sayeth naught.

David G. Richardson

        Subscribed and sworn to, before me, a Notary Public, in and for said County and State, on
this the 11th day of November, 2005.

NOTARY PUBLIC
My commission expires:

CORY DOUGLAS THOMPSON
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.



ENTERED

NOV 18 2005

IMAGE 27

4/27/05

Amadasu v. Wilkins

Hamilton County Case No: A-03-05562

This matter was mediated before Norton Roberts. At the mediation, it was agreed that the Westfield Insurance Company, on behalf of its insured Sadie Wilkins, agrees to pay to Plaintiff Darlington Amadasu, the amount of $7,500.00 in full and final settlement of all claims in this matter. The defendant also agrees to pay the ordinary court costs associated with the case. Plaintiff agrees to execute a dismissal with prejudice of the law suit and will sign a full and final release in favor of Wilkins and Westfield. The release will also obligate plaintiff to assume any and all liens which exist or may hereinafter be discovered, and will hold Wilkins and Westfield harmless from same.

_____
Darlington Amadasu, Plaintiff

_____
Gerald Nuckols, Attorney for Plaintiff

_____   4-27-05
David G. Richardson, Attorney for Defendant



ENTERED
NOV 18 2005
IMAGE 28

EXHIBIT
2

D3701





| R | WNP-7231301 |
|---|---|

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

DATE  MAY 2, 2005

CK #  7913701
TO
PAY
FOR  ABI SETTLEMENT

| 7/27/01 | A | WNP | 7231301 | 311394179 |
|---|---|---|---|---|

$  7,500.00

SEVEN THOUSAND FIVE HUNDRED AND NO/100                    DOLLARS

PAY
TO THE
ORDER OF  Darlington Amadasu
AND
ARNOLD S LEVINE CO LPA
ATTORNEY AT LAW

Insured: SADIE T WILKENS
Claimant: Darlington Amadasu

⑃7913701⑃  ⑆0044115443⑆    660610494⑆

(Tear at Perforation........)            Agency: CAMARGO INSURANCE AGENCY, INC.
                                         Claim Representative: Michael R. Ramey

Check Number: 7913701  Date Issued:  MAY 2, 2005       Amount:    $7,500.00

Insured: SADIE T WILKENS          Claim: R-WNP-7231301   Date of Loss:  7/27/01

ENTERED
NOV 18 2005
IMAGE

HARKESBERY & RICHARDSON
ATTN: DAVE RICHARDSON
P.O.BOX 6491
CINCINNATI, OH 45206

STATE LAW REQUIRES US TO NOTIFY YOU OF
THE FOLLOWING:

ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO
DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON,
SUBMITS AN APPLICATION OR
MATERIALLY FALSE OR DECEP
CONCEALS, FOR THE PURPOSE
MATERIAL INFORMATION CONN
INSURANCE ACT WHICH IS A



EXHIBIT
3

# RELEASE

For the sole consideration of Seven Thousand Five Hundred Dollars ($7,500.00), the receipt and sufficiency whereof is hereby acknowledged, the undersigned hereby releases and forever discharges Sadie Wilkins and the Westfield Insurance Companies, their executors, administrators, agents and assigns, and all other persons, firms or corporations liable or who might be claimed to be liable, none of whom admit any liability to the undersigned, but all expressly deny liability, from any and all claims, demands, damages, actions, causes of action or suits of any kind or nature whatsoever, and particularly on account of all injuries, known and unknown, both to person and property, which have resulted, or may in the future develop, as the result of an incident which occurred on or about July 27, 2001, the facts of said incident being set forth in Case No.: A0305562 of the Hamilton County Court of Common Pleas styled Darlington Amadasu v. Sadie Wilkins.

The undersigned agree to pay any outstanding bills or costs incurred as a result of this accident. The undersigned agree to reimburse any insurance company, person, or business entity who has paid, on behalf of the undersigned, any bills or expenses incurred as a result of this accident.

The undersigned agrees that the above settlement amount includes any right, claim or demand for pre-settlement or post-settlement interest. The undersigned agrees not to make a claim or demand for interest.

AND FURTHER, the undersigned, their heirs, executors, administrators, successors and assigns agree to indemnify and hold harmless Sadie Wilkins and the Westfield Insurance Companies, their executors, administrators, agents and assigns, and all other persons, firms, or corporations, from all claims, suits, demands, costs, or expenses arising out of said accident now and/or in the future;

Page 1 of 2



ENTERED
NOV 18 2005
IMAGE 30



EXHIBIT
4

including, but not limited to all claims, suits, demands, costs, or expenses claimed by any medical care provider, insurer, and/or subrogee of the undersigned.

The undersigned hereby declares\ that the terms of this settlement have been completely read and are fully understood and voluntarily accepted for the purpose of making a full and final compromised adjustment and settlement of any and all claims, disputed or otherwise, on account of the injuries and damages above-mentioned, and for the express purpose of precluding forever any further or additional claims arising out of the aforesaid lawsuit or against the aforestated insurance policy.

IN WITNESS WHEREOF, the parties have hereunto set their hands this _____ day of _____, 1999.

WITNESSETH:

_____        _____
                                  Darlington Amadasu


STATE OF _____ )
                       ) ss:
COUNTY OF _____ )

Subscribed and sworn to, before me, a Notary Public, in and for said County and State, on this the _____ day of _____, 2000.


_____
NOTARY PUBLIC
My commission expires:

Page 2 of 2



# MARKESBERY & RICHARDSON CO., L.P.A.

### A Legal Professional Association
### Attorneys and Counselors at Law

Glenn A. Markesbery*
David G. Richardson*†
Samuel A. Gradwohl*
Jeffery A. Kaleda
Michael E. Lively*
Barry A. Rudell, II*
David S. Wirth ++
Nancy H. Ludwig
Cory D. Thompson

\* Also licensed in Kentucky
† Also Licensed in New York
++ Also Licensed in Indiana

2368 Victory Parkway, Suite 200
P.O. Box 6491
Cincinnati, Ohio 45206

Phone: (513) 961-6200
Fax: (513) 961-6201
Writer's Extension: 306

Writer's E-Mail: Richardson@m-r-law.com

Kentucky Office:
14 N. Grand Avenue
Ft. Thomas, KY 41075
(859) 441-0010

Please Respond to:
Ohio Address

May 10, 2005

Gerald Nuckols
324 Reading Road
Cincinnati, OH 45202

Re:    Amadasu v. Wilkins
       Hamilton County Court of Common Pleas Case No: A0305562

Dear Gerry:

Enclosed please find a settlement draft in the amount of $7500.00, the release of claims, and an Entry of Dismissal with Prejudice. Please return the signed release and entry to my attention prior to negotiating the settlement draft.

Thank you for your assistance in getting this matter resolved.

Very truly yours,

David G. Richardson

DGR/wrb
Enclosures
cc:    Michael Ramey (Claim No: NRWNP7231301072701A)

ENTERED
NOV 1 8 2005
IMAGE  32


EXHIBIT
5



D65123348

David G Richardson (0062143)
Attorney for Defendant, Wilkins

**COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**

DARLINGTON AMADASU,                    :    CASE NO: A0305562
                                        :
            Plaintiff,                  :    (Judge Dinkelacker)
                                        :
v.                                      :
                                        :
SADIE WILKINS,                          :    **ORDER GRANTING MOTION**
                                             **TO ENFORCE SETTLEMENT:**
            Defendant.                       **JUDGMENT ENTRY**
                                             **(FINAL APPEALABLE ORDER)**





ENTERED

SEP 0 1 2005

IMAGE 80

---

This matter is before the Court on Defendant's Motion to Enforce Settlement. The Court has

reviewed the motion and affidavit filed by the Defendant    The Court has also conducted an

evidentiary hearing in open court, w/ Plaintiff Darlington Amadasu being present. After the Court

being duly and sufficiently advised, it finds Defendant's Motion to Enforce Settlement well taken

It is therefore the ORDER of this court that the settlement agreement as reached at the mediation of

April 27, 2005 shall be enforced.  Therefore, the court hereby orders that Plaintiff has judgment

against the Defendant in the amount of $7,500 00.  This is a final appealable order with no just cause

for delay.

COSTS TO DATE: TO DEFENDANT

It is SO ORDERED



COURT OF COMMON PLEAS
ENTER

Hon Patrick T Dinkelacker, Judge

9-1-05

Judge Patrick Dinkelacker

The clerk shall serve
notice to parties pursuant
to Civil Rule 58 which shall
be taxed as costs herein.

CC.    Gerald L. Nuckols
       David G Richardson

ENTERED

NOV 18 2005

IMAGE 33



EXHIBIT
6

David G Richardson (0062143)
Attorney for Defendant, Wilkins

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | CASE NO: A0305562 |
| | : | |
| Plaintiff, | : | (Judge Dinkelacker) |
| | : | |
| v. | : | MOTION FOR AN ORDER TO DEPOSIT |
| | : | SETTLEMENT PROCEEDS WITH THE |
| SADIE WILKINS, | : | CLERK OF COURTS |
| | : | |
| Defendant. | : | |

Comes now Defendant, Sadie Wilkins, by and through counsel and moves this Court for an

Order to deposit the settlement draft with the Clerk of Courts. A Memorandum and exhibits in

Support are attached.

Respectfully submitted,



David G. Richardson (0062143)
Markesbery & Richardson Co., L.P.A.
2368 Victory Parkway, Suite 200
Cincinnati, Ohio 45206
Phone:        513-961-6200 ext. 306
Fax:          513-961-6201
E-Mail:       Richardson@m-r-law.com

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY, OH
2005 NOV 18  A 10: 01
**FILED**

D66146550

## MEMORANDUM IN SUPPORT

On April 27, 2005, the Plaintiff and the Defendant participated in Court-sponsored mediation. During this mediation, the parties reached an agreement to settle. As part of that agreement, the Defendant agreed to pay the Plaintiff $7,500 in exchange for a full and final release of any and all claims associated with the accident that occurred in Manhattan New York in 2003 (the subject matter of this case). (Aff. of David G. Richardson, attached as Exhibit 1). The Plaintiff, attorney for the Plaintiff and attorney for the Defendant all signed the agreement at the mediation. (Attached as Exhibit 2).

By May 10, 2005, counsel for the Defendant mailed a draft for $7,500 and a final release to counsel for the Plaintiff with instructions not to negotiate the draft until the release was signed and returned (Attached as Exhibits 3, 4 and 5). To this date, the Defendant has not received a signed copy of this release. (Aff. of David G. Richardson Exh. 1)

The Defendant filed a motion to enforce the settlement agreement on June 23. An evidentiary hearing was held in this Court on September 1 where this Court granted the motion and issued an Order to Enforce the Settlement. (Attached as Exhibit 6). The Plaintiff however remains unwilling to perform his end of the bargain for reasons unrelated to this lawsuit.

The Defendant wishes to close this matter and perform her legal obligations but the Plaintiff will not accept the settlement draft. The Defendant therefore requests an Order to deposit the money with the Clerk of Courts. The Plaintiff may then petition for the release of the money once he decides to accept it. Plaintiff's counsel may also apply for payment of the portion of the money that he has rightfully earned in this matter.

THEREFORE, the Defendant respectfully requests that this Court Grant its Motion for an Order to Deposit the Settlement proceeds with the Clerk of Courts.

- 2 -

Respectfully submitted,

David G. Richardson (0062143)
Markesbery & Richardson Co., L.P.A.
2368 Victory Parkway, Suite 200
Cincinnati, Ohio 45206
Phone:        513-961-6200 ext. 306
Fax:          513-961-6201
E-Mail:       Richardson@m-r-law.com

## CERTIFICATE OF SERVICE

        I hereby certify that a true and accurate copy of the foregoing was forwarded via first class
mail delivery, postage prepaid, this the ____ day of November 2005 upon:

Gerald L. Nuckols
324 Reading Road
Cincinnati, Ohio 45202
Attorney for Plaintiff

Darlington Amadasu
PO Box 6263
Cincinnati OH 45206

David G. Richardson (0062143)

- 3 -

David G. Richardson (0062143)
Attorney for Defendant, Wilkins

# COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **DARLINGTON AMADASU,** | : | **CASE NO: A0305562** |
| | : | |
| **Plaintiff,** | : | **(Judge Dinkelacker)** |
| | : | |
| **v.** | : | |
| | : | |
| **SADIE WILKINS,** | : | **ORDER GRANTING MOTION** |
| | : | **TO DEPOSIT SETTLEMENT** |
| **Defendant.** | : | **PROCEEDS WITH HAMILTON** |
| | | **COUNTY CLERK OF COURT** |

This matter is before the Court on Defendant's Motion for an Order to Deposit the Settlement Proceeds of this case with the Clerk of Court. The Court has reviewed the motion filed by the defendant. After the Court being duly and sufficiently advised, it finds Defendant's Motion well taken. It is therefore the order of this court that the settlement proceeds be deposited with the Clerk of Courts

It is SO ORDERED

_____
Judge Patrick Dinkelacker

CC.     Gerald L. Nuckols

Darlington Amadasu

David G. Richardson



D65123348

David G Richardson (0062143)
Attorney for Defendant, Wilkins

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO



DARLINGTON AMADASU,              :        CASE NO: A0305562

    Plaintiff,                      :        (Judge Dinkelacker)

                                    :

v.                               :

SADIE WILKINS,                   :        ORDER GRANTING MOTION



    Defendant.                      :        TO ENFORCE SETTLEMENT:
                                             JUDGMENT ENTRY
                                             (FINAL APPEALABLE ORDER)

**ENTERED**
**SEP 0 1 2005**
IMAGE 86

---

    This matter is before the Court on Defendant's Motion to Enforce Settlement.  The Court has reviewed the motion and affidavit filed by the Defendant   The Court has also conducted an evidentiary hearing in open court, w/ Plaintiff Darlington Amadasu being present. After the Court being duly and sufficiently advised, it finds Defendant's Motion to Enforce Settlement well taken It is therefore the ORDER of this court that the settlement agreement as reached at the mediation of April 27, 2005 shall be enforced.  Therefore, the court hereby orders that Plaintiff has judgment against the Defendant in the amount of $7,500 00.  This is a final appealable order with no just cause for delay.

COSTS TO DATE: TO DEFENDANT

    It is SO ORDERED

COURT OF COMMON PLEAS
ENTER

Judge Patrick Dinkelacker          Hon. Patrick L. Dinkelacker, Judge    9-1-05

The clerk shall serve notice to parties pursuant to Civil Rule 58 which shall be taxed as costs herein.

CC.    Gerald L. Nuckols
       David G  Richardson

**EXHIBIT 6**



D55503082

GERALD L. NUCKOLS (0000383)
Attorney for Plaintiff

### COURT OF COMMON PLEAS
### HAMILTON COUNTY, OHIO

**DARLINGTON AMADASU**
P.O. Box 6263
Cincinnati, Ohio 45206

      Plaintiff,

      vs.

**SADIE WILKINS**
3429 Trimble Avenue
Cincinnati, Ohio 45207

      Defendant.

Case No.:    **A0305562**

(Judge    )

**COMPLAINT – JURY
DEMAND ENDORSED
HEREON-PLAINTIFF'S
FIRST SET OF
INTERROGATORIES AND
REQUEST FOR
PRODUCTION OF
DOCUMENTS**

ORIG. COMP, PARTIES, SUMMONS
(X) CERT MAIL   ( ) SHERIFF   ( ) WAVE
( ) PROCESS SERVER   ( ) NONE
CLERKS FEES_____TIC
SECURITY FOR COST _____
DEPOSITED BY _____ 383
FILING CODE_____ C350  C375

Upon information and belief, by and through counsel, Plaintiff alleges

and says as follows:

### COUNT ONE

1. On or about July 27, 2001, Plaintiff Darlington Amadasu was a passenger in a

motor vehicle being operated by Defendant Sadie Wilkins on Harlem River Drive

in the City of Manhattan, New York.

2. At this approximate time, date and place, Defendant Sadie Wilkins carelessly and

negligently caused said vehicle to collide with another vehicle.

FILED

2003 JUL 24  P 3 02

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY, OH

1

3. At all times relevant hereto, Defendant Sadie Wilkins was domiciled in the City of Cincinnati, Hamilton County, Ohio.

4. As a direct and proximate result of Defendant's negligence, Plaintiff has incurred bodily injuries which he reasonably believes to be permanent.

5. As a direct and proximate result of Defendant's negligence, Plaintiff has experienced severe pain and suffering and reasonably believes that he will experience additional pain and suffering in the future.

6. As a direct and proximate result of Defendant's negligence, Plaintiff has incurred reasonable and necessary medical expenses in an amount yet to be determined and reasonably believes that he will incur additional medical expenses in the future.

7. As a direct and proximate result of Defendant's negligence, Plaintiff has incurred lost wages in an amount yet to be determined and reasonably expects to incur additional lost wages in the future.

8. As a direct and proximate result of Defendant's negligence, Plaintiff has incurred loss of enjoyment of life and reasonably believes that he will experience additional loss of enjoyment of life in the future.

**WHEREFORE**, Plaintiff demands judgment in an amount in excess of Twenty Five Thousand Dollars ($25,000.00) against Defendant, plus costs and interest, and any and all other relief this court and/or the trier of fact may deem appropriate.

*Gerald L. Nuckols (signature)*

**Gerald L. Nuckols (0000383)**
Trial Attorney for Plaintiff
324 Reading Road
Cincinnati, Ohio 45202
(513) 241-6748
(513) 241-1615 (Fax)

## JURY DEMAND

Plaintiff hereby demands a trial by jury in this action.

*Gerald L. Nuckols (signature)*

**Gerald L. Nuckols (0000383)**
Trial Attorney for Plaintiff
324 Reading Road
Cincinnati, Ohio 45202
(513) 241-6748
(513) 241-1615 (Fax)

3

**ELECTRONICALLY FILED**
**August 12, 2003 5:37 PM**
**GREGORY HARTMANN**
**Clerk of Courts**
00007610.001    **Hamilton County, Ohio**
**CONFIRMATION 5725**

John Sellins (0018747)
Attorney for defendant, Sadie Wilkins

## IN THE COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

DARLINGTON AMADASU          :          Case No.: A0305562
                                                     Judge: Schweikert
          Plaintiff,          :

          -vs-          :          ANSWER OF DEFENDANT,
                                              SADIE WILKINS
SADIE WILKINS          :

          Defendant.          :

Comes now, Sadie Wilkins, by and through counsel, and for her answer to the Complaint states:

### FIRST DEFENSE

1. Defendant admits the allegations of Paragraph 1 of Count 1.

2. Defendant denies the allegations of Paragraph 2.

3. Defendant admits the allegations of Paragraph 3.

4. Defendant denies each and every remaining allegation of Complaint, Paragraphs 4 through 8, not admitted as true herein.

### SECOND DEFENSE

5. Defendant has failed to join necessary and/or indispensable parties pursuant to Civ. R. 19 and Civ. R. 19.1.

### THIRD DEFENSE

6. If damages were sustained by the plaintiff, plaintiff assumed the risk.

### FOURTH DEFENSE

7. Any damages alleged to have been sustained by the defendant, occurred as a direct and proximate result of a superceding and/or intervening cause or

agency over which defendant did not have control and for which defendant is not liable.

### FIFTH DEFENSE

8.    Plaintiff has failed to mitigate his damages.

### SIXTH DEFENSE

9.    The Complaint fails to state a claim upon which relief may be granted.

### SEVENTH DEFENSE

10.    Plaintiff's claims are governed by the laws of New York State relating to no-fault insurance coverage and plaintiff has failed to reach the threshold of damages required to permit an action in this Court, thereby barring this claim.

### EIGHTH DEFENSE

11.    This Court lacks jurisdiction over the subject matter of this action.

WHEREFORE, having fully answered, defendant, Sadie Wilkins demand that Complaint be dismissed at the cost of the plaintiff.

DRODER & MILLER CO., L.P.A.

W. John Sellins (0018747)
Attorney for defendant, Sadie Wilkins
125 West Central Parkway
Cincinnati, Ohio 45202-1006
(513) 721-1504 ext. 202
Fax: (513) 721-0310

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Gerald L. Nuckols, Attorney for Plaintiff, 324 Reading Road, Cincinnati, Ohio 45202, by ordinary U.S. Mail service this 13th day of August, 2003.

DRODER & MILLER CO., L.P.A.

W. John Sellins (0018747)

09/29/2004  14:06    9616201                MARKESBERYRICHARDS0                     PAGE  02

David G. Richardson (0062143)
Attorney for Defendant, Wilkins

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

DARLINGTON AMADASU                  :        CASE NO.: A0305562

      Plaintiff,                        :        JUDGE SCHWEIKERT

v.                                                       :

SADIE WILKINS                           :        NOTICE OF SUBSTITUTION OF
                                                         COUNSEL
      Defendant.                      :

---

     Comes now the Defendant, Sadie Wilkins, by and through counsel, and hereby gives

notice that David G. Richardson of Markesbery & Richardson Co., L.P.A. will be substituted as

counsel in this matter for W. John Sellins of Droder & Miller Co., L.P.A.

Respectfully submitted,

W. John Sellins (0018747)
Droder & Miller Co., L.P.A.
125 W. Central Parkway
Cincinnati, Ohio 45202-1006
513-721-1504 ext. 202
Fax: 513-721-0310

David G. Richardson (0062143)
Markesbery & Richardson Co., L.P.A.
2368 Victory Parkway, Suite 200
P.O. Box 6491
Cincinnati, Ohio 45206
513-961-6200 ext. 306
Fax: 513-961-6201

FILED
2004 OCT -5  A II: 55
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

D60932373

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was forwarded via first class mail delivery, postage pre-paid, this the ____4th____ day of October, 2004 to:

Gerald L. Nuckols
324 Reading Road
Cincinnati, Ohio 45202
Attorney for Plaintiff

David G. Richardson (0062143)

David G Richardson (0062143)
Michael E Lively (0066536)
Attorneys for Defendant, Wilkins

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **DARLINGTON AMADASU,** | : | **CASE NO: A0305562** |
| | : | |
| **Plaintiff,** | : | **(Judge Schweikert)** |
| | : | |
| **v.** | : | **MOTION TO COMPEL INDEPENDENT** |
| | : | **MEDICAL EXAMINATION; MOTION TO** |
| **SADIE WILKINS,** | : | **EXTEND DISCOVERY AND MOTION TO** |
| | : | **VACATE TRIAL DATE; ORAL ARGUMENT** |
| **Defendant.** | : | **REQUESTED** |

Comes now Defendant, Sadie Wilkins, by and through counsel and moves this Court for an

Order compelling Plaintiff to appear for an Independent Medical Examination on March 22, 2005

with Malcolm Meyn, M.D , at 10:30 a.m. Further, this Defendant moves this Court to grant an

extension of discovery to accommodate this independent medical examination and to vacate the

current trial date of April 25, 2005. A Memorandum in Support is attached.

Respectfully submitted,



David G. Richardson (0062143)
Michael E. Lively (0066536)
Markesbery & Richardson Co , L.P.A.
2368 Victory Parkway, Suite 200
Cincinnati, Ohio 45206
Phone:       513-961-6200 ext. 306
Fax:         513-961-6201
E-Mail.      Richardson@m-r-law.com
             Lively@m-r-law.com

FILED

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY, OH

2005 FEB -4 P 12: 16



D62425413

## MEMORANDUM IN SUPPORT

By this Court's Scheduling Order entered June 1, 2004, a discovery cutoff was set of March 15, 2005, and trial set for April 25, 2005.

The Plaintiff has been deposed and several medical records have been gathered by previous defense counsel. This counsel's office was substituted at the request of the Defendant's liability carrier on October 5, 2004.

By agreement of the parties, the Plaintiff was scheduled for an examination with Malcolm Meyn, M.D. on January 26, 2005 at 10:30 a.m. as confirmed in the attached letter of December 17, 2004.

On January 26, 2005 this counsel's office was notified that the Plaintiff had failed to appear for his examination. This counsel contacted Plaintiff's counsel on that date and was advised that Plaintiff's counsel had received a voicemail message from his client that day that he was unable to appear for the appointment and that he would be out of town until mid-March 2005  This counsel called Plaintiff's counsel again on February 1, 2005 and was advised that Plaintiff's counsel still had not heard back from his client despite repeated phone messages.

As a courtesy and a good faith effort to coordinate with the Plaintiff's reported schedule, the defense has rescheduled an examination for March 22, 2005 at 10:30 a.m.  A Notice is being filed concurrently with this motion.

Per this Court's order, the discovery cutoff is set for March 15, 2005.  Given the circumstances of this case and failure of the Plaintiff to appear for the January 26, 2005 examination, the defense requests an appropriate extension of discovery to accommodate the examination currently scheduled.

While the Defendant is willing to show good faith and flexibility in scheduling the IME around the Plaintiff's reported schedule, such rescheduling of the examination will prejudice this

Defendant in that there will be insufficient time to adequately prepare for trial on April 25, 2005

Hence, this Defendant moves the Court to vacate the current trial date and requests a scheduling

conference to select a new one.

This Defendant requests an Order consistent with the above.

Respectfully submitted,

David G. Richardson (0062143)
Michael E. Lively (0066536)
Markesbery & Richardson Co., L.P.A.
2368 Victory Parkway, Suite 200
Cincinnati, Ohio 45206
Phone:        513-961-6200 ext. 306
Fax:          513-961-6201
E-Mail:       Richardson@m-r-law.com
              Lively@m-r-law.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was forwarded via first class mail delivery, postage pre-paid, this the _____ day of February, 2005 upon:

Gerald L. Nuckols
324 Reading Road
Cincinnati, Ohio 45202
Attorney for Plaintiff

David G. Richardson (0062143)
Michael E. Lively (0066536)

# MARKESBERY & RICHARDSON CO., L.P.A.

### A Legal Professional Association
### Attorneys and Counselors at Law

Glenn A. Markesbery*
David G. Richardson*†
Samuel A. Gradwohl*
Jeffery A. Kaleda
Sarah J. Edwards ++
Michael E. Lively*
Barry A. Rudell, II*
David S. Wirth
Jeffrey L. Sharp

* Also licensed in Kentucky
‡ Also Licensed in New York
++ Licensed only in New York and United Kingdom

2368 Victory Parkway, Suite 200
P.O. Box 6491
Cincinnati, Ohio 45206

Phone: (513) 961-6200
Fax: (513) 961-6201
Writer's Extension: 306

Writer's E-Mail:   Richardson@m-r-law.com

Kentucky Office:

14 N Grand Avenue
Ft. Thomas, KY 41075
(859) 441-0010

Please Respond to:
Ohio Address

December 17, 2004

Gerald Nuckols
324 Reading Road
Cincinnati, OH  45202

Re:   Amadasu v. Wilkins
      Case No:  A0305562

Dear Mr. Nuckols:

Please be advised that I have scheduled your client for an independent medical examination with Dr. Malcom Meyn for January 26, 2005, beginning at 10:30 a.m.  Dr. Meyn's office is located at 330 Straight Street, Suite 311, Cincinnati, OH  45220 (across from Deaconess Hospital), telephone number of (513) 221-7831  Dr Meyn requests that Mr Amadasu arrive a half hour early in order to complete the necessary paperwork.

Should you have any questions regarding the enclosed, please feel free to contact our office.

Sincerely,

David G. Richardson

DGR/dtb