EXHIBIT B



Logged in as: ATT069594  |

Directions | Policies | Sitem

Hamilton County Courthous
1000 Main Street
Cincinnati, OH 45202

| Home | ◢ Court Records | ◢ Court Date | ◢ Forms | ◢ Services | ◢ D |

## Case Summary

Case O

| | |
|---|---|
| **Case Number:** | SK0700044 |
| **Case Caption:** | DARLINGTON AMADASU vs. DONALD TAYLOR |
| **Judge:** | BETH A MYERS |
| **Filed Date:** | 1/18/2007 |
| **Case Type:** | H960 - MENACING BY STALKING -OC |
| **Total Deposits:** | $ 0.00 |
| **Total Costs:** | $ 43.00 |

Case History

Case Schedule

Case Documen

Party/Attorney I

New Case Sear

New Name Sea

Add Case to My

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

# County Writ
# Hamilton County Sheriff's Department



**Wednesday, January 24, 2007**

| Case No. | Date Received | Type of Paper | Return Date |
|---|---|---|---|
| SK0700044 | 1/24/2007 | STALKING DENYING | 02/02/2007 |

**Service On**
DARLINGTON AMADASU

**Address**
3429 TRIMBLE AVENUE

| County | State | Case Caption |
|---|---|---|
| Hamilton | Ohio | AMADASU VS TAYLOR |

| Date Served | Time | Deputy | Type of Service | Person Served |
|---|---|---|---|---|
| 1/24/2007 | | Frey | PERSONAL | |

| Sheriff Fees | Mileage | Date Paid | Check No. | TOTAL |
|---|---|---|---|---|
| $6.00 | $1.50 | | | $7.50 |

**OFFICER'S**
SERVED AT 230 EAST NINTH STREET.

FILED
2007 JAN 25 P 1:00
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

SIMON L. LEIS, JR.
SHERIFF, HAMILTON COUNTY, OHIO

By _____
Lisa A. Pangallo / Deputy

D71770932

Page 1 of 1

# County Writ
# Hamilton County Sheriff's Department



**Wednesday, January 24, 2007**

| | | | |
|---|---|---|---|
| **Case No.** | **Date Received** | **Type of Paper** | **Return Date** |
| SK0700044 | 1/18/2007 | STALKING DENIAL | 02/01/2007 |

**Service On**
DONALD TAYLOR

**Address**
630 GHOLSON AV

| **County** | **State** | **Case Caption** |
|---|---|---|
| Hamilton | Ohio | DARLINGTON AMADASU VS DONALD TAY |

| **Date Served** | **Time** | **Deputy** | **Type of Service** | **Person Served** |
|---|---|---|---|---|
| 1/24/2007 | | Peterson | X-Service Unable | |

2007 JAN 25 P 1:00
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH
**FILED**

| **Sheriff Fees** | **Mileage** | **Date Paid** | **Check No.** | **TOTAL** |
|---|---|---|---|---|
| $0.00 | $8.50 | | | $8.50 |

**OFFICER'S**

LN 1/19/07 1321.  RECEIVED AN AMENDED ORDER.


SIMON L. LEIS, JR.
SHERIFF, HAMILTON COUNTY, OHIO

Lisa A. Pangallo, Deputy



D71770996

Page 1 of 1

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

DARLINGTON AMADASU
Petitioner

Case No. SK 0700044

Judge MYERS

vs.

Donald Taylor
Respondent

ENTERED
JAN 24 2007

Magistrate's Order Denying Request for
*Ex Parte* Civil Stalking Protection Order
and Setting Case for Full Hearing

NOTICE TO RESPONDENT: SEE ATTACHED NOTICE OF FULL HEARING BELOW.

This proceeding came on for hearing on  1-18-07  (Respondent not being present), upon the petition filed by petitioner for a civil stalking protection order (CSPO) against the respondent, pursuant to ORC 2903.214. In accordance with ORC 2903.214(D)(1), the court held an ex parte hearing not later than the next day the court was in session after the petition was filed. The petitioner's request for a civil stalking *ex parte* protection order is hereby denied.

NOTICE OF HEARING

A full hearing on this petition shall be held before Magistrate Michael L. Bachman on  2-7-07 , at  8:30  (a.m. p.m.) (Within ten court days) at the following location:  Room 585, Hamilton County Courthouse, 1000 Main St., Cincinnati, Ohio.

This order shall be served upon the respondent by the Sheriff.

# DO NOT SERVE CENTRAL WARRANTS.

PETITIONER          RESPONDENT
☒ PERSONAL          ☒ PERSONAL
☐ REGULAR           ☐ REGULAR
☐ CERTIFIED         ☐ CERTIFIED

*Michael L. Bachman*
Magistrate Michael L. Bachman

RETURN OF SERVICE ON PETITIONER

This Order was served upon _____ (petitioner) this _____ day of _____, 2006, by handing him/her a true copy.

By _____

RETURN OF SERVICE ON RESPONDENT

This Order was served upon _____ (respondent) this _____ day of _____, 2006, by handing him/her a true copy.

By _____

D71746162

6/02/02

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

_DARLINGTON AMADASU_

Petitioner

Address _3429 TRIMBLE AVENUE_

City, State, Zip Code _CINCINNATI, OH 45207_

Date Of Birth: _01/01/49_

v.

_DONALD TAYLOR_

Respondent

Address _630 GHOLSON AVENUE_

City, State, Zip Code _CINCINNATI, OH 45229_

Date Of Birth: _11/24/50_

Case No. _SK0700041_

**YOU MUST APPEAR BEFORE MAGISTRATE
MICHAEL L BACHMAN IN ROOM 585**

**PETITION FOR CIVIL STALKING PROTECTION ORDER
(CSPO) (R.C. 2903.214)**

<u>Notice to Petitioner:</u> Throughout this form,
check every ☐ that applies.

Do NOT write your address at left or below if
you are requesting confidentiality.

The Respondent does NOT have to be related to Petitioner
in any way, or be in an intimate relationship to be eligible for relief.

SERVE COMP. PARTIES PLEASE

( ) CERT MAIL    (X) SHERIFF    ( ) WAVE
( ) PROCESS SERVER    ( ) NONE
CLERKS FEES _____    TIC
SECURITY FOR COST    _8887_
DEPOSITED BY _____
FILING CODE    _H9C0_

☒ 1. Petitioner seeks relief on Petitioner's own behalf.

☐ 2. Petitioner seeks relief on behalf of the following family or household members:

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|------|---------------|---------------------------|
|      |               |                           |
|      |               | D71663448 INI             |
|      |               |                           |
|      |               |                           |

Ohio law defines Menacing by Stalking as follows:
 "No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the offende
will cause physical harm to the other person or cause mental distress to the other person." R.C. 2903.211(A)(1).

"No person, through the use of any electronic method of remotely transferring information, including, but not limi
to, any computer, computer network, computer program, or computer system, shall post a message with purpose
urge or incite another to commit a violation of division (A) (1) of this section (above)" R.C. 2903.211 (A)(2).

FORM 10.03-D  PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)

REVISED   9/1/04
Discard all previous versions of this for

[Side 2 of Form 10.03-D]

3.  Petitioner states that Respondent has engaged in the following act(s) which create an immediate and present danger.  *Describe the nature and extent of two or more threats or other pattern of conduct which causes you to believe the Respondent will cause physical harm or causes or has caused mental distress to you or a family or household member. Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known. Attach additional paper if you need more room:*

Respondent entered my rented Space at 3429 Trimble without my consent with impunity. Threatening to kill me by blowing my head with his gun; Forceably evicting me without cause and due process and rule of the law, threatening to throw my belongings to the street sidewalk, threatening to engage assassin, a thug to kidnap and make me disappear with out a trace, making false criminal accusation to the police so as to get me arrested by Police.

4.  Petitioner requests that the Court grant relief under Ohio Revised Code 2903.214 for the safety and protection of the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order that:

☒  (a)  Requires Respondent not to abuse the Petitioner and the family or household members named in this Petition by harming, attempting to harm, threatening, molesting, following, stalking, bothering, harassing, annoying, contacting, or ~~forcing sexual relations~~ upon them., *Verbally abusing, physical abuse*

☒  (b)  Requires Respondent to refrain from entering the residence, school, business, place of employment, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds and parking lots at those locations.

☒  (c)  Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities, insurance, interrupting phone service, mail delivery, or the delivery of any other documents or items.

☒  (d)  Requires Respondent not to remove, damage, hide or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

☒  (e)  Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

☒  (f)  Includes the following additional provisions: Not to *Evict forceably the Petitioner*

☒  5.  Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under Ohio Revised Code 2903.214(D) and this Petition.

☒  6.  Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☒  7.  Petitioner further requests that if Petitioner has a victim advocate, the court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☒  8.  Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

FORM 10.03-D  PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)        REVISED  9/1/04
Discard all previous versions of this fo

[Side 3 of Form 10.03-D]

9. The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|-----------|-------------|--------------|-----------------|
|           |             |              |                 |
|           |             |              |                 |
|           |             |              |                 |

I hereby swear or affirm that the answers above are true, complete and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under Ohio Revised Code 2921.11.

**SIGNATURE OF PETITIONER**

Address where Petitioner can be contacted:

Sworn to and subscribed before me on this _18_ day of _JANUARY_ , _2007_

**NOTARY PUBLIC / DEPUTY CLERK**

Signature of Attorney for Petitioner (if applicable)

Name

Address

Attorney Registration Number

Telephone Number





D71663446 CLF

| COURT OF COMMON PLEAS<br>HAMILTON COUNTY, OHIO | CLASSIFICATION FORM<br>(REV 01-01-06)<br>WWW.COURTCLERK.ORG | GREGORY HARTMANN<br>CLERK OF COURTS |
|---|---|---|

CASE NUMBER: S K 0 7 0 0 0 4 1  PLAINTIFF: DARLINGTON AMADASU

PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED

UNDER CASE NUMBER: _____  BY JUDGE _____

## PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS:

( ) **OTHER TORT – C360**
    ( ) Personal Injury – C310
    ( ) Wrongful Death – C320
    ( ) Vehicle Accident – C370

( ) **PROFESSIONAL TORT – A300**
    ( ) Personal Injury – A310
    ( ) Wrongful Death – A320
    ( ) Legal Malpractice – A330
    ( ) Medical Malpractice – A340

( ) **PRODUCT LIABILITY – B350**
    ( ) Personal Injury – B310
    ( ) Wrongful Death – B320

**WORKER'S COMPENSATION**
    ( ) Non-Compliant Employer – D410
    ( ) Appeal – D420

**FORECLOSURE**
    ( ) Foreclosure – E510
    ( ) Foreclosure-Taxes – E520
    ( ) Foreclosure-Mechanics Lien – E530

( ) **ADMINISTRATIVE APPEALS – F600**
    ( ) Appeal Civil Service – F610
    ( ) Appeal Motor Vehicle – F620
    ( ) Appeal Unemployment – F630
    ( ) Appeal Liquor – F640
    ( ) Appeal Taxes – F650
    ( ) Appeal Zoning – F660

( ) **OTHER CIVIL – H700-34**
    ( ) Appropriation – H710
    ( ) Accounting – H720
    ( ) Beyond Jurisdiction – H730
    ( ) Breach of Contract – H740
    ( ) Cancel Land Contract – H750
    ( ) Change of Venue – H760
    ( ) Class Action – H770
    ( ) Convey Declared Void – H780
    ( ) Declaratory Judgment – H790
    ( ) Discharge Mechanics Lien – H800
    ( ) Dissolve Partnership – H810
    ( ) CONSUMER SALES ACT (1345 ORC) – H820
    ( ) Check here if relief includes declaratory
        judgment, injunction or class action
        recovery – H825
    ( ) Habeas Corpus – H830
    ( ) Injunction – H840
    ( ) Mandamus – H850
    ( ) On Account – H860
    ( ) Partition – H870
    ( ) Quiet Title – H880
    ( ) Replevin – H890
    ( ) Sale of Real Estate – H900
    ( ) Specific Performance – H910
    ( ) Restraining Order – H920
    ( ) Testimony – H930-21
    ( ) Environmental – H940
    ( ) Cognovit – H950
    (X) Menacing by Stalking – H960
    ( ) Repo Title – Transfer of Title Only – H970
    ( ) Repo Title – With Money Claim – H980
    ( ) Injunction Sexual Predator – H990

DATE: 1-18-07

ATTORNEY (PRINT): Pro Se

OHIO SUPREME COURT NUMBER: 2999 7

**IN THE COURT OF COMMON PLEAS**

**HAMILTON COUNTY, OHIO**

*DARLINGTON AMADASU*
Petitioner

*3429 TRIMBLE AVENUE*
Address

*CINCINNATI, OH 45207*
City, State, Zip Code

Date Of Birth: *01/01/49*

v.

*DONALD TAYLOR*
Respondent

*630 GHOLSON AVENUE*
Address

*CINCINNATI, OH 45229*
City, State, Zip Code

Date Of Birth: *11/24/50*

Case No. _____

**SK0700044**

**YOU MUST APPEAR BEFORE MAGISTRATE
MICHAEL L BACHMAN IN ROOM 585**

PETITION FOR CIVIL STALKING PROTECTION ORDER
(CSPO)(R.C. 2903.214)

**Notice to Petitioner:** Throughout this form,
check every ☐ that applies.

Do NOT write your address at left or below if
you are requesting confidentiality.

The Respondent does NOT have to be related to Petitioner
in any way to qualify. PARTIES RESPONSIBLE to be eligible for relief.

OHIO, COMP., PARTIES RESPONSIBLE

( ) CERT MAIL    (X) SHERIFF    ( ) WAVE
( ) PROCESS SERVER    ( ) NONE

CLERKS FEES _____    TIC
SECURITY FOR COST _____
DEPOSITED BY _____ _2.9997_
FILING CODE _____ _H960_

☒ 1. Petitioner seeks relief on Petitioner's own behalf.

☐ 2. Petitioner seeks relief on behalf of the following family or household members:

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

D71663448 INI

Ohio law defines Menacing by Stalking as follows:
 *"No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the offender
will cause physical harm to the other person or cause mental distress to the other person." R.C. 2903.211(A)(1).*

*"No person, through the use of any electronic method of remotely transferring information, including, but not limited
to, any computer, computer network, computer program, or computer system, shall post a message with purpose to
urge or incite another to commit a violation of division (A) (1) of this section  (above)" R.C. 2903.211 (A)(2).*

3. Petitioner states that Respondent has engaged in the following act(s) which create an immediate and present danger. *Describe the nature and extent of two or more threats or other pattern of conduct which causes you to believe the Respondent will cause physical harm or causes or has caused mental distress to you or a family or household member. Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known. Attach additional paper if you need more room:*

Respondent entered my rented Space at 3429 Trimble without my Consent with impunity. Threatening to kill me by Blowing my head with his gun; Forceably evicting me without Cause and due process and rule the law, threatening to throw my belongings to the street sidewalk, threatening to engage assasins a thugs to kidnap and make me disappear with out a trace. Making false criminal accusitions to the police So as to get me arrested by Police.

4. Petitioner requests that the Court grant relief under Ohio Revised Code 2903.214 for the safety and protection of the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order that:

☑ (a) Requires Respondent not to abuse the Petitioner and the family or household members named in this Petition by harming, attempting to harm, threatening, molesting, following, stalking, bothering, harassing, annoying, contacting, or ~~forcing sexual relations upon them.~~ , *Verbally abusing, physical abusing.*

☑ (b) Requires Respondent to refrain from entering the residence, school, business, place of employment, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds and parking lots at those locations.

☑ (c) Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities, insurance, interrupting phone service, mail delivery, or the delivery of any other documents or items.

☑ (d) Requires Respondent not to remove, damage, hide or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

☑ (e) Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

☑ (f) Includes the following additional provisions: *Not to Evict forceably the Petitioner*

☑ 5. Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under Ohio Revised Code 2903.214(D) and this Petition.

☑ 6. Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☑ 7. Petitioner further requests that if Petitioner has a victim advocate, the court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☑ 8. Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

9. The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|-----------|-------------|--------------|-----------------|
|           |             |              |                 |
|           |             | .            |                 |
|           |             |              |                 |
|           |             |              |                 |

I hereby swear or affirm that the answers above are true, complete and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under Ohio Revised Code 2921.11.

**SIGNATURE OF PETITIONER**

Address where Petitioner can be contacted:

Signature of Attorney for Petitioner (if applicable)

Name

Address

Attorney Registration Number

Telephone Number

Sworn to and subscribed before me on this 18 day of JANUARY , 2007 .

**NOTARY PUBLIC / DEPUTY CLERK**



Directions | Policies | Sitem

Hamilton County Courthous
1000 Main Street
Cincinnati, OH 45202

| Home | ◢ Court Records | ◢ Court Date | ◢ Forms | ◢ Services | ◢ D |

## Case Summary

Case O

| | | |
|---|---|---|
| **Case Number:** | SK0700045 | Case History |
| **Case Caption:** | DARLINGTON AMADASU vs. SADIE WILKINS | Case Schedule |
| **Judge:** | BETH A MYERS | Case Documen |
| **Filed Date:** | 1/18/2007 | Party/Attorney |
| **Case Type:** | H960 - MENACING BY STALKING -OC | New Case Sea |
| **Total Deposits:** | $ 0.00 | New Name Sea |
| **Total Costs:** | $ 40.00 | Add Case to My |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

©  2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

# County Writ
## Hamilton County Sheriff's Department



**Wednesday, January 24, 2007**

| Case No. | Date Received | Type of Paper | Return Date |
|---|---|---|---|
| SK0700045 | 1/24/2007 | STALKING DENYING | 02/02/2007 |

**Service On**
DARLINGTON AMADASU

**Address**
3429 TRIMBLE AVENUE

| County | State | Case Caption |
|---|---|---|
| Hamilton | Ohio | AMADASU VS WILKINS |

| Date Served | Time | Deputy | Type of Service | Person Served |
|---|---|---|---|---|
| 1/24/2007 | | Frey | PERSONAL | |

| Sheriff Fees | Mileage | Date Paid | Check No. | TOTAL |
|---|---|---|---|---|
| $6.00 | $1.50 | | | $7.50 |

**OFFICER'S**
SERVED AT 230 EAST NINTH STREET

FILED
2007 JAN 25 · P 1:00
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

SIMON L. LEIS, JR.
SHERIFF, HAMILTON COUNTY, OHIO

By _____
Lisa A. Pangallo, Deputy

D71770917

Page 1 of 1

# County Writ
# Hamilton County Sheriff's Department



**Wednesday, January 24, 2007**

| Case No. | Date Received | Type of Paper | Return Date |
|---|---|---|---|
| SK0700045 | 1/18/2007 | STALKING DENIAL | 02/01/2007 |

**Service On**
SADIE WILKINS

**Address**
3429 TRIMBLE AV

| County | State | Case Caption |
|---|---|---|
| Hamilton | Ohio | DARLINGTON AMADASU VS SADIE WILKI |

| Date Served | Time | Deputy | Type of Service | Person Served |
|---|---|---|---|---|
| 1/24/2007 | | Tieman | X-Service Unable | |

| Sheriff Fees | Mileage | Date Paid | Check No. | TOTAL |
|---|---|---|---|---|
| $0.00 | $5.50 | | | $5.50 |

**OFFICER'S**

LEFT NOTICE ON 1-19-07 & 1-23-07. RECEIVED AMENDED ORDER.

*FILED*
*2007 JAN 25 P 1: 00*
*GREGORY HARTMANN*
*CLERK OF COURTS*
*HAM. CNTY. OH*

SIMON L. LEIS, JR.
SHERIFF, HAMILTON COUNTY, OHIO

By _____
Lisa A. Pangallo, Deputy



D71771003

Page 1 of 1

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

*Darlington Amadasu*
Petitioner

Case No. SK *0700045*

Judge *Myers*

*Amended*

vs.

*Sadie Wilkin*
Respondent

**ENTERED
JAN 2 4 2007**

Magistrate's Order Denying Request for
*Ex Parte* Civil Stalking Protection Order
and Setting Case for Full Hearing

NOTICE TO RESPONDENT: SEE ATTACHED NOTICE OF FULL HEARING BELOW.

This proceeding came on for hearing on *1-18-07* (Respondent not being present), upon the petition filed by petitioner for a civil stalking protection order (CSPO) against the respondent, pursuant to ORC 2903.214. In accordance with ORC 2903.214(D)(1), the court held an ex parte hearing not later than the next day the court was in session after the petition was filed. The petitioner's request for a civil stalking *ex parte* protection order is hereby denied.

---

**NOTICE OF HEARING**

A full hearing on this petition shall be held before Magistrate Michael L. Bachman on *2-7-07*, at *8:30* a.m./p.m. (Within ten court days) at the following location: Room 585, Hamilton County Courthouse, 1000 Main St., Cincinnati, Ohio.

---

This order shall be served upon the respondent by the Sheriff.

## DO NOT SERVE CENTRAL WARRANTS.

PETITIONER
☒ PERSONAL
☐ REGULAR
☐ CERTIFIED

RESPONDENT
☒ PERSONAL
☐ REGULAR
☐ CERTIFIED

*Michael L. Bachman*
Magistrate Michael L. Bachman

---

**RETURN OF SERVICE ON PETITIONER**

This Order was served upon _____ (petitioner) this _____ day of _____, 2006, by handing him/her a true copy.

By _____

**RETURN OF SERVICE ON RESPONDENT**

This Order was served upon _____ (respondent) this _____ day of _____, 2006, by handing him/her a true copy.

By _____

**D71746065**

6/02/02

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

DARLINGTON AMADASU
Petitioner
3429 TRIMBLE AVENUE
Address
CINCINNATI, OH 45207
City, State, Zip Code

Date Of Birth: _____

v.

SADIE WILKINS
Respondent
3429 TRIMBLE AVEN.
Address
CINCINNATI, OH 45207
City, State, Zip Code

Date Of Birth: _____

Case No.     SK0700045

**YOU MUST APPEAR BEFORE MAGISTRATE MICHAEL L BACHMAN IN ROOM 585**

PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)(R.C. 2903.214)

**Notice to Petitioner:** Throughout this form, check every ☐ that applies.

Do NOT write your address at left or below if you are requesting confidentiality.

**The Respondent does NOT have to be related to Petitioner in any way in order for Petitioner to be eligible for relief.**

FILED
2007 JAN 25 A 25
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY, OH

ORIG, COMP, PARTIES, SUMMONS
( ) CERT MAIL    (✗) SHERIFF    ( ) WAVE
( ) PROCESS SERVER    ( ) NONE
CLERKS FEES _____  TIC
SECURITY FOR COST _____ 2609?
DEPOSITED BY _____ H960
NO. CODE.

☒ 1. Petitioner seeks relief on Petitioner's own behalf.

☐ 2. Petitioner seeks relief on behalf of the following family or household member(s):

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|------|---------------|---------------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

D71663515 INI

Ohio law defines Menacing by Stalking as follows:
 "No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the offender will cause physical harm to the other person or cause mental distress to the other person." R.C. 2903.211(A)(1).

"No person, through the use of any electronic method of remotely transferring information, including, but not limited to, any computer, computer network, computer program, or computer system, shall post a message with purpose to urge or incite another to commit a violation of division (A) (1) of this section  (above)" R.C. 2903.211 (A)(2).

[Side 2 of Form 10.03-D]

3. Petitioner states that Respondent has engaged in the following act(s) which create an immediate and present danger. *Describe the nature and extent of two or more threats or other pattern of conduct which causes you to believe the Respondent will cause physical harm or causes or has caused mental distress to you or a family or household member.* Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known. Attach additional paper if you need more room:

Respondent entered my rented space at 3429 Trimble Ave. without petitioner's consent with impunity, threatening to have L Children and Grand Children to evict me forceably & the st throwing my belongings to the street, changing the entran door lock; threatening to poison my food. or meats threatening to evict me without just cause but on pretextual grounds, making false accusation to police

4. Petitioner requests that the Court grant relief under Ohio Revised Code 2903.214 for the safety and protection of the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order that:

☒ (a) Requires Respondent not to abuse the Petitioner and the family or household members named in this Petition by harming, attempting to harm, threatening, molesting, following, stalking, bothering, harassing, annoying, contacting, or forcing sexual relations upon them.

☒ (b) Requires Respondent to refrain from entering the residence, school, business, place of employment, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds and parking lots at those locations.

☒ (c) Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities, insurance, interrupting phone service, mail delivery, or the delivery of any other documents or items.

☒ (d) Requires Respondent not to remove, damage, hide or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

☒ (e) Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

☒ (f) Includes the following additional provisions: *Not to evict me forceably.*

☒ 5. Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under Ohio Revised Code 2903.214(D) and this Petition.

☒ 6. Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☒ 7. Petitioner further requests that if Petitioner has a victim advocate, the court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☒ 8. Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

[Side 3 of Form 10.03-D]

☐ 9. The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|-----------|-------------|--------------|-----------------|
|           |             |              |                 |
|           |             |              |                 |
|           |             |              |                 |

I hereby swear or affirm that the answers above are true, complete and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under Ohio Revised Code 2921.11.

**SIGNATURE OF PETITIONER**

Sworn to and subscribed before me on this _18_ day of _JANUARY_, _2007_.

Address where Petitioner can be contacted:

**NOTARY PUBLIC / DEPUTY CLERK**

_____

Signature of Attorney for Petitioner (if applicable)

Name

Address

Attorney Registration Number

Telephone Number

FORM 10.03-D  PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)

REVISED   9/1/04
Discard all previous versions of this for





**D71663513 CLF**

| COURT OF COMMON PLEAS<br>HAMILTON COUNTY, OHIO | CLASSIFICATION FORM<br>(REV 01-01-06)<br>WWW.COURTCLERK.ORG | GREGORY HARTMANN<br>CLERK OF COURTS |
|---|---|---|

CASE NUMBER: **SK0700045**   PLAINTIFF: *Darlington Amadasu*

PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED

UNDER CASE NUMBER: _____ BY JUDGE _____

## PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS:

( ) **OTHER TORT – C360**
   ( ) Personal Injury – C310
   ( ) Wrongful Death – C320
   ( ) Vehicle Accident – C370

( ) **PROFESSIONAL TORT – A300**
   ( ) Personal Injury – A310
   ( ) Wrongful Death – A320
   ( ) Legal Malpractice – A330
   ( ) Medical Malpractice – A340

( ) **PRODUCT LIABILITY – B350**
   ( ) Personal Injury – B310
   ( ) Wrongful Death – B320

   **WORKER'S COMPENSATION**
   ( ) Non-Compliant Employer – D410
   ( ) Appeal – D420

   **FORECLOSURE**
   ( ) Foreclosure – E510
   ( ) Foreclosure-Taxes – E520
   ( ) Foreclosure-Mechanics Lien – E530

( ) **ADMINISTRATIVE APPEALS – F600**
   ( ) Appeal Civil Service – F610
   ( ) Appeal Motor Vehicle – F620
   ( ) Appeal Unemployment – F630
   ( ) Appeal Liquor – F640
   ( ) Appeal Taxes – F650
   ( ) Appeal Zoning – F660

( ) **OTHER CIVIL – H700-34**
   ( ) Appropriation – H710
   ( ) Accounting – H720
   ( ) Beyond Jurisdiction – H730
   ( ) Breach of Contract – H740
   ( ) Cancel Land Contract – H750
   ( ) Change of Venue – H760
   ( ) Class Action – H770
   ( ) Convey Declared Void – H780
   ( ) Declaratory Judgment – H790
   ( ) Discharge Mechanics Lien – H800
   ( ) Dissolve Partnership – H810
   ( ) CONSUMER SALES ACT (1345 ORC) – H820
   ( ) Check here if relief includes declaratory
      judgment, injunction or class action
      recovery – H825
   ( ) Habeas Corpus – H830
   ( ) Injunction – H840
   ( ) Mandamus – H850
   ( ) On Account – H860
   ( ) Partition – H870
   ( ) Quiet Title – H880
   ( ) Replevin – H890
   ( ) Sale of Real Estate – H900
   ( ) Specific Performance – H910
   ( ) Restraining Order – H920
   ( ) Testimony – H930-21
   ( ) Environmental – H940
   ( ) Cognovit – H950
   (✗) Menacing by Stalking – H960
   ( ) Repo Title – Transfer of Title Only – H970
   ( ) Repo Title – With Money Claim – H980
   ( ) Injunction Sexual Predator – H990

*(margin, vertical text:)* 2007 JAN 18 8 2   GREGORY HARTMANN CLERK OF COURTS HAMILTON COUNTY, OH

DATE: **1-18-07**   ATTORNEY (PRINT): *Pro Se*

OHIO SUPREME COURT NUMBER: **Z9997**

**IN THE COURT OF COMMON PLEAS**

**HAMILTON COUNTY, OHIO**

DARLINGTON AMADASU
_____  :
Petitioner

3429 TRIMBLE AVENUE
_____  :
Address

CINCINNATI, OH 45207
_____  :
City, State, Zip Code

Date Of Birth: _____  :

v.                                :

SADIE WILKINS
_____  :
Respondent

3429 TRIMBLE AVEN.
_____  :
Address

CINCINNATI, OH 45207
_____  :
City, State, Zip Code

Date Of Birth: _____  :

Case No.    SK0700045
_____

**YOU MUST APPEAR BEFORE MAGISTRATE
MICHAEL L BACHMAN IN ROOM 585**

**PETITION FOR CIVIL STALKING PROTECTION ORDER
(CSPO)(R.C. 2903.214)**

<u>Notice to Petitioner</u>:  Throughout this form,
check every ☐ that applies.

Do NOT write your address at left or below if
you are requesting confidentiality.

The Respondent does NOT have to be related to Petitioner
in any way in order for Petitioner to be eligible for relief.

ORIG. COMP, PARTIES, SUMMONS
( ) CERT MAIL    (X) SHERIFF    ( ) WAVE
( ) PROCESS SERVER    ( ) NONE
CLERKS FEES                            TIC
SECURITY FOR COST    20007
DEPOSITED BY    H960

☒  1.  Petitioner seeks relief on Petitioner's own behalf.

☐  2.  Petitioner seeks relief on behalf of the following family or household members:

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|------|---------------|---------------------------|
|      |               |                           |
|      |               |                           |
|      |               |                           |
|      |               |                           |
|      |               |                           |

D71663515 INI

Ohio law defines Menacing by Stalking as follows:
  _"No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the offender
will cause physical harm to the other person or cause mental distress to the other person."_ R.C. 2903.211(A)(1).

  _"No person, through the use of any electronic method of remotely transferring information, including, but not limited
to, any computer, computer network, computer program, or computer system, shall post a message with purpose to
urge or incite another to commit a violation of division (A) (1) of this section  (above)"_ R.C. 2903.211 (A)(2).

FORM 10.03-D  PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)          REVISED   9/1/04
                                                                            Discard all previous versions of this form

3.  Petitioner states that Respondent has engaged in the following act(s) which create an immediate and present danger. *Describe the nature and extent of two or more threats or other pattern of conduct which causes you to believe the Respondent will cause physical harm or causes or has caused mental distress to you or a family or household member.* Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known. Attach additional paper if you need more room:



Respondent entered my rented space at 3429 Trimble Ave without Petitioner's consent with impunity, threatening to have her children and grand children to evict me forceably + the street throwing my belongings to the street, changing the entrance door lock; threatening to poison my food, or meals threatening to evict me without just cause but on prefabricated grounds, making false accusation to police.

4.  Petitioner requests that the Court grant relief under Ohio Revised Code 2903.214 for the safety and protection of the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order that:

☒ (a)  Requires Respondent not to abuse the Petitioner and the family or household members named in this Petition by harming, attempting to harm, threatening, molesting, following, stalking, bothering, harassing, annoying, contacting, or forcing sexual relations upon them.

☒ (b)  Requires Respondent to refrain from entering the residence, school, business, place of employment, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds and parking lots at those locations.

☒ (c)  Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities, insurance, interrupting phone service, mail delivery, or the delivery of any other documents or items.

☒ (d)  Requires Respondent not to remove, damage, hide or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

☒ (e)  Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

☒ (f)  Includes the following additional provisions: _Not to evict me forceably._

☒ 5.  Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under Ohio Revised Code 2903.214(D) and this Petition.

☒ 6.  Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☒ 7.  Petitioner further requests that if Petitioner has a victim advocate, the court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☒ 8.  Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

☐ 9. The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I hereby swear or affirm that the answers above are true, complete and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under Ohio Revised Code 2921.11.

_____
**SIGNATURE OF PETITIONER**

Sworn to and subscribed before me on this 18 day
of JANUARY , 2007 .

_____
**NOTARY PUBLIC / DEPUTY CLERK**

Address where Petitioner can be contacted:

_____

_____

_____
Signature of Attorney for Petitioner (if applicable)

_____
Name

_____
Address

_____
Attorney Registration Number

_____
Telephone Number