EXHIBIT C



Logged in as: ATT069594 |

Directions | Policies | Sitem

Hamilton County Courthou:
1000 Main Street
Cincinnati, OH 45202

| Home | ◢ Court Records | ◢ Court Date | ◢ Forms | ◢ Services | ◢ D |

**Case Summary**

Case O

| | |
|---|---|
| **Case Number:** | /07/CRB/2740 |
| **Common Pleas Case Number:** | |
| **Case Caption:** | STATE OF OHIO vs. DARLINGTON AMADASU |
| **Judge:** | WILLIAM L MALLORY |
| **Filed Date:** | 1/22/2007 |
| **Case Type:** | - |
| **Race:** | BLACK - AFRICAN AMERICAN |
| **Sex:** | M |
| **Age:** | 58 |
| **Date of Birth:** | 1/1/1949 |
| **Bond Amount:** | $1000 10% CASH |
| **Count :** | MENACING M4 2903-22 ORCN |
| **Disposition:** | 01/29/2007 299 CAPIAS-WARR RECALLED-RETURNED |

Case History

Case Schedule

Case Documen

Party/Attorney I

New Case Sear

New Name Sea

Add Case to My

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



Logged in as: ATT069594

Directions | Policies | Sitem

Hamilton County Courthou:
1000 Main Street
Cincinnati, OH 45202

| Home | Court Records | Court Date | Forms | Services | D |

## Case Summary

| | | |
|---|---|---|
| **Case Number:** | /07/CRB/2740 | Case History |
| **Common Pleas Case Number:** | | Case Schedule |
| **Case Caption:** | STATE OF OHIO vs. DARLINGTON AMADASU | Case Documen |
| **Judge:** | WILLIAM L MALLORY | Document Req |
| **Filed Date:** | 1/22/2007 | |
| **Case Type:** | - | Party/Attorney I |
| **Race:** | BLACK - AFRICAN AMERICAN | New Case Sear |
| **Sex:** | M | New Name Sea |
| **Age:** | 58 | Add Case to My |
| **Date of Birth:** | 1/1/1949 | |
| **Bond Amount:** | $1000 10% CASH | |
| **Count :** | MENACING M4 2903-22 ORCN | |
| **Disposition:** | 01/29/2007 299 CAPIAS-WARR RECALLED-RETURNED | |

### Case Documents

Printer Friend

| Document Link | Date Filed | Document Type | Page |
|---|---|---|---|
| 📄 | 1/23/2007 | Judges Sheet | 2 |
| 📄 | 1/22/2007 | Complaint | 1 |
| 📄 | 1/22/2007 | Bond | 2 |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

RECOGNIZANCE FOR APPEARANCE
The State of Ohio, County of Hamilton
Municipal Court/Court of Common Pleas

71717443



STATE OF OHIO
PLAINTIFF
vs.

DARLINGTON AMADASU
DEFENDANT

CASE NO. /07/CRB/2740

CHARGE 2903-22 ORCN

BE IT REMEMBERED that on this day personally appeared the above-named Defendant, and the Surety, whose signature appears on this Recognizance with that of the Defendant, and they jointly and severally acknowledged themselves to owe unto THE STATE OF OHIO sum of Five Hundred Dollars ($500)

THE CONDITIONS OF THIS RECOGNIZANCE are such that if the above-named and bound Defendant shall personally be and appear before the Court above named as required by law, from day to day until final disposition by the Court, then and there to answer unto the STATE OF OHIO upon the charge appearing above, opposite the name of said Defendant, and abide the judgment of the Court, and not depart without leave, then this Recognizance be void; otherwise, it shall remain in full force and virtue in law.

In the event the Surety surrenders this Defendant in open court at any time prior to the disposition of this charge, the Surety does hereby agree to pay such portion of the bond amount, as ordered by the Court before whom this Defendant is surrendered

And THELMA L THOMAS                                    , who offers him/herself as surety on this recognizance, being first duly sworn, says that he/she resides at 1118 DAYTON ST^ CINCINNATI, OH 45214
and that he/she deposits $ 50 00      as bail for the above named Defendant in lieu of real property.

And _____, who offers him/herself as Surety on this Recognizance, being first duly sworn, says that he/she is an agent for _____

and that he/she deposits an individual power of attorney for said insurance company in the amount of $ 0 00
as bail for the above named Defendant in lieu of real property.

THIS BOND SHALL BE A CONTINUING BOND FOR THIS CASE AND ANY OTHER CASE INTO WHICH THIS CASE MAY BE TRANSFERRED.

IF THERE IS A BREACH OF A CONDITION OF THIS BOND BY YOUR FAILURE TO APPEAR ON TIME AT ANY COURT APPEARANCE THAT YOU ARE REQUIRED TO ATTEND, THE COURT SHALL DECLARE YOUR BOND FORFEITED FOR THE FULL DOLLAR AMOUNT OF THE BOND, THE SURETY AND DEFENDANT SHALL BE JOINTLY AND SEVERALLY LIABLE FOR PAYMENT OF THAT SUM.

This Recognizance taken, signed, subscribed, acknowledged and filed by Order of the Court and the Surety sworn to the above thereof, this 22nd day of January, 2007.

GREGORY HARTMANN
Clerk of Courts

By _____
Deputy Clerk

Surety Signature / Phone
Address

Defendant Signature / Phone 513-241-1835
Address

Defendant called and failing to appear and the Surety herein, being called to produce the body of the Defendant and failing to do so, Court orders this Recognizance to be forfeited this ____ day of _____.

GREGORY HARTMANN
Clerk of Courts

By _____ Judge/Magistrate
By _____ Deputy Clerk

**FALSIFICATION OF THIS AFFIDAVIT IS A CRIME THAT COULD RESULT IN A PENALTY OF 6 MONTHS IMPRISONMENT AND/OR $1,000 FINE (O.R.C. 2921.13)**

2903 22  MENACING  [M4]



D71715021 C

CASE NO. 07CRB2740

## COMPLAINT
### HAMILTON COUNTY MUNICIPAL COURT

STATE OF OHIO vs. __DARLINGTON AMADASU__
(Name)

__3429 TRIMBLE AV__
(Address)

__CINTI  OH  45211__

__P.O MARTIN__, being first duly cautioned and sworn, deposes and says that __DARLINGTON AMADASU__ on or about __1/16/07 & 1/22/07__ Hamilton County, State of Ohio, did knowingly cause * __SADIE WILKINS__ to believe that the said ** __DARLINGTON AMADASU__ would cause physical harm to *** __SADIE WILKINS__

contrary to and in violation of Section 2903 22 of the Revised Code of Ohio, a misdemeanor of the fourth degree

The complainant states that this complaint is based on __A did THREATEN VICTIM TO BELIEVE he WOULD CAUSE PHYSICAL HARM TO HER BY THREATENING TO KILL THE VICTIM THEN KILL HIMSELF ON 1/16/07 ON 1/22/07 A THREATENED VICTIM BY TELLING HER THAT HE'S GONNA TAKE CARE OF YOU__

Sworn to and subscribed before me this __1/22/07__

_____
Notary Public/ Deputy Clerk/ Judge

Filed __1/22/07__
GREGORY HARTMANN
(Clerk of Hamilton County Municipal Court)

By _____
Deputy Clerk

__P.O____ P565__
(Complainant)

__DST-2__
(Address)

__979-4400__

INSERT ONE OF THE FOLLOWING

* Insert the name of the victim
** Insert the name of the defendant
*** "insert the name of the victim" or "the property of (name of the victim)" or "name of the victim's unborn", or "a member of (name of victim's) immediate family, to wit (name of family member)"

HAMILTON COUNTY MUNICIPAL COURT                PAGE: ____
JOURNAL ENTRY - MITTIMUS

PRE-ROLL: **MALLORY/WILLIAM/L**
ACTIVATE DATE: 01/23/2007

| CLERK'S USE ONLY | |
|---|---|
| INITIALS: | |
| PAYMENT DATE: | |
| RECEIPT NO: | |
| FINE: | |
| COSTS: | |
| CONCAR: | |
| WIT FEES: | |
| JURY FEES: | |
| P.D. FEES: | |
| LIP FEE: | |
| BMV FEE: | |
| TOTAL PAID: | |

CASE: /07/CRB/2740         COMM. CONTROL VIOL.: _____
DEFENDANT: **AMADASU/DARLINGTON**
CTLNO: 2341091        TICKET:
SEC. VIOL: 2903-22 ORCN
CHARGE: **MENACING**                         M4
ARREST DATE: 01/22/2007
JMS_NUMBER:
SEX: M         D.O.B. 01/01/1949
DEF. COUNSEL:
PROS. WIT: **MARTIN/PO**

TO THE SHERIFF OF HAMILTON COUNTY, GREETINGS: Where as, the above defendant was arrested and charged with the above section number. For good cause shown, the defendant is ordered to give bail in the sum indicated below. You are, therefore, commanded to receive the defendant into your custody until the trial date, or until he/she gives bail as ordered. Or, whereas, the above defendant, having been tried and convicted of said charge(s) is sentenced, as indicated below. Therefore, we command you to receive the defendant into your custody, there to remain until he/she has fully executed the terms of the sentence, or until otherwise discharged by due course of law.

| DATE | ACTION | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|---|
| 01/23/2007 9:00 am | CR121<br>Arraignment - Probable cause to hold demonstrated  ( ) YES  ( ) NO<br>OR/ $_____ Unsecured bond per Crim.R.46(A)(1)<br>$_____ Bond @10% per Crim.R.46(A)(2) or (3)<br>$_____ Secured Bond per Crim.R.46(A)(3) Only<br>Conditions: | |
| | C₈/0 ₀₀ | [signature] |
| Date | The decision of the magistrate is adopted and the recommended sentence is entered as the judgment of the court. | Judge |

HAMILTON COUNTY MUNICIPAL COURT
JOURNAL ENTRY – COMMITMENT/SENTENCE

PRE-ROLL: **MALLORY/WILLIAM/L**

CASE: **/07/CRB/2740**

(check if applicable)

☐ **MAGISTRATE'S DECISION**

DEFENDANT: **AMADASU/DARLINGTON**
CTLNO: **2341091**        TICKET:
SEC. VIOL: **2903-22 ORCN**

CHARGE: **MENACING**                M4
ARREST DATE: **01/22/2007**
JMS_NUMBER:
SEX: **M**   D.O.B. **01/01/1949**
DEF. COUNSEL:
PROS. WIT: **MARTIN/PO**

PLEA: _____   FINDING: _____   O.V.I CONVICTIONS W/IN PREV. 6YRS: ___

TO THE SHERIFF OF HAMILTON COUNTY, GREETINGS:
Whereas, the above defendant was arrested and charged with the above section number. Whereas, the above defendant, having been tried and convicted of said charge is sentenced, as indicated below. Therefore, we command you to receive the defendant into your custody, there to remain until he/she has fully executed the terms of the sentence, or until otherwise discharged by due course of law.

DAYS: _____ SUSP: _____ CREDIT TIME: _____ STAY: _____
FINE: _____ REMIT: _____ SUSP: _____ STAY: _____
COSTS: _____ REMIT: _____ SUSP: _____ STAY: _____

☐ FINES AND DAYS CONCURRENT
☐ COMMIT                           ☐ TURNING POINT
☐ CONSECUTIVE                      ☐ NOT ELIGIBLE FOR 2 FOR 1
☐ NO EARLY RELEASE                 ☐ NOT ELIGIBLE FOR 3 FOR 1
☐ EXTENDED TREATMENT
☐ REWARDS JAIL INTERVENTION FOR WOMEN
☐ ANY TREATMENT IF ELIGIBLE
☐ OTHER _____

☐ COMMUNITY SERVICE IN LIEU OF FINES
LANGUAGE INTERPRETER FEE: _____

**COMMUNITY CONTROL:** _____ DAYS/MOS/YRS. PAY THRU: _____

**DRIVING CONDITIONS:** DRIVING SUSPENSION: _____ DAYS/MOS/YRS   EFFECTIVE DATE: _____

**FRA COMPLIANCE:** _____ **FRA/NON COMPLIANCE:** _____   VEH.IMMOBILIZATION _____ DAYS   FORFEITURE: YES  NO
& PLATES IMPOUNDED

CREDIT _____ DAYS HELD

☐ DEFENDANT IS GRANTED LIMITED DRIVING PRIVILEGES AS FOLLOWS AFTER MANDATORY SUSPENSION EFFECTIVE: _____
CURRENT F.R.A. COMPLIANCE SHOWN.
☐ OCCUPATIONAL
☐ VOCATIONAL
☐ EDUCATIONAL
☐ COURT TREATMENT
☐ MEDICAL
☐ RESTRICTED LICENSE PLATES
☐ IGNITION INTERLOCK
☐ D.L. EXAMINATION

COMMUNITY CONTROL SANCTIONS:

_____
_____
_____
_____

DATE: _____   JUDGE/MAGISTRATE: _____

**WARNING:** A PARTY SHALL NOT ASSIGN AS ERROR ON APPEAL THE COURT'S ADOPTION OF A MAGISTRATE'S FACTUAL FINDING OR LEGAL CONCLUSION UNLESS THE PARTY HAS TIMELY AND SPECIFICALLY OBJECTED THERETO AS REQUIRED BY CRIMINAL RULE 19.



Greg Hartmann Clerk of Courts

Logged in as: ATT069594
Directions | Policies | Sitem

Hamilton County Courthou:
1000 Main Street
Cincinnati, OH 45202

| Home | Court Records | Court Date | Forms | Services | D |

## Case Summary

| | | |
|---|---|---|
| **Case Number:** | /07/CRB/2740 | Case History |
| **Common Pleas Case Number:** | | Case Schedule |
| **Case Caption:** | STATE OF OHIO vs. DARLINGTON AMADASU | Case Documen |
| **Judge:** | WILLIAM L MALLORY | Party/Attorney I |
| **Filed Date:** | 1/22/2007 | New Case Sear |
| **Case Type:** | - | |
| **Race:** | BLACK - AFRICAN AMERICAN | New Name Sea |
| **Sex:** | M | Add Case to My |
| **Age:** | 58 | |
| **Date of Birth:** | 1/1/1949 | |
| **Bond Amount:** | $1000 10% CASH | |
| **Count :** | MENACING M4 2903-22 ORCN | |
| **Disposition:** | 01/29/2007 299 CAPIAS-WARR RECALLED-RETURNED | |

### Case Schedules

| Status | Date | Time | Location | Judge | Action |
|---|---|---|---|---|---|
| Active | 2/5/2007 | 09:00 AM | COURTHOUSE ROOM 121, ARGN | RM121 COURTHOUSE ARRAIGN | CONTINUED / |
| Active | 1/23/2007 | 09:00 AM | COURTHOUSE ROOM 121, ARGN | RM121 COURTHOUSE ARRAIGN | ARRAIGNMEN |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.