EXHIBIT D



Logged in as: ATT069594 |

Directions | Policies | Sitem

Hamilton County Courthou:
1000 Main Street
Cincinnati, OH 45202

| Home | ⊿ Court Records | ⊿ Court Date | ⊿ Forms | ⊿ Services | ⊿ D |

## Case Summary

| | | |
|---|---|---|
| **Case Number:** | SK0700061 | Case History |
| **Case Caption:** | SADIE WILKINS vs. DARLINGTON AMADASU | Case Schedule |
| **Judge:** | Unavailable | Case Documen |
| **Filed Date:** | 1/24/2007 | Party/Attorney I |
| **Case Type:** | H960 - MENACING BY STALKING -OC | New Case Sear |
| **Total Deposits:** | $ 0.00 | New Name Sea |
| **Total Costs:** | $ 37.00 | Add Case to My |

Case O

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

# County Writ
# Hamilton County Sheriff's Department



**Wednesday, January 24, 2007**

| | | | |
|---|---|---|---|
| **Case No.** | **Date Received** | **Type of Paper** | **Return Date** |
| SK0700061 | 1/24/2007 | STALKING | |

**Service On**
DARLINGTON AMADASU

**Address**
3429 TRIMBLE AVENUE

| **County** | **State** | **Case Caption** |
|---|---|---|
| Hamilton | Ohio | WILKINS VS AMADASU |

| **Date Served** | **Time** | **Deputy** | **Type of Service** | **Person Served** |
|---|---|---|---|---|
| 1/24/2007 | | Frey | PERSONAL | |

| **Sheriff Fees** | **Mileage** | **Date Paid** | **Check No.** | **TOTAL** |
|---|---|---|---|---|
| $6.00 | $1.50 | | | $7.50 |

**OFFICER'S**
SERVED AT 230 E NINTH STREET.

FILED 2007 JAN 25 P 1:00
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

SIMON L. LEIS, JR.
SHERIFF, HAMILTON COUNTY, OHIO
By_____
Lisa A. Pangallo, Deputy

D71770899

Page 1 of 1

# County Writ
# Hamilton County Sheriff's Department



**Wednesday, January 24, 2007**

**Case No.**  **Date Received**  **Type of Paper**  **Return Date**
SK0700061  1/24/2007  STALKING

**Service On**
CENTRAL WARRANTS

**Address**
1000 SYCAMORE STREET

**County**  **State**  **Case Caption**
Hamilton  Ohio  WILKINS VS AMADASU

**Date Served**  **Time**  **Deputy**  **Type of Service**  **Person Served**
1/24/2007    Tieman  PERSONAL  DENISE

**Sheriff Fees**  **Mileage**  **Date Paid**  **Check No.**  **TOTAL**
$6.00  $1.50      $7.50

**OFFICER'S**

SIMON L. LEIS, JR.
SHERIFF, HAMILTON COUNTY, OHIO
By_____
Lisa A. Pangallo, Deputy

D71770905

Page 1 of 1

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| ORDER OF PROTECTION | | SK0700061 |
|---|---|---|
| Pre ORC 2903.214(F)(2), this order is indexed at: **The Hamilton County Sheriff's Office, Central Warrant Unit** | ENTERED JAN 24 2007 | YOU MUST APPEAR BEFORE MAGISTRATE MICHAEL L BACHMAN IN ROOM 585 |
| Law Enforcement Agency (513) 946-6200 Phone Number | County **HAMILTON** | State **OHIO** |
| | CIVIL STALKING PROTECTION ORDER (CSPO) EX PARTE (R.C. 2903.214) | |

→ **NOTICE TO PETITIONER: DO NOT COMPLETE SHADED PORTIONS OF THIS PAGE** ←

PERSON(S) PROTECTED BY THIS ORDER:
Petitioner: Sadie Wilkins   DOB: 11-18-25

PETITIONER
Sadie M Wilkins
FIRST   MIDDLE   LAST

Petitioner's Family and Household Members:
DOB:
DOB:
DOB:
DOB:
DOB:
DOB:
DOB:
DOB:

D71745957

v. RESPONDENT
Darlington Amadasu
FIRST   MIDDLE   LAST

Address where Respondent can be found:
1000 Sycamore St
Cinti Oh 45202

**RESPONDENT IDENTIFIERS**

| SEX | M | RACE | B | HT | 5'10 | WT | 170 |
|---|---|---|---|---|---|---|---|
| EYES | Br | HAIR | Bl | DATE OF BIRTH | | 1-1-29 | |
| DRIVERS LIC NO & EXP. DATE | | | | STATE | | | |
| Distinguishing Features | African / broken English | | | | | | |

CAUTION ☒ FIREARMS ACCESS -
PROCEED WITH CAUTION

☒ FIREARMS ACCESS -- PROCEED WITH CAUTION

(Violence Against Women Act 18 U.S.C. 2265, Federal Full Faith & Credit Declaration: Registration of this form is not required for enforcement.)

**THE COURT HEREBY FINDS:**

That it has jurisdiction over the parties and Subject matter, and the Respondent will be provided with reasonable notice and opportunity to be heard within the time required by Ohio law. Additional findings of this order are set forth below.

**THE COURT HEREBY ORDERS:**

☒ That the above named Respondent be restrained from committing further acts of abuse or threats of abuse against the petitioner and other protected persons named in this order, as set forth below.

☒ Additional terms of this order are set forth below. The terms of this order shall be effective until

DATE CERTAIN 2-7-07    EQUITY JUDGE Myers

Form 10.03E Civil Stalking Protection Order (CSPO) Exparte     1     Revised 5/05/2006

**WARNINGS TO RESPONDENT: See the warnings page attached to the front of this Order.**

This proceeding came on for an *ex parte* hearing on _____ 1-24, 20 07 (Respondent not being present), upon the filing of a petition filed by Petitioner for a civil stalking protection order (CSPO) against the Respondent, pursuant to Ohio Revised Code 2903.214. In accordance with RC 2903.214(D)(1), the court held an *ex parte* hearing not later than the next day that the court was in session after the petition was filed.

The court finds that the Respondent has threatened the Petitioner with bodily harm, has caused mental distress, or has been convicted of or pleaded guilty to a violation of section 2903.211 of the Revised Code against the protected persons named in this order. For good cause shown the court finds the following temporary orders are necessary for the safety and protection of the person protected by this order.

**ALL OF THE PROVISIONS CHECKED BELOW APPLY TO THE RESPONDENT**

☒ 1. **RESPONDENT SHALL NOT ABUSE** the protected persons named in this order by harming, attempting to harm, threatening, molesting, following, stalking, bothering, harassing, annoying, contacting, or forcing sexual relations upon them.[NCIC 01 & 02]

☒ 2. **RESPONDENT SHALL NOT ENTER** the residence, school, business, place of employment, or daycare centers of the protected persons named in this order, including the buildings, grounds and parking lots at those location. [NCIC 03]

☒ 3. **RESPONDENT SHALL NOT INTERFERE** with protected persons' right to occupy the residence including, but not limited to canceling utilities, insurance, interrupting phone service, mail delivery, or the delivery of any other documents or items.

☐ 4. **RESPONDENT SHALL SURRENDER** all keys and garage door openers to the following residence: _____
at the earliest possible opportunity after service of this Order to the law enforcement agency that serves Respondent with this Order or as follows:

☒ 5. **RESPONDENT SHALL STAY AWAY** from protected person named in this order, and shall not be present within 500 feet or ___'____ (distance) of protected person, wherever protected person may be found, or any place the Respondent knows or should know the protected persons are likely to be, **even with protected persons' permission**. If Respondent accidentally comes in contact with protected persons in any public or private place, Respondent must depart *immediately*. This order includes encounters on public and private roads, highways, and thoroughfares. [NCIC 04]

☒ 6. **RESPONDENT SHALL NOT REMOVE, DAMAGE, HIDE, OR DISPOSE OF ANY PROPERTY OR PETS** owned or possessed by the protected persons named in the Order.

☒ 7. **RESPONDENT SHALL NOT INITIATE ANY CONTACT** with the protected persons named in this order at their residences, businesses, places of employment, schools, daycare centers, and babysitters. Contact includes, but is not limited to, telephone, fax, e-mail, voice mail, delivery service, writings, or communications by any other means in person or through another person. [NCIC 05]

☒ 8. **RESPONDENT SHALL NOT CAUSE OR ENCOURAGE ANY OTHER PERSON** to do any act prohibited by this order.

☒ 9. **RESPONDENT SHALL NOT POSSESS, USE, CARRY, OR OBTAIN ANY DEADLY WEAPON.** Respondent shall turn over all deadly weapons in Respondent's possession to the law enforcement agency that serves Respondent with this Order or as follows: _____

☐ 10. **IT IS FURTHER ORDERED:** _____

11.    **IT IS FURTHER ORDERED** that the Clerk of Court shall cause a copy of the Petition and this Order to be delivered to the Respondent as required by law. The Clerk of Court shall also provide certified copies of the Petition and this Order to Petitioner upon request. This Order is granted without bond. Under Federal and State Law,, the clerk shall not charge any fees for filing, issuing, registering, or serving this protection order.

Form 10.03E Civil Stalking Protection Order (CSPO) Exparte    2    Revised 5/05/2006

12. ALL OF THE TERMS OF THIS ORDER REMAIN IN FULL FORCE AND EFFECT UNTIL ___2-7-07___ unless earlier modified or dismissed by order of the Court.

IT IS SO ORDERED

_Michael L. Bachman_  
MAGISTRATE

_Beth A. M_____  
JUDGE

**NOTICE TO RESPONDENT:** THE PERSONS PROTECTED BY THIS ORDER CANNOT GIVE YOU LEGAL PERMISSION TO CHANGE OR VIOLATE THIS ORDER. IF YOU VIOLATE ANY OF THE TERMS OF THIS ORDER, EVEN WITH THE PROTECTED PERSON'S PERMISSION, YOU MAY BE ARRESTED. ONLY THE COURT CAN CHANGE THIS ORDER. IF THERE IS ANY REASON WHY THIS ORDER SHOULD BE CHANGED, YOU MUST ASK THE COURT TO CHANGE IT. **YOU ACT AT YOUR OWN RISK IF YOU DISREGARD THIS WARNING.**

A FULL HEARING ON THIS ORDER SHALL BE HELD BEFORE JUDGE _____ OR MAGISTRATE MICHAEL L BACHMAN ON 2-7-07, AT 8:30 a.m./p.m. (WITHIN TEN COURT DAYS) AT THE FOLLOWING LOCATION: ROOM 585, HAMILTON COUNTY COURTHOUSE, 1000 MAIN ST., CINCINNATI, OHIO.

BE ADVISED THAT YOU NEED TO ARRIVE AT THE COURTHOUSE EARLY (AT LEAST TWENTY MINUTES BEFORE THE HEARING) TO GET THROUGH SECURITY AND BE IN COURT ON TIME.

TO THE CLERK: COPIES OF THIS ORDER SHALL BE DELIVERED TO:

- ☒ Petitioner on _____ by
  - ☐ Personal  ☐ Certified Mail  ☒ Regular Mail
- ☐ Attorney for Petitioner by
  - ☐ Personal  ☐ Certified Mail  ☐ Regular Mail
- ☒ Respondent on _____ by
  - ☒ Personal  ☐ Certified Mail  ☐ Regular Mail
- ☐ Attorney for Respondent by
  - ☐ Personal  ☐ Certified Mail  ☐ Regular Mail
- ☒ Central Warrants (The Protection Order Depository for All Local Law Enforcement Agencies.)
- ☒ The Hamilton County Sheriff's Office
- ☒ Police Dept. where Petitioner Resides: _____
- ☒ Police Dept. where Petitioner Works: _____
- ☐ Other _____
- ☐ Other _____

Form 10.03E Civil Stalking Protection Order (CSPO) Exparte     3     Revised 5/05/2006

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

**Petitioner:** Sadie Wilkins
**Address:** 3439 Trimble
**City, State, Zip Code:** Cinti Oh 45207
**Date Of Birth:** 11-18-25

v.

**Respondent:** Darlington Amadasu
**Address:** 1000 Sycamore St
**City, State, Zip Code:** Cinti Oh 45207
**Date Of Birth:** 1-1-49

**Case No.** SK0700061

YOU MUST APPEAR BEFORE MAGISTRATE MICHAEL L BACHMAN IN ROOM 585

PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)(R.C. 2903.214)

Notice to Petitioner: Throughout this form, check every ☐ that applies.

Do NOT write your address at left or below if you are requesting confidentiality.

The Respondent does NOT have to be related to Petitioner in any way in order for Petitioner to be eligible for relief.

COPY FILED
CLERK OF COURTS
HAMILTON COUNTY
JAN 24 2007
GREGORY HARTMANN
COMMON PLEAS COURTS

☐ 1. Petitioner seeks relief on Petitioner's own behalf.
☐ 2. Petitioner seeks relief on behalf of the following family or household members:

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Ohio law defines Menacing by Stalking as follows:
"No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the offender will cause physical harm to the other person or cause mental distress to the other person." R.C. 2903.211(A)(1).

"No person, through the use of any electronic method of remotely transferring information, including, but not limited to, any computer, computer network, computer program, or computer system, shall post a message with purpose to urge or incite another to commit a violation of division (A) (1) of this section (above)" R.C. 2903.211 (A)(2).

FORM 10.03-D PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)      REVISED 9/1/04
Discard all previous versions of this form

[Side 2 of Form 10.03-D]

3. Petitioner states that Respondent has engaged in the following act(s) which create an immediate and present danger. *Describe the nature and extent of two or more threats or other pattern of conduct which causes you to believe the Respondent will cause physical harm or causes or has caused mental distress to you or a family or household member. Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known. Attach additional paper if you need more room:*

On 1-22-07 respondant entered premises at 3429 Trimble was asked to leave and refused. Situation escalated and respondant began making threats to petitioner petitioner stating he would kill her and take ownership of house. Police were called and respondant was arrested and taken to jail.

4. Petitioner requests that the Court grant relief under Ohio Revised Code 2903.214 for the safety and protection of the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order that:

   ☒ (a) Requires Respondent not to abuse the Petitioner and the family or household members named in this Petition by harming, attempting to harm, threatening, molesting, following, stalking, bothering, harassing, annoying, contacting, or forcing sexual relations upon them.

   ☒ (b) Requires Respondent to refrain from entering the residence, school, business, place of employment, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds and parking lots at those locations.

   ☒ (c) Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities, insurance, interrupting phone service, mail delivery, or the delivery of any other documents or items.

   ☒ (d) Requires Respondent not to remove, damage, hide or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

   ☒ (e) Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

   ☐ (f) Includes the following additional provisions: _____

☒ 5. Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under Ohio Revised Code 2903.214(D) and this Petition.

☐ 6. Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☐ 7. Petitioner further requests that if Petitioner has a victim advocate, the court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☐ 8. Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

**FORM 10.03-D  PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)**         REVISED 9/1/04
                                                                             Discard all previous versions of this form

[Side 3 of Form 10.03-D]

☐ 9. The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I hereby swear or affirm that the answers above are true, complete and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under Ohio Revised Code 2921.11.

_Sadie Wilkins_
**SIGNATURE OF PETITIONER**

Sworn to and subscribed before me on this _24th_ day of _January_, _2007_.

_[signature]_
**NOTARY PUBLIC / DEPUTY CLERK**

Address where Petitioner can be contacted:
_3429 Trimble Ave_

_____
Signature of Attorney for Petitioner (if applicable)

_____
Name

_____
Address

_____
Attorney Registration Number

_____
Telephone Number

FORM 10.03-D PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)

REVISED 9/1/04
Discard all previous versions of this form

**IN THE COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**

D71741492 INI

Petitioner: Sadie Wilkins
Address: 3429 Trimble
City, State, Zip Code: Cinti Oh 45207
Date Of Birth: 11-18-25

v.

Respondent: Darlington Amadasu
Address: 1000 Sycamore St
City, State, Zip Code: Cinti Oh 45202
Date Of Birth: 1-1-49

Case No. SK0700061

YOU MUST APPEAR BEFORE MAGISTRATE MICHAEL L BACHMAN IN ROOM 585

PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)(R.C. 2903.214)

**Notice to Petitioner:** Throughout this form, check every ☐ that applies.

Do NOT write your address at left or below if you are requesting confidentiality.

The Respondent does NOT have to be related to Petitioner in any way in order for Petitioner to be eligible for relief.

ORIG, COMP, PARTIES, SUMMONS
( ) CERT MAIL   (X) SHERIFF   ( ) WAVE
( ) PROCESS SERVER   ( ) NONE
CLERKS FEES _____ TIC
SECURITY FOR COST _____
DEPOSITED BY _____
FILING CODE   KJ-960

☐ 1. Petitioner seeks relief on Petitioner's own behalf
☐ 2. Petitioner seeks relief on behalf of the following family or household members:

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FILED 2007 JAN 24 A 7:53
GREGORY HARTMANN CLERK OF COURTS HAMILTON COUNTY, OH

Ohio law defines Menacing by Stalking as follows:
"No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the offender will cause physical harm to the other person or cause mental distress to the other person." R.C. 2903.211(A)(1).

"No person, through the use of any electronic method of remotely transferring information, including, but not limited to, any computer, computer network, computer program, or computer system, shall post a message with purpose to urge or incite another to commit a violation of division (A) (1) of this section (above)" R.C. 2903.211 (A)(2).

FORM 10.03-D PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)
REVISED 9/1/04
Discard all previous versions of this form

3. Petitioner states that Respondent has engaged in the following act(s) which create an immediate and present danger. *Describe the nature and extent of two or more threats or other pattern of conduct which causes you to believe the Respondent will cause physical harm or causes or has caused mental distress to you or a family or household member. Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known. Attach additional paper if you need more room:*

ON 1-22-07 respondant entered premises at 3429 Trimble was asked to leave and refused. Situation escalated and respondant began making threats to ~~Reporter~~ petitioner stating he would kill her and take ownership of house. Police were called and respondant was arrested and taken to jail.

4. Petitioner requests that the Court grant relief under Ohio Revised Code 2903.214 for the safety and protection of the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order that:

☑ (a) Requires Respondent not to abuse the Petitioner and the family or household members named in this Petition by harming, attempting to harm, threatening, molesting, following, stalking, bothering, harassing, annoying, contacting, or forcing sexual relations upon them.

☑ (b) Requires Respondent to refrain from entering the residence, school, business, place of employment, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds and parking lots at those locations.

☑ (c) Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities, insurance, interrupting phone service, mail delivery, or the delivery of any other documents or items.

☑ (d) Requires Respondent not to remove, damage, hide or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

☑ (e) Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

☐ (f) Includes the following additional provisions: _____

☑ 5. Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under Ohio Revised Code 2903.214(D) and this Petition.

☐ 6. Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☐ 7. Petitioner further requests that if Petitioner has a victim advocate, the court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☐ 8. Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

☐ 9. The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I hereby swear or affirm that the answers above are true, complete and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under Ohio Revised Code 2921.11.

_Sadie Wilkins_
**SIGNATURE OF PETITIONER**

Sworn to and subscribed before me on this _24th_ day of _January_, _2007_.

_[signature]_
**NOTARY PUBLIC / DEPUTY CLERK**

Address where Petitioner can be contacted:
_3429 Trumble Ave_

_____
Signature of Attorney for Petitioner (if applicable)

_____
Name

_____
Address

_____
Attorney Registration Number

_____
Telephone Number

FORM 10.03-D PETITION FOR CIVIL STALKING PROTECTION ORDER (CSPO)    REVISED 9/1/04
Discard all previous versions of this form