**United States District Court**
**Southern District of Ohio**
**Western Division**

DARLINGTON AMADASU,                               Case No. 1:01-cv-182

    Plaintiff,                                        Spiegel, J.
                                                        Black, M.J
vs.

MERCY FRANCISCAN HOSPITAL, *et al.*,              **ORDER**

    Defendants.


    This matter is before the Court on plaintiff's emergency motion to stay proceedings. (Doc. 86). Defendants filed a five-page memorandum *contra*, along with 97 pages of exhibits. (Doc. 87).

    For good cause shown, plaintiff's motion is well-taken, and therefore **GRANTED** (doc. 86) consistent with the terms of this Order. The briefing schedule set forth in this Court's December 11, 2006 Order (*see* doc. 83) is hereby **STAYED** until February 28, 2007. Accordingly, Plaintiff shall file his memoranda in opposition to all pending motions, and his motion for summary judgment, if any, no later than **March 1, 2007**. Thereafter, defendants shall timely file memoranda in opposition or reply.

    Plaintiff has been granted numerous extensions of time in this matter. <u>Plaintiff is hereby put on notice that no additional extensions will permitted.</u>

    **IT IS SO ORDERED**.

Date: <u>2/6/07</u>                                  **/s/Timothy S. Black**

                                                        Timothy S. Black
                                                        United States Magistrate Judge