Hamilton County Municipal Court

HAMILTON COUNTY, OHIO



D71784428 01/26/2007

In the case of:

SADIE WILKINS        VS. DARLINGTON AMADASU

case #:07CV01960

**ENTRY**

DEFENDANT'S EX-PARTE MOTION FOR IMMEDIATE ACCESS TO THE PREMISES LOCATED AT 3429 TRIMBLE AVENUE, CINCINNATI, OHIO 45207 IS HEREBY GRANTED. PLAINTIFF MUST ALLOW DEFENDANT ACCESS TO THE PREMISES AS HER FORCIBLE ENTRY AND DETAINER ACTION HAS NOT BEEN RULED UPON. SHOULD PLAINTIFF NOT ALLOW DEFENDANT ACCESS TO THE PREMISES SHE WILL BE HELD LIABLE FOR A WRONGFUL EVICTION.

(S)

Ex. 1

APPROVED AND FILED
FOR JOURNALIZATION

date 1/26/07

_____
plaintiff/attorney

ORDER:
Notice Mailed
To Parties
On: 1/26/07
In: _____

_____
defendant attorney

Magistrate

**PLEASE KEEP THE TOP COPY AS YOUR RECEIPT**



CINCINNATI METROPOLITAN HOUSING AUTHORITY   Nº _____

Customers,
To drop off documents,
Please...

1. Answer the questions below. Please print.
2. Attach copies of each document to this form.
3. Sign, date and hand this form to clerk for date-stamp and envelope.
4. TAKE THE TOP COPY AS YOUR RECEIPT.

*Client # 7112 ____*
*02/02/07*

Name: _____
Address: _____
Social Security Number: _____
Telephone Number: _____
Specialist Name: _____
(If you do not know who your Specialist is, leave blank.)

Area of the agency these documents go to:
- ☐ Section 8
- ☒ Leasing
- ☐ My Management Office _____
- ☐ Other: _____

**THE DOCUMENTS YOU ARE DROPPING OFF CONCERN:**

You and your family:
- ☐ Socials Security Cards(s)   How many? _____
- ☐ Photo Identification(s)   How many? _____
- ☒ Birth Certificate(s)   How many?   1
- ☐ Passport(s)   How many? _____
- ☐ Police Report(s)   How many? _____
- ☐ Fingerprints w/Money Order
- ☐ Immigration Documents   How many? _____

Your job/resources:
- ☐ Employment Verification Form
- ☐ Income Verification Form
- ☐ Paycheck Stub(s)   How many? _____
- ☐ Award Letter from Social Security, Veterans, TANF or Insurance
- ☐ Bank statement   How many? _____

Why your job ended:
- ☐ Letter from your employer stating: why your job ended, date your job ended, and amount of your last paycheck.

Where you live:
- ☐ Household verification
- ☐ Landlord statement
- ☐ Rent receipt
- ☐ Mortgage statement
- Change of Address
- Lease Agreement

You and your family's health:
- ☐ Physician statement
- ☐ Pregnancy statement
- ☐ Statement of disability
- ☐ Pharmacy printout
- ☐ Spend down printout

Your child support:
- ☐ Child support printout

Your childcare:
- ☐ School schedule or letter from school
- ☐ Work schedule or letter from your employer
- ☐ Child Care Form

Miscellaneous:
- ☐ Divorce Decree
- ☐ Marriage license
- ☐ Report of Change Form/Interim Form

**Other (please list):** _____

*Ex. 2*

**PLEASE KEEP THE TOP COPY AS YOUR RECEIPT**

**COMMON PLEAS COURT
HAMILTON COUNTY, OHIO**

SADIE WILKINS  
Petitioner

vs

DARLINGTON AMADASU  
Respondent

Case No. SK0700097

Judge ROBERT WINKLER

**COPY OF ENTRY FILED FEB 22 2007**

Order Continuing Full Hearing for Civil Protection Order

*[handwritten margin: Court 2/27/07 9:00 am Room 240]*

The full hearing for a civil protection order scheduled for **2-22-07** is hereby continued to **3-26-07** at **8:30 am** in Room 585 of the Hamilton County Courthouse.

This continuance is due to:

- [x] The respondent has not been served with the ex parte petition and notice of the full hearing;
- [ ] The parties consent to the continuance;
- [ ] The petitioner / respondent has requested a continuance to obtain counsel;
- [x] For good cause shown **CRIMINAL MATTER PENDING;**
- [x] **PETITIONER TO PROVIDE A BETTER ADDRESS FOR SERVICE - RESPONDENT IS NOT IN CJC.**

The ex parte order, if issued, (attached herein) shall remain in effect and shall be served:

- [x] Upon Central Warrants;
- [ ] Upon the petitioner by the Clerk, Regular Mail;
- [x] Upon the respondent by the Sheriff;   [x] Include Petition;
- [ ] Upon the respondent by the Clerk, Certified Mail;   [ ] Include Petition;
- [ ] Upon the respondent by the Clerk, Regular Mail;   [ ] Include Petition.

_____  _____  
MAGISTRATE                  JUDGE

**RETURN OF SERVICE ON RESPONDENT**

This Order was served upon _____ (respondent) this ____ day of _____ by handing him/her a true copy.

By _____

**RETURN OF SERVICE ON PETITIONER**

This Order was served upon **S Wilkins** (petitioner) this **22** day of **Feb** by handing him/her a true copy.

By _____

EX. 3