UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **DARLINGTON AMADASU,** | Case No. 1:01CV182 |
| **Plaintiff,** | Judge S. Arthur Spiegel |
| | Magistrate Judge Timothy S. Black |
| v. | |
| | **JOINT RESPONSE OF DEFENDANTS IN OPPOSITION TO PLAINTIFF'S "RENEWED EMERGENCY MOTION TO STAY OF PROCEEDINGS"** |
| **MERCY FRANCISCAN HOSPITAL, et al.,** | |
| **Defendants.** | |

"Plaintiff has been granted numerous extensions of time in this matter. <u>Plaintiff is hereby put on notice that no additional extensions will be permitted.</u>"[1] Despite this Court's warning, Plaintiff now seeks a further extension of time. Much like last month, Plaintiff again found time to tend to other legal matters this month, including but not limited to drafting and filing a detailed medical malpractice lawsuit against a local doctor and hospital.[2]

Plaintiff claims not to have access to his computers, books and papers, or other resources necessary for his daily living, yet he was able to prepare the instant Motion (with exhibits), hand-deliver them to opposing counsel, and file them with the Court. He was able to prepare pleadings in his other pending cases. He was even able to file a new lawsuit, as referenced above.

In addition, Plaintiff mentions in his Motion that he intends to file numerous different motions, not just a motion for summary judgment. This Court previously made it clear, at the

---

[1] Order of 2/6/07, Docket No. 88, emphasis in original.
[2] Exhibit A

hearing held on December 11, 2006 and in its Order issued thereafter, that Plaintiff is not permitted to file anything other than a response to Defendants' pending motions and his own motion for summary judgment, if any.[3]

For these reasons, Defendants respectfully request that this Court **DENY** Plaintiff's "Renewed Emergency Motion to Stay of Proceedings."

Respectfully submitted,

/s/ Jennifer Orr Mitchell
Deborah R. Lydon (0013322)
Jennifer Orr Mitchell (0069594)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8200
*Counsel for Defendant Dr. Berry*

/s/ Karen A. Carroll
Karen A. Carroll
Kohnen & Patton LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 381-0656
*Counsel for the Mercy Defendants*

### CERTIFICATE OF SERVICE

I certify that on February 2, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all except Defendant Darlington Amadasu. I also sent the foregoing via U.S. mail to Defendant Amadasu at the address listed below:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

/s/ Jennifer Orr Mitchell

---

[3] Order of 12/11/06, Docket No. 83.