UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DARLINGTON AMADASU, pro se** : | | Case No. 1:01cv182 |
| Plaintiff, : | | |
| vs. : | | (Judge Spiegel/Magistrate Judge Black) |
| **MERCY FRANCISCAN HOSPITAL –** : | | **NOTICE OF CHANGE OF** |
| **WESTERN HILLS, et al.,** : | | **ADDRESS** |
| Defendant. : | | |

Comes now Karen A. Carroll, counsel for Defendants, Mercy Franciscan Hospital – Western Hills, Mercy Franciscan Hospital – Mt. Airy, S. Grinnel, C. Lobeck, J. Bronhert, J. Daleiden, C. McCoy, and Jane(s) Doe(s) Nurses Mercy Franciscan Hospital – Mt. Airy, and notifies this Honorable Court of the change of her office address, effective March 19, 2007. Counsel's new address is:

Karen A. Carroll, Esq.
RENDIGS, FRY, KIELY & DENNIS, LLP
1 West Fourth Street, Suite 900
Cincinnati, Ohio 45202
Phone: (513) 381-9200
Facsimile: (513) 381-9206
E-Mail:  kcarroll@rendigs.com

1

Respectfully submitted,

/s/ Karen A. Carroll
Karen A. Carroll        (0039350)
RENDIGS, FRY, KIELY & DENNIS, LLP
1 West Fourth Street, Suite 900
Cincinnati, Ohio 45202
Phone: (513) 381-9200
Facsimile: (513) 381-9206
E-Mail:  kcarroll@rendigs.com
TRIAL COUNSEL FOR DEFENDANTS, MERCY FRANCISCAN HOSPITAL – WESTERN HILLS, MERCY FRANCISCAN HOSPITAL – MT. AIRY, S. GRINNEL, C. LOBECK, J. BRONHERT, J. DALEIDEN, C. MCCOY, AND JANE(S) DOE(S) NURSES MERCY FRANCISCAN HOSPITAL – MT. AIRY

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 20th day of March, 2007 by regular U.S. mail and/or hand delivery upon the following:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH  45206
PLAINTIFF, PRO SE

Deborah R. Lydon, Esq.
Jennifer Mitchell, Esq.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
TRIAL COUNSEL FOR DR. BERRY

/s/ Karen A. Carroll
Karen A. Carroll (0039350)

287448.1:CA042.AM001