IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU
    Plaintiff

v.

MERCY FRANCISCAN HOSPITAL
WESTERN HILLS, et al
    Defendants.

Case No.: C-1-01-182
[Spiegel/Black]

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND**

Now comes Plaintiff Darlington Amadasu and moves for extension of time to July 20, 2007 to respond to bundle of contemporaneous multiple orders, viz:

1. Order Granting defendants' joint motion to strike plaintiff's expert identification
2. Order denying plaintiff's motion to amend scheduling order, motion for extension of time, and motion to stay
3. Order denying plaintiff's motion to strike plaintiff's supplemental disclosures of expert and lay witnesses
4. Order denying plaintiff's motion to stay ruling on defendants' motion to strike
5. Order denying plaintiff's motion to vacate the court's order of November 7, 2006
6. Order denying plaintiff's motion to stay the proceedings

The Magistrate Report and Recommendation consisting of:

7. Order granting defendants' motion for summary judgment
8. Order granting defendants' motion to dismiss.

Plaintiff hands are currently full with (1) outstanding appeal briefs due on 6/11/07 and 8/2/07 in *Appeal No: 06-4564*, and also due 7/2/07 in Appeal No: 04-00456 at the Sixth Circuit and responses to above orders.

The above eight (8) barrage orders were made one and the same day and as such plaintiff needs extended length of time to conduct researches, organize and prepare adequate response to each and every one of the orders as well as the outstanding appeal briefs.

Accordingly, plaintiff may be able to respond to all of them by July 20, 2007.

Respectfully submitted,

Darlington Amadasu

TO: Clerk of Court by 1st Class mail on 5/19/07

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on Deborah R. Lydon, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202 obo Karen A. Carroll, Kohnen & Patton LLP, 201 East Fifth St., Cincinnati, OH 45202 by 1st class mail on 5/19/07