EXHIBIT A

CA6 Home   Full_Docket   New_Search   Opinion

If you view the full docket, you will be charged for 7 Pages    $ 0.56

---

## US Court of Appeals for the Sixth Circuit
## Case Summary

Court of Appeals Docket #: 06-4564                              Filed: 12/6/06
Nsuit: 3440  Civil Rights: Other
Amadasu v. Donovan, et al
Appeal from: Southern District of Ohio at Cincinnati

Lower court information:
    District: 0648-1 : 01-00210
    Trial Judge: Susan J. Dlott, U.S. District Judge

| Date | Entry |
|---|---|
| 1/31/07 | Appellant MOTION filed construed as a motion for a extension to file a response to the showcause order. [3535993-1] . Motion filed by Darlington Amadasu for Appellant Darlington Amadasu. Certificate of service date 1/31/07 [06-4564] (mmd) |
| 2/9/07 | APPEARANCE filed by Attorney Justin D. Flamm for Appellee James Lockey, Appellee Andrew Freeman, Appellee Debra Ann Middaugh, Appellee Muriel Pohl, Appellee Dora Jefferson-Gaynor, Appellee Ralph Charles Buncher, Appellee Judy Jarrell, Appellee Tracy Herrmann, Appellee Andrew Filak, Appellee UC   [06-4564] (mmd) |
| 2/20/07 | APPEARANCE filed by Attorney Wylie E. Kumler for Appellee Univ of Texas, Appellee Rogers B. Perales, Appellee Claudia S. Miller   [06-4564] (mmd) |
| 2/22/07 | LETTER SENT by mmd granting motion for an extension to file a showcause response filed by Darlington Amadasu [06-4564] Response due 3/12/07 (mmd) |
| 3/12/07 | RESPONSE by Darlington Amadasu for Appellant Darlington Amadasu regarding the showcause for jurisdiction: late notice of appeal [3513413-1] [06-4564] . (mmd) |
| 3/19/07 | Appellee RESPONSE opposition filed regarding show cause. Response from Gregory P. Rogers for Appellee James Lockey, Appellee Andrew Freeman, Appellee Debra Ann Middaugh, Appellee Muriel Pohl, Appellee Dora Jefferson-Gaynor, Appellee Ralph Charles Buncher, Appellee Judy Jarrell, Appellee Tracy Herrmann, Appellee Andrew Filak, Appellee UC, Appellee James R. Donovan. Certificate of service date 3/19/07 [06-4564] (nb) |
| 5/2/07 | ORDER filed that the appeal is partially dismissed. Only issues regarding the October 6, 2006, order may be argued in the appellate briefs.  The request to consolidate with case no. 06-3855 is denied. [3577404-1] [06-4564] . Ralph B. Guy, Circuit Judge, Alice M. Batchelder, Circuit Judge, Ronald L. Gilman, Circuit Judge. (mmd) |

| | |
|---|---|
| 5/2/07 | BRIEFING LETTER SENT setting pro se briefing schedule: appellant brief due 6/11/07 ; appellee brief due 7/16/07 ; appendix due 8/9/07 ; . (mmd) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/24/2007 13:14:08 | | | |
| PACER Login: | ds3212 | Client Code: | 00021-0043-5026 |
| Description: | dkt summary | Case Number: | 06-4564 |
| Billable Pages: | 1 | Cost: | 0.08 |