UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


DARLINGTON AMADASU,            :    NO:  1:01-CV-00182
                               :
          Plaintiff,           :
                               :    **ORDER**
     v.                        :
                               :
                               :
MERCY FRANCISCAN HOSPITAL,     :
          et al.,              :
                               :
          Defendants.          :
                               :


     This matter is before the Court on Plaintiff's Motion to Extend Time Until 7/20/07 In Which to File Objections to Magistrate Judge's Report and Recommendation (doc. 94), and Defendants' Response in Opposition (doc. 96).  For the reasons stated herein, the Court GRANTS Plaintiff's motion and extends the response deadline until July 1, 2007.

     On May 10, 2007, the Magistrate Judge issued a Report and Recommendation that Defendants' motions for summary judgment and dismissal be granted (doc. 93), and an Order on various pending motions (doc. 92).  On May 21, 2007, Plaintiff filed the instant motion requesting an extension of time to file objections to the Report and Recommendation (doc. 94).  Plaintiff claims that he needs an extension because his "hands are currently full with (1) outstanding appeal briefs due on 6/11/07 and 8/2/07 in Appeal No:

06-4564, and also due 7/2/07 in Appeal No: 04-00456 at the Sixth Circuit and responses to above orders" (Id).

Defendants object to Plaintiff's request, citing his continual delays and refusal to cooperate throughout the course of this lawsuit (doc. 96). Defendants argue that Plaintiff has not made any showing of "good cause" as to why an extension should be granted(Id.).

Having reviewed this matter, while the Court understands Defendants' concerns, the Court is nevertheless inclined to grant Plaintiff's request. Out of an abundance of caution and because Plaintiff is proceeding pro se, the Court finds that an extension is in the interest of justice. Therefore, the Court GRANTS Plaintiff's motion for an extension of time to file objections to the Report and Recommendation, and EXTENDS the Plaintiff's response deadline until July 1, 2007. However, the Court will grant no further extensions.

SO ORDERED.

Dated: 6/19/07

S. Arthur Spiegel
United States Senior District Judge