IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU<br>Plaintiff<br>v.<br>MERCY FRANCISCAN HOSPITAL<br>WESTERN HILLS, et al<br>Defendants. | Case No.: C-1-01-182<br>[Spiegel/Black]<br>**PLAINTIFF'S MOTION FOR SHORT EXTENSION OF TIME TO RESPOND** |

Now comes Plaintiff Darlington Amadasu and states that the time to respond to the below bundle of contemporaneous multiple Orders and Report and recommendation has not expired and moves for short extension of time to July 31, 2007 to respond to them: viz:

1. Order Granting defendants' joint motion to strike plaintiff's expert identification
2. Order denying plaintiff's motion to amend scheduling order, motion for extension of time, and motion to stay
3. Order denying plaintiff's motion to strike plaintiff's supplemental disclosures of expert and lay witnesses
4. Order denying plaintiff's motion to stay ruling on defendants' motion to strike
5. Order denying plaintiff's motion to vacate the court's order of November 7, 2006
6. Order denying plaintiff's motion to stay the proceedings

The Magistrate Report and Recommendation consisting of:

7. Order granting defendants' motion for summary judgment
8. Order granting defendants' motion to dismiss.

Plaintiff hands have been and are still full with, inter alia, outstanding appeal briefs due on 7/13/07 and 7/20/07 in *Appeal No: 07-3224* at the Sixth Circuit and responses to above orders.

The above eight (8) barrage orders were made one and the same day and as such plaintiff needs short extension to finish responses to each and every one of the orders as well as the outstanding appeal briefs.

Accordingly, plaintiff may be able to respond to all of them by July 31, 2007.

Respectfully submitted,

Darlington Amadasu

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on Deborah R. Lydon, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202 obo Karen A. Carroll, Kohnen & Patton LLP, 201 East Fifth St., Cincinnati, OH 45202 by 1st class mail on 7/20/07