UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **DARLINGTON AMADASU,** | : Case No. 1:01CV182 |
| | : |
| **Plaintiff,** | : Judge S. Arthur Spiegel |
| | : Magistrate Judge Timothy S. Black |
| v. | : |
| | : **JOINT RESPONSE OF** |
| | : **DEFENDANTS IN OPPOSITION** |
| **MERCY FRANCISCAN HOSPITAL, et al.,** | : **TO PLAINTIFF'S MOTION FOR** |
| | : **SHORT EXTENSION OF TIME TO** |
| | : **RESPOND** |
| **Defendants.** | : |

Defendants respectfully oppose Plaintiff's Motion for Short Extension of Time to Respond for all of the reasons previously stated to this Court.

On May 10, 2007, after numerous extensions of time were granted Plaintiff, the Magistrate Judge issued a Report and Recommendation that Defendants' motions for summary judgment and dismissal be granted.[1] In doing so, the Magistrate Judge found that Plaintiff "has intentionally engaged in a clear pattern of delay" in this case.[2] On June 19, 2007, in response to Plaintiff's request for yet another extension, "in an overabundance of caution and because Plaintiff is proceeding pro se," this Court granted Plaintiff a short extension of time to file objections to the Report and Recommendation until July 1, 2007.[3] The Court indicated in its Order that no further extensions would be granted.[4]

---

[1] Doc. 93.
[2] Id. at 7.
[3] Doc. 98.
[4] Id. at 2.

Plaintiff missed his July 1 deadline for filing his objections. His current request for extension, filed on July 20, is untimely. Plaintiff has again disregarded an Order of this Court, and now indicates he "may" be able to respond by July 31, 2007. Plaintiff simply should not be given any more time, under the circumstances.

For these reasons, Defendants respectfully request that this Court **DENY** Plaintiff's Motion for Short Extension of Time to Respond and adopt the Magistrate Judge's Report and Recommendation of May 10, 2007.

Respectfully submitted,

/s/ Jennifer Orr Mitchell
Deborah R. Lydon (0013322)
Jennifer Orr Mitchell (0069594)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8200
*Counsel for Defendant Dr. Berry*

/s/ Karen A. Carroll
Karen A. Carroll
RENDIGS, FRY, KIELY & DENNIS, LLP
One West Fourth Street, Suite 900
Cincinnati, OH 45202-3688
(513) 381-9200
*Counsel for the Mercy Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 30, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all except Defendant Darlington Amadasu. I also sent the foregoing via U.S. mail to Defendant Amadasu at the address listed below:

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206


                                    /s/ Jennifer Orr Mitchell