**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:01-CV-182
DOC.100 7/31/07

Sent To: DARLINGTON AMADASU
Street, Apt. No.; or PO Box No.: P.O. BOX 6263
City, State, ZIP+4: CINCINNATI, OH 45206

7001 2510 0008 6349 7171

PS Form 3800, January 2001    See Reverse for Instructions