IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Darlington Amadasu, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01-cv-00182 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| Mercy Franciscan Hospital, et al., : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court ADOPTS the Magistrate Judge's Report and Recommendation (doc. 93) in its entirety, and therefore, GRANTS Defendants' motions for summary judgment (doc. 59) and dismissal (doc. 77). This civil action is CLOSED.

7/31/07                                                                James Bonini, Clerk

                                                                       s/Kevin Moser
                                                                       Deputy Clerk