```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

DARLINGTON AMADASU,                :
                                   :   NO. 1:01-CV-00182
    Plaintiff,                     :
                                   :
                                   :   **OPINION AND ORDER**
  v.                               :
                                   :
                                   :
MERCY FRANCISCAN HOSPITAL, et      :
al.,                               :
                                   :
    Defendants.

This matter is before the Court on Plaintiff's Motion to Extend Time Until 7/31/07 to File Objections to Magistrate Judge's Report and Recommendation (doc. 98) and Defendants' Joint Response in Opposition (doc. 99). Due to the Court's July 31, 2007 Order dismissing this action (doc. 100), the Court DENIES Plaintiff's motion as moot.

    SO ORDERED.

Dated: August 1, 2007        s/S. Arthur Spiegel
                                 S. Arthur Spiegel
                                 United States Senior District Judge