UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,  :
                                         :   NO. 1:01-CV-00182
       Plaintiff,   :
                                         :
                                         :   **OPINION AND ORDER**
   v.   :

MERCY FRANCISCAN HOSPITAL, et :
al.,   :
                                         :
       Defendants.

       This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (doc. 102), Plaintiff's Cross Motion for Summary Judgment (doc. 103), and Affidavits and Exhibits to these motions (doc. 104). Due to the Court's July 31, 2007 Order dismissing this action (doc. 100), the Court DENIES Plaintiff's motion as moot. This matter is CLOSED.

       SO ORDERED.

Dated: August 1, 2007        /s/ S. Arthur Spiegel
                                         S. Arthur Spiegel
                                         United States Senior District Judge