UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION   07 AUG 29 PM 3: 26

---

DARLINGTON AMADASU
    Plaintiff

Case No: 1: 01-CV - 00182

SPIEGEL

-V-

## NOTICE OF APPEAL

MERCY FRANCISCAN HOSPITAL, et al
    Defendants

---

    Notice is hereby given that Plaintiff Pro se Darlington Amadasu hereby appeals to the United States Court of Appeals for the Sixth Circuit from all proceedings, judgments, decisions, and orders made therein and the final order dismissing claims in favor of the defendants entered in this action on the July 31, 2007. *and August 1, 2007*

Dated: Cincinnati, OH
09/29/2007

                                            Darlington Amadasu
                                            P. O. Box 6263
                                            Cincinnati, OH 45206
                                            [Plaintiff Pro se]