UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

07 AUG 29  PM 3: 26

DARLINGTON AMADASU
    Plaintiff

Case No: **1: 01-CV - 00182**

SPIEGEL

-V-

MERCY FRANCISCAN HOSPITAL, et al
    Defendants

-----------------------------------------------------------------------------------------------------------------------------

## JUDICIAL NOTICE
### RE: APPEAL as of RIGHT, NON-PAYMENT OF FEES

Judicial Notice is hereby given that pursuant to the Sixth Circuit Rule, 6 Cir. I.O.P. 3 (b)

plaintiff who has been and still indigent litigant in this action with status of *in forma pauperis* does not

have to pay fees. Judicial Notice is hereby given to facilitate plaintiff appeals.

Dated: Cincinnati, OH
    08/29/2007

Darlington Amadasu
P. O. Box 6263
Cincinnati, OH 45206
[Plaintiff Pro se]