**FILED**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FEB - 8 2008

LEONARD GREEN, Clerk

Nos. 07-4116

DARLINGTON AMADASU,
    Plaintiff - Appellant,

v.

MERCY FRANCISCAN HOSPITAL, Western Hills; MERCY FRANCISCAN HOSPITAL, Mt. Airy; STEVEN GRINNELL; JUNE BRONHERT; JUDY DALEIDEN; CONNIE McCOY; JANE DOE(S), Nurses; CHARLES LEUBECK; RAVI B. BERRY,
    Defendants - Appellees.

Before: KENNEDY, MARTIN, and COLE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnti.

THIS CAUSE was heard on the record from the district court and was submitted without oral argument.

IN CONSIDERATION WHEREOF, it is ORDERED that all pending motions before this court are DENIED. IT IS FURTHER ORDERED that the Clerk of this court shall accept no further pleadings from plaintiff Darlington Amadasu without approval from a panel of this court.

**ENTERED BY ORDER OF THE COURT**

Leonard Green, Clerk