Case No. 07-4116

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DARLINGTON AMADASU,

    Plaintiff - Appellant

v.

MERCY FRANCISCAN HOSPITAL, Western Hills; MERCY FRANCISCAN HOSPITAL, Mt Airy; STEVEN GRINNELL; JUNE BRONHERT; JUDY DALEIDEN; CONNIE MCCOY; JANE DOE(S), Nurses; CHARLES LEUBECK; RAVI B. BERRY, MD,

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by March 26, 2008.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                                    ENTERED PURSUANT TO RULE 45(a),
                                                    RULES OF THE SIXTH CIRCUIT
                                                    Leonard Green, Clerk

Issued: April 09, 2008

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 09, 2008

Ms. Karen A. Carroll
Rendigs, Fry, Kiely & Dennis
One W. Fourth Street
Suite 900
Cincinnati, OH 45202

Ms. Deborah R. Lydon
Ms. Jennifer Orr Mitchell
Dinsmore & Shohl
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206-0000

Re: Case No. 07-4116, *Darlington Amadasu v. Mercy Franciscan Hospital, et al*
Originating Case No. : 01-00182

Dear Counsel,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Benjamin P. Alexander
Case Manager
Direct Dial No. 513-564-7021
Fax No. 513-564-7098

cc: Honorable S. Arthur Spiegel
    Mr. James Bonini

Enclosure

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000